# Declaration of David Gulbransen

## Exhibit 1
## Infringing Webstores

Premium Simple Modern Reusa

alibaba.com/product-detail/_1600537984187.html

Alibaba.com

Products | simple tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Premium Simple Modern Reusable Portable Travel Coffee Mug Tumbler With Flip Lid

No reviews yet

Suzhou One Two Three Sports Goods Co., Ltd. · Verified Multispecialty supplier · 8 yrs · CN






Hover to zoom in

Share

| 20 - 99 pieces | 100 - 999 pieces |
|---|---|
| **$4.50** | **$4.30** |
| 1000 - 4999 pieces | >= 5000 pieces |
| **$3.90** | **$3.50** |

### Variations

Total options: 7 Color; 1 Capacity. Select now

1. Color(7): Red

2. Capacity(1)

420ml

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Protections for this product

### Key attributes

#### Industry-specific attributes

| | |
|---|---|
| Design Style | Minimalist |

Doe #1
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229212a60d01717063693

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Suzhou One Two Three Sports Goods Co., Ltd.**

**Estimated delivery by Jun 28-Jul 5** | Shipping fee: USD 22.97 Change



Premium Simple Modern Reusable Portable Travel Coffee Mug Tumbler With Flip Lid
Min. order:20 Pieces



Color: Red; Capacity: 420ml
USD 15.00 /Piece

− 1 + **USD 15.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 22.97 |
| Order subtotal | USD 37.97 |
| Tax | USD 1.28 |
| Payment processing fee | USD 1.18 |
| Total | **USD 40.43** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #1
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Premium Simple Modern Reusa ×
2024-06-18

alibaba.com/product-detail/_1600685810767.html

Alibaba.com | Products | tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Premium Simple Modern Reusable Portable Travel Coffee Mug Tumbler With Flip Lid

No reviews yet

Suzhou One Two Three Sports Goods Co., Ltd. · Verified Multispecialty supplier · 8 yrs · CN




Share

## Other recommendations for your business

| 10 - 99 pieces | 100 - 999 pieces |
| --- | --- |
| $2.89 | $2.75 |

| 1000 - 4999 pieces | >= 5000 pieces |
| --- | --- |
| $2.59 | $2.13 |

## Variations

Total options: 10 Color; 2 Capacity. Select now

1. Color(10): White380ml

+3

2. Capacity(2)

380ml 510ml

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

Protections for this product

Messenger 99+

TOP

Doe #1
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e2141051a1718697859

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Suzhou One Two Three Sports Goods Co., Ltd.**

**Estimated delivery by Jul 10-Jul 16** | Shipping fee: **USD 26.51** | Change



Premium Simple Modern Reusable Portable Travel Coffee Mug Tumbler With Flip Lid

Min. order:10 Pieces



Color: Black380ml; Capacity: 380ml

**USD 10.00** /Piece

1

Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 26.51 |
| Order subtotal | USD 36.51 |
| Tax | USD 1.03 |
| Payment processing fee | USD 1.13 |
| Total | **USD 38.67** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #1

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233

2024-05-30

Sjb120 China Wholesale Stainle

alibaba.com/product-detail/_1600902249022.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

**SJB120 China wholesale stainless steel mug coffee tumbler simple modern insulated double wall stainless steel tumbler with straw**

No reviews yet · 1 order

SHIJIAZHUANG GONGLUE COMMERCE AND TRADE CO., LTD. · Verified Multispecialty supplier · 6 yrs · CN




Hover to zoom in | Share

**Other recommendations for your business**

| 20 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| **$2.30** | **$2.25** | **$2.20** |

**Variations**

Total options: 11 Color; 1 Capacity. Select now

1. Color(11): 1

+4

2. Capacity(1)

30OZ

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

**Membership benefits**

For your stage Enterprise

Quick refunds View more

**Protections for this product**

Secure payments

Every payment you make on Alibaba.com is secured

Messenger 99+

TOP

Doe #2
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor ×

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa2292102e13a1717060229

2024-05-30

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: SHIJIAZHUANG GONGLUE COMMERCE AND TRADE CO., LTD.**

**Estimated delivery by Jun 21-Jun 27** | Shipping fee: **USD 19.16** Change



SJB120 China wholesale stainless steel mug coffee tumbler simple modern insulated double wall stainless steel tumbler with straw
Min. order:20 Pieces



Color: 1; Capacity: 30OZ
**USD 3.00** /Piece

− 1 +

**USD 3.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 3.00 |
| Shipping fee | USD 19.16 |
| Order subtotal | USD 22.16 |
| Tax | USD 0.26 |
| Payment processing fee | USD 0.68 |
| Total | **USD 23.10** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #2
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

Simple Moderns 40oz Stainless

alibaba.com/product-detail/_1600911729239.html

All Bookmarks

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

All categories Featured selections Trade Assurance Alibaba.com Membership

Buyer Central Help Center Get the app Become a supplier

## Simple moderns 40oz stainless steel insulated outdoor travel coffee cups thermos vacuum mugs

No reviews yet

Zhejiang Ava Industry & Trade Co., Ltd. · Verified Custom manufacturer · 2 yrs · CN






Hover to zoom in

Share

60 - 499 pieces **$5.39**

500 - 999 pieces **$5.20**

1000 - 4999 pieces **$5.05**

>= 5000 pieces **$4.89**

### Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** 40oz

**2. Capacity(1)**

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

Messenger 99+

### Other recommendations for your business

Doe #3
Trademark(s) Simple moderns: Listing Title
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-05-23

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be79832102e4441716450772

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Zhejiang Ava Industry & Trade Co., Ltd.**

**Estimated delivery by Jun 14-Jun 20** | Shipping fee: **USD 39.98** Change



Simple moderns 40oz stainless steel insulated outdoor travel coffee cups thermos vacuum mugs

Min. order:60 Pieces

Color: 40oz; Capacity: 40oz

**USD 20.00** /Piece

1

**USD 20.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 39.98 |
| Order subtotal | USD 59.98 |
| Tax | USD 2.05 |
| Payment processing fee | USD 1.86 |
| Total | **USD 63.89** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $59.98 sample fees back on your next order above US $600.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #3
Trademark(s) Simple moderns: Listing Title
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233




Doe #4
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa23e210137a91737451374

2024-01-21

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**
73 East Lake, Chicago, Illinois, 60601-4800, United States of America
(+1) 7050900

## Payment method

Add a new card

Other payment methods

## Items and delivery options

**Sold by: Anhui Bochen Eco Co.**

**Delivery by Apr 8** | Shipping fee: ~~USD 22.20~~ USD 2.20 Change

2023 New Hot Sales 18/8 Vacuum Travel Coffee Mug Simple Modern 30 OZ Tumbler With Straw Lid
Min. order: 100 piece

Color: as picture; Capacity: 901-1000ml
USD 6.90 /piece

1
Only 1 left

USD 6.90

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 6.90 |
| Shipping fee | USD 22.20 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 9.10 |
| Tax | USD 0.71 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

Proceed to pay

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Apr 8 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

Doe #4
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

# Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN




Hover to zoom in

Share

**Alibaba Guaranteed**

Fixed prices with shipping included · Guaranteed delivery by the scheduled dates · Money-back guarantee

**Price guide (shipping included)**

| 2 pieces | 1000 pieces | 5000 pieces | 20000 pieces |
|---|---|---|---|

**$11.14** /piece for 1,000 pieces

Includes:

**$4.59** Product price

**$6.55** Standard shipping

**Variations**

Total options: 10 Color; 1 Capacity. Select now

1. Color(10): Black

+3

2. Capacity(1)

50oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

Economy

**Other recommendations for your business**

Messenger 99+

TOP

Doe #5
Copyright(s) SMD-2, SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

Modern 50 Oz Mug Tumbler Re ×

alibaba.com/product-detail/_11000015554365.html

2024-06-18

Alibaba.com | Products | tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in | Share

## Other recommendations for your business



**Alibaba Guaranteed**

Fixed prices with shipping included · Guaranteed delivery by the scheduled dates · Money-back guarantee

## Price guide (shipping included)

| 2 pieces | 1000 pieces | 5000 pieces | 20000 pieces |
| --- | --- | --- | --- |

**$11.14** /piece for 1,000 pieces

Includes:

**$4.59** Product price

**$6.55** Standard shipping

## Variations

Total options: 10 Color; 1 Capacity. Select now

**1. Color(10):** Black

+3

**2. Capacity(1)**

50oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

**Economy**

Messenger 99+

TOP

Doe #5
Copyright(s) SMD-2, SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

Manufacturers, Suppliers, Expor ✕ +

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e210116e41718691079

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Jul 16** | Shipping fee: **USD 15.82** Change




Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

Min. order:2 Pieces

Color: Black; Capacity: 50oz

USD 7.00 /Piece

− 1 +

**USD 7.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.00 |
| Shipping fee | USD 15.82 |
| Order subtotal | USD 22.82 |
| Tax | USD 0.72 |
| Payment processing fee | USD 0.71 |
| Total | **USD 24.25** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 16 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #5

Copyright(s) SMD-2, SMD-32: Listing Image

Copyright Registration Numbers: VA2383009

Modern 50 Oz Mug Tumbler Re ×

alibaba.com/product-detail/_11000015569323.html

2024-06-18

Alibaba.com | Products | reusable tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in | Share

### Other recommendations for your business




**Alibaba Guaranteed**

Fixed prices with shipping included · Guaranteed delivery by the scheduled dates · Money-back guarantee

**Price guide (shipping included)**

| 2 pieces | 1000 pieces | 5000 pieces | 20000 pieces |
|---|---|---|---|

**$11.14** /piece for 1,000 pieces

Includes:

**$4.59** Product price

**$6.55** Standard shipping

**Variations**

Total options: 10 Color; 1 Capacity. Select now

**1. Color(10):** Black

+3

**2. Capacity(1)**

50oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

**Economy**

Messenger 99+

Doe #5
Copyright(s) SMD-2, SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

2024-06-18

Modern 50 Oz Mug Tumbler Re

alibaba.com/product-detail/_11000015569323.html

Alibaba.com | Products | reusable tumbler | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

## Other recommendations for your business




**Alibaba Guaranteed**

Fixed prices with shipping included · Guaranteed delivery by the scheduled dates · Money-back guarantee

**Price guide (shipping included)**

2 pieces | 1000 pieces | 5000 pieces | 20000 pieces

**$11.14** /piece for 1,000 pieces

Includes:

**$4.59** Product price

**$6.55** Standard shipping

**Variations**

Total options: 10 Color; 1 Capacity. Select now

**1. Color(10):** Black

+3

**2. Capacity(1)**

50oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

**Economy**

Messenger 99+

Doe #5

Copyright(s) SMD-2, SMD-32: Listing Image

Copyright Registration Numbers: VA2383009

Manufacturers, Suppliers, Expor

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e212a727f1718698157

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Jul 17** | Shipping fee: **USD 15.82** Change



Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

Min. order:2 Pieces



Color: Black; Capacity: 50oz

USD 7.00 /Piece

− 1 + **USD 7.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.00 |
| Shipping fee | USD 15.82 |
| Order subtotal | USD 22.82 |
| Tax | USD 0.72 |
| Payment processing fee | USD 0.71 |
| Total | **USD 24.25** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #5

Copyright(s) SMD-2, SMD-32: Listing Image

Copyright Registration Numbers: VA2383009

Modern 50 Oz Mug Tumbler Re ×

alibaba.com/product-detail/_11000015596234.html

2024-06-18

Alibaba.com | Products | tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

No reviews yet · 6 sold

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in | Share

**Alibaba Guaranteed**

Fixed prices with shipping included | Guaranteed delivery by the scheduled dates | Money-back guarantee

**Price guide (shipping included)**

| 2 pieces | 1000 pieces | 5000 pieces | 20000 pieces |
|---|---|---|---|

**$11.97** /piece for 1,000 pieces

Includes:

**$4.59** Product price

**$7.38** Standard shipping

**Variations**

Total options: 11 Color; 1 Capacity. Select now

**1. Color(11):** Black



+4

**2. Capacity(1)**

50oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

**Economy**

Messenger 99+

TOP

### Other recommendations for your business



Doe #5

Copyright(s) SMD-2, SMD-32: Listing Image

Copyright Registration Numbers: VA2383009




Doe #5
Copyright(s) SMD-2, SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

Manufacturers, Suppliers, Expor ×

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e21013f971718697530

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Jul 17** | Shipping fee: **USD 15.82** Change



Modern 50 oz Mug Tumbler Reusable Insulated Stainless Steel Jug Water Bottle 50oz Simple Sublimation Tumbler With Handle

Min. order:2 Pieces



Color: Black; Capacity: 50oz

**USD 10.00** /Piece

− 1 +

**USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 15.82 |
| Order subtotal | USD 25.82 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.81 |
| Total | **USD 27.66** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #5
Copyright(s) SMD-2, SMD-32: Listing Image
Copyright Registration Numbers: VA2383009




Doe #5
Copyright(s) SMD-1, SMD-14: Listing Image
Copyright Registration Numbers: VA2383009

Factory Custom Double Wall St... ×
alibaba.com/product-detail/_1601054080077.html
2024-09-19

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →



# Super Factory Custom Double Wall Stainless Steel travel mug outdoor camp tumbler 40oz Tumbler With Handle and Straw

No reviews yet

IFUN Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Alibaba Guaranteed ⓘ

2 - 999 pieces **$4.29** 1000 - 4999 pieces **$4.09**

>= 5000 pieces **$3.99**

## Variations

Total options: 6 Color; 1 Capacity. Select now

**1. Color(6):** Orange

**2. Capacity(1)**

40oz

Start order Add to cart

Still deciding? Get samples first! Order sample

## Shipping

**Economy** | Alibaba.com Logistics
Shipping fee: $28.37 for 2 pieces
Guaranteed delivery by **Oct 8**

**Standard** | Alibaba.com Logistics

Messenger 99+

## Key attributes

Industry-specific attributes

Doe #5
Copyright(s) SMD-1, SMD-14: Listing Image
Copyright Registration Numbers: VA2383009

2024-09-19

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfacb82151e48f1726754412

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Oct 24** | Shipping fee: **USD 19.59** Change



Super Factory Custom Double Wall Stainless Steel travel mug outdoor camp tumbler 40oz Tumbler With Handle and Straw

Min. order: 2 piece

Color: Orange; Capacity: 40oz

**USD 10.00** /piece

− 1 +

**USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 19.59 |
| Subtotal | **USD 29.59** |
| Tax | **USD 1.03** |
| Payment processing fee | **USD 0.92** |
| Total | **USD 31.54** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 24 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #5

Copyright(s) SMD-1, SMD-14: Listing Image

Copyright Registration Numbers: VA2383009

2024-07-30

Custom Logo 40 Oz Double Wa

alibaba.com/product-detail/_1601103476400.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products women's clothing Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

## Custom Logo 40 Oz Double Wall Vacuum Stainless Steel Christmas Coffee Travel 30oz 40oz Outdoor Mug Tumbler With Handle And Straw

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

50 - 499 pieces **$3.98**

500 - 1999 pieces **$3.68**

2000 - 99999 pieces **$3.42**

>= 100000 pieces **$2.68**

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): custom color

2. Capacity(1)

40oz

### Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $126.46 for 50 pieces

Estimated delivery by Sep 23-Oct 7

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

### Other recommendations for your business



Protections for this product

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

TOP

Doe #5
Copyright(s) SMD-1: Listing Image

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f214119bc1722347370

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Sep 6** | Shipping fee: USD 15.32 Change



Custom Logo 40 Oz Double Wall Vacuum Stainless Steel Christmas Coffee Travel 30oz 40oz Outdoor Mug Tumbler With Handle And Straw

Min. order:50 Pieces



Color: custom color; Capacity: 40oz

USD 20.00 /Piece

− 1 + **USD 20.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 15.32 |
| Subtotal | USD 35.32 |
| Tax | USD 1.70 |
| Payment processing fee | USD 1.11 |
| Total | USD 38.13 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Sep 6 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #5
Copyright(s) SMD-1: Listing Image

2024-07-30

Powder Coating Cups Macaron

alibaba.com/product-detail/_1601117333212.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products tumbler Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

**Powder coating cups Macaron Color 30oz 40oz Keep Hot Cold Water Insulated Stainless Steel Tumbler With Straw**

No reviews yet

Anhui Ifun Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in Share

**Other recommendations for your business**



**Alibaba Guaranteed**

Fixed prices with shipping included Guaranteed delivery by the scheduled dates Money-back guarantee

**Price guide (shipping included)**

| 50 pieces | 500 pieces | 2000 pieces | 10000 pieces |
|---|---|---|---|

**$10.23** /piece for 500 pieces

Includes:

**$3.82** Product price

**$6.41** Standard shipping

**Variations**

Total options: 1 Color; 2 Capacity. Select now

1. Color(1): custom colors pls contact us

2. Capacity(2)

40oz 30oz

Start order Add to cart

PayPal Buy now, pay later. Learn more

Shipping

Activate Windows
Go to Settings to activate Windows.

Messenger

TOP

Doe #5
Copyright(s) SMD-1: Listing Image

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f21010d461722347534

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

Delivery by Aug 15 | Shipping fee: USD 350.61 Change



Alibaba Guaranteed
Powder coating cups Macaron Color 30oz 40oz Keep Hot Cold Water Insulated Stainless Steel Tumbler With Straw
Min. order:50 Pieces



Color: custom colors pls contact us; Capac...
USD 3.97 /Piece

50

USD 198.50

USD 10.99 /Piece with Standard shipping. Delivery by Aug 15

Add note to supplier

## Order summary (50 items)

| | |
|---|---|
| Item subtotal | USD 198.50 |
| Shipping fee | USD 350.61 |
| Subtotal | USD 549.11 |
| Tax | USD 20.36 |
| Payment processing fee | USD 17.03 |
| Total | USD 586.50 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for Alibaba Guaranteed**

**Guaranteed delivery via Alibaba.com Logistics**
Expect your order to be delivered before Aug 15 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back guarantee**
Get your money back for missing deliveries and defective or damaged products, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #5
Copyright(s) SMD-1: Listing Image




Doe #5
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233




Doe #5
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa0ef210114971733156749

2024-12-03

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Ifun Import And Export Co., Ltd.**

**Delivery by Jan 7** | Shipping fee: **USD 363.44** Change



Alibaba Guaranteed
Car Cup Holder Friendly Leak Resistant Water Bottle Reusable Insulated Modern 40 oz Tumbler with Handle & Simple Flip Straw
Min. order: 50 pieces



Color: Custom logo and colors; Capacity: 4...
**USD 6.00** /piece

− 50 + **USD 300.00**

Delivery by Jan 7

## Order summary (50 items)

| | |
|---|---|
| Item subtotal | USD 300.00 |
| Shipping fee | USD 363.44 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 660.44 |
| Tax | USD 30.75 |
| Payment processing fee | USD 20.67 |
| **Pay in USD** | **USD 711.86** |

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for Alibaba Guaranteed**

**Guaranteed delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 7 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back guarantee**
Get your money back for missing deliveries and defective or damaged products, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #5
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233

**High quality simple modern 40oz stainless steel water bottle sublimation 40oz mug tumbler with straw and handle**

No reviews yet

Anhui Osen Household Products Co., Ltd. · 6 yrs · CN





200 - 499 pieces
**$4.99**

500 - 1999 pieces
**$4.89**

>= 2000 pieces
**$4.59**

**Variations**

Total options: **8 Color ; 1 Capacity .** Select now

**Color(8):** Black

+1

**Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Send Inquiry Chat now

Still deciding? Get samples first! Order sample

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

**Other recommendations for your business**



Messenger

Doe #6
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-01-21

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa23e2151e8dd1737451486

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**

73 East Lake, Chicago, Illinois, 60601-4800, United States of America

(+1) 7050900

## Payment method

Add a new card

Other payment methods

## Items and delivery options

**Sold by: Anhui Osen Household Products Co., Ltd.**

**Estimated delivery by Feb 13-Feb 24** | Shipping fee: ~~USD 11.39~~ Free | Change



High quality simple modern 40oz stainless steel water bottle sublimation 40oz mug tumbler with straw and handle

Min. order: 200 piece

Color: Black; Capacity: 40oz

USD 20.00 /piece

1

Only 1 left

USD 20.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 11.39 |
| Shipping discount | - USD 11.39 |
| Subtotal | USD 20.00 |
| Tax | USD 2.05 |

You saved USD 11.39 on this order!

Pay now for **FREE shipping**!

Proceed to pay

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

Doe #6

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

Keeps Cold Bpa Free Simple Su | alibaba.com/product-detail/_10000018090257.html

2024-06-18

Alibaba.com | Products | simple tumbler | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Keeps Cold Bpa Free Simple Sublimation Blank 40oz Tumbler With Handle And Straw Lid For Mothers Day Gifts Mom Women Her Trekking

No reviews yet

Hefei Eco Commerce Co., Ltd. · 5 yrs · CN





Hover to zoom in

Share

| 2 - 2004 pieces | 2005 - 3009 pieces |
|---|---|
| **$3.70** | **$3.40** |

>= 3010 pieces

**$3.30**

## Variations

Total options: 31 Color; 8 Capacity. Select now

1. Color(31): Red



+24

2. Capacity(8)

50oz | 20oz 600ml | 30oz 900ml | 40oz 1200ml

## Shipping

HK UPS Expedited (Standard) Change

Shipping total: $46.28 for 2 pieces

Estimated delivery by **Jul 18**

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

TOP

## Other recommendations for your business



Doe #7

Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e21014afb1718697953

2024-06-18

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hefei Eco Commerce Co., Ltd.**

**Delivery by Jul 18** | Shipping fee: **USD 31.09** Change



Keeps Cold Bpa Free Simple Sublimation Blank 40oz Tumbler With Handle And Straw Lid For Mothers Day Gifts Mom Women Her Trekking

Min. order:2 Pieces



Color: White; Capacity: 40oz 1200ml

USD 10.00 /Piece

– 1 + **USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 31.09 |
| Order subtotal | USD 41.09 |
| Tax | USD 1.03 |
| Payment processing fee | USD 1.26 |
| Total | **USD 43.38** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 18 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #7

Copyright(s) SMD-1: Listing Image

Trekking New Arrival 40oz Trave × +

alibaba.com/product-detail/_1601186257483.html

2024-07-30

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products straw tumbler Search Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

**Trekking New Arrival 40oz Travel Reusable Insulated Stainless Steel Watertight Tumbler With Handle Straw iced cold coffee coffee**

No reviews yet

Hefei Eco Commerce Co., Ltd. · 5 yrs · CN





Hover to zoom in

Share

2 - 2004 pieces **$3.70**

2005 - 3009 pieces **$3.40**

>= 3010 pieces **$3.30**

**Variations**

Total options: 31 Color; 8 Capacity. Select now

**1. Color(31):** Red

+24

**2. Capacity(8)**

50oz | 20oz 600ml | 30oz 900ml | 40oz 1200ml

**Shipping**

**HK UPS Expedited (Standard)** Change

Shipping total: $46.24 for 2 pieces

Estimated delivery by Aug 29

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

TOP

Doe #7
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f21014af51722347601

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hefei Eco Commerce Co., Ltd.**

**Delivery by Aug 29** | Shipping fee: USD 31.07 | Change



Trekking New Arrival 40oz Travel Reusable Insulated Stainless Steel Watertight Tumbler With Handle Straw iced cold coffee coffee
Min. order:2 Pieces



Color: White; Capacity: 40oz 1200ml
USD 10.00 /Piece
1
**USD 10.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 31.07 |
| Subtotal | USD 41.07 |
| Tax | USD 1.03 |
| Payment processing fee | USD 1.26 |
| Total | USD 43.36 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Aug 29 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

2024-07-30

Rhinestone 2025 Trekking Tum

alibaba.com/product-detail/_1601191372846.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products vapes Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# Rhinestone 2025 Trekking Tumbler 40oz Insulated Stainless Steel Water Bottle With Handle And Straw Lid Simple Sublimation Blank

No reviews yet

Hefei Eco Commerce Co., Ltd. · 5 yrs · CN





Hover to zoom in

Share

| 2 - 2004 pieces | 2005 - 3009 pieces |
| --- | --- |
| $3.70 | $3.40 |

>= 3010 pieces
$3.30

## Variations

Total options: 31 Color; 8 Capacity. Select now

1. Color(31): Red

+24

2. Capacity(8)

50oz 20oz 600ml 30oz 900ml 40oz 1200ml

## Shipping

HK UPS Expedited (Standard) Change

Shipping total: $46.24 for 2 pieces

Estimated delivery by Aug 29

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

TOP

Doe #7
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f2140c3f21722347650

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hefei Eco Commerce Co., Ltd.**

Sold by: Hefei Eco Commerce Co., Ltd.

**Delivery by Aug 29** | Shipping fee: **USD 46.24** Change



Rhinestone 2025 Trekking Tumbler 40oz Insulated Stainless Steel Water Bottle With Handle And Straw Lid Simple Sublimation Blank
Min. order:2 Pieces



Color: jeweled-studded; Capacity: 50oz
USD 3.70 /Piece — 2 + **USD 7.40**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (2 items)

| | |
|---|---|
| Item subtotal | USD 7.40 |
| Shipping fee | USD 46.24 |
| Subtotal | **USD 53.64** |
| Tax | **USD 0.76** |
| Payment processing fee | **USD 1.63** |
| Total | **USD 56.03** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Aug 29 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

https://www.alibaba.com

Doe #7
Copyright(s) SMD-1: Listing Image




Doe #8
Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f2151e80b1722347788

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shijiazhuang Aishangxin Imp&Exp Co., Ltd.**

**Estimated delivery by Sep 13-Sep 27** | Shipping fee: USD 549.99 | Change



40oz Water Bottles Handle Car Cup 2.0 Stainless Steel Advencher Quencher Tumbler With Straw Vacuum Insulated Car Mugs

Min. order:5 Pieces



color: 1

USD 4.00 /Piece

− 50 +

**USD 200.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (50 items)

| | |
|---|---|
| Item subtotal | USD 200.00 |
| Shipping fee | USD 549.99 |
| Subtotal | USD 749.99 |
| Tax | USD 20.50 |
| Payment processing fee | USD 23.04 |
| Total | USD 793.53 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 10 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #8
Copyright(s) SMD-1: Listing Image

## Stanely 40 Oz Tumbler With Handle Lid Straw Large Capacity Vacuum Travel Mug Outdoor Car Water Bottle Double Vacuum Ice Bar Cup

No reviews yet

Shijiazhuang Aishangxin Imp&Exp Co., Ltd. · 1 yr · CN




Hover to zoom in

Share

| 5 - 499 pieces | 500 - 1999 pieces |
|---|---|
| **$4.00** | **$3.50** |
| 2000 - 19999 pieces | >= 20000 pieces |
| **$2.99** | **$1.99** |

### Variations

Total options: 9 color. Select now

1. color(9)

+2

### Shipping

FedEx IE door-to-door (Standard) Change

Shipping total: $92.36 for 5 pieces

Estimated delivery by **Jun 26**

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled

### Other recommendations for your business

Messenger 99+

Doe #8
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa2292102e1261717064321

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shijiazhuang Aishangxin Imp&Exp Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: USD 23.02 | Change



Stanely 40 Oz Tumbler With Handle Lid Straw Large Capacity Vacuum Travel Mug Outdoor Car Water Bottle Double Vacuum Ice Bar Cup
Min. order:5 Pieces



color: 1
USD 10.00 /Piece
− 1 +
**USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 23.02 |
| Order subtotal | USD 33.02 |
| Tax | USD 0.85 |
| Payment processing fee | USD 1.02 |
| Total | **USD 34.89** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 10 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #8
Copyright(s) SMD-1: Listing Image

Custom Logo Mixed Colors 40o × +

2024-11-23

alibaba.com/product-detail/_1601266576828.html

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 4

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Custom Logo Mixed Colors 40oz Stainless Steel Double Wall Insulated Vacuum Tumblers Powder Coated Water Bottles with Straw

No reviews yet · 45 sold

Sichuan Alwin Sublimation Global Trade Co., Ltd. · 1 yr · CN






| 25 - 99 pieces | 100 - 499 pieces |
| --- | --- |
| $3.99 | $3.77 |
| 500 - 1999 pieces | >= 2000 pieces |
| $3.33 | $2.11 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

Color(1): mixed

Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Send Inquiry Chat now

Still deciding? Get samples first! Order sample

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

## Other recommendations for your business




Messenger 99+

Doe #9

Copyright(s) SMD-1: Listing Image

2024-11-23

Custom Logo Mixed Colors 40o

alibaba.com/product-detail/_1601266576828.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

## Customer Photos



25 - 99 pieces
**$3.99**

100 - 499 pieces
**$3.77**

500 - 1999 pieces
**$3.33**

>= 2000 pieces
**$2.11**

### Variations

Total options: 1 Color; 1 Capacity. Select now

Color(1): mixed

Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

Send Inquiry | Chat now

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #9
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

2024-11-23

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa72b210142691732459856

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sichuan Alwin Sublimation Global Trade Co., Ltd.**

**Estimated delivery by Feb 5-Feb 20** | Shipping fee: USD 57.39 Change



Custom Logo Mixed Colors 40oz Stainless Steel Double Wall Insulated Vacuum Tumblers Powder Coated Water Bottles with Straw

Min. order: 25 piece



Color: mixed; Capacity: 40oz

USD 35.00 /piece

1

USD 35.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 35.00 |
| Shipping fee | USD 57.39 |
| Alibaba.com coupon | - USD 4.00 |
| Subtotal | USD 88.39 |
| Tax | USD 3.59 |
| Payment processing fee | USD 2.76 |
| **Pay in USD** | **USD 94.74** |

You saved USD 4.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 31 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #9

Copyright(s) SMD-1: Listing Image




Doe #10
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-05-30

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa22921014afb1717060494

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Anyihaojia Trading Co., Ltd.**

**Estimated delivery by Jul 31-Aug 21** | Shipping fee: USD 26.07 Change



Custom Logo h3.0 Vacuum Insulated Stainless Steel 40 oz Simple Modern Tumbler Cup Adventure Travel Mug 40oz Tumbler with Handle
Min. order:20 Pieces



Color: #6; Capacity: 40OZ
USD 10.00 /Piece
1
USD 10.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 26.07 |
| Order subtotal | USD 36.07 |
| Tax | USD 0.85 |
| Payment processing fee | USD 1.11 |
| Total | **USD 38.03** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 20 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #10
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233




Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

40oz Insulated Tumbler Simple

alibaba.com/product-detail/_1601100778277.html

Alibaba.com

Products | women's clothing | Search

Deliver to: 60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership

Buyer Central | Help Center | Get the app | Become a supplier

## 40oz Insulated Tumbler Simple Modern Handle Coffee Mug Hot & Cold Leak-Proof Vacuum Tumbler 40 oz Tumbler with Simple Handle

No reviews yet

Hangzhou Aode Technology Co., Ltd. · Verified Multispecialty supplier · 1 yr · CN



Hover to zoom in

Share

500 - 2999 pieces **$5.70**

3000 - 4999 pieces **$5.20**

5000 - 9999 pieces **$4.80**

>= 10000 pieces **$4.30**

**Variations**

Total options: 4 Color; 2 Capacity. Select now

1. Color(4): Pink

2. Capacity(2)

40oz | Customizable

**Shipping**

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $844.65 for 500 pieces

Estimated delivery by Aug 9-Aug 23

Start order | Add to cart

Still deciding? Get samples first! Order sample

Membership benefits

Messenger 99+

**Other recommendations for your business**

Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be7983210156c21716450885

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

Sold by: Hangzhou Aode Technology Co., Ltd.

Delivery by Aug 8 | Shipping fee: USD 12.81 Change



40oz Insulated Tumbler Simple Modern Handle Coffee Mug Hot & Cold Leak-Proof Vacuum Tumbler 40 oz Tumbler with Simple Handle

Min. order:500 Pieces

Color: Pink; Capacity: 40oz

USD 6.00 /Piece

– 1 + USD 6.00

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 6.00 |
| Shipping fee | USD 12.81 |
| Order subtotal | USD 18.81 |
| Tax | USD 0.62 |
| Payment processing fee | USD 0.59 |
| Total | **USD 20.02** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before Aug 8 or receive a 10% delay compensation View details

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Refund policy

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #11

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233




Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-08-15

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f212a727f1723738107

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Zhejiang Aode Technology Co., Ltd**

**Delivery by Oct 17** | Shipping fee: **USD 11.52** Change



Simple Modern 30oz 40oz Stainless Steel Tumbler with Straw Travel Coffee Mug for Outdoor Use for Business Gifts

Min. order: 2 Pieces



Color: DEEP BLUE; Capacity: 601-700ml

**USD 4.00** /Piece

− 1 +

Only 1 left

**USD 4.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 4.00 |
| Shipping fee | USD 11.52 |
| Subtotal | **USD 15.52** |
| Tax | **USD 0.41** |
| Payment processing fee | **USD 0.48** |
| Total | **USD 16.41** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-08-15

Simple Modern 30oz 40oz Stain

alibaba.com/product-detail/_1601126393931.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products 30oz vacuum flask Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**Simple Modern 30oz 40oz Stainless Steel Vacuum Flask & Thermos with Straw for Outdoor Business Travel & Gifts**

No reviews yet

Zhejiang Aode Technology Co., Ltd · Verified Multispecialty supplier · 1 yr · CN




2 - 2999 pieces **$3.50**

3000 - 4999 pieces **$3.40**

5000 - 9999 pieces **$3.30**

>= 10000 pieces **$3.20**

**Variations**

Total options: 8 Color; 3 Capacity. Select now

**1. Color(8):** DEEP BLUE

+1

**2. Capacity(3)**

601-700ml 801-900ml Customized

**Shipping**

**Parcels (Economy)** Change

Shipping total: $17.94 for 2 pieces

Estimated delivery by Oct 17

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Other recommendations for your business**

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-08-15

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f2151e8dd1723738157

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Zhejiang Aode Technology Co., Ltd**

**Delivery by Oct 17** | Shipping fee: **USD 11.52** Change



Simple Modern 30oz 40oz Stainless Steel Vacuum Flask & Thermos with Straw for Outdoor Business Travel & Gifts

Min. order: 2 Pieces



Color: DEEP BLUE; Capacity: 601-700ml

**USD 4.00** /Piece

1

Only 1 left

**USD 4.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 4.00 |
| Shipping fee | USD 11.52 |
| Subtotal | **USD 15.52** |
| Tax | **USD 0.41** |
| Payment processing fee | **USD 0.48** |
| Total | **USD 16.41** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #11
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233


H2.0 40oz Tumbler Adventure Q
2024-05-30
alibaba.com/product-detail/_1600945443697.html

Alibaba.com
Products | 40oz tumbler | Search
Deliver to: 60601-3404, US
English-USD
99+
3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

**H2.0 40oz Tumbler Adventure Quencher Flowstate Travel Tumbler Sublimation Dupe Iceflow Simple Modern Tumbler**

No reviews yet

Sichuan Osenley Technology Co., Ltd. · Verified Multispecialty supplier · 4 yrs · CN

Share

1 batch = 25 pieces
Minimum order quantity: 25 pieces
**$3.85 - $4.95**

**Variations**
Total options: 27 Color; 1 Capacity. Select now
1. Color(27): V1
+20
2. Capacity(1)
40oz

**Shipping**
Seller's Shipping Method 1 (Ocean) Change
Shipping total: $107.00 for 25 pieces
Estimated delivery by Jul 19-Aug 2

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Membership benefits**
For your stage Enterprise
Claim US $80 in coupons every month View more

**Protections for this product**

**Other recommendations for your business**

Messenger
TOP

Doe #12
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-05-30

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa22921014af51717062947

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sichuan Osenley Technology Co., Ltd.**

**Estimated delivery by Jul 19-Aug 2** | Shipping fee: USD 107.00 | Change



H2.0 40oz Tumbler Adventure Quencher Flowstate Travel Tumbler Sublimation Dupe Iceflow Simple Modern Tumbler
Min. order:25 Pieces



Color: V1; Capacity: 40oz
USD 1.00 /Piece
1
USD 1.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 1.00 |
| Shipping fee | USD 107.00 |
| Order subtotal | USD 108.00 |
| Tax | USD 0.09 |
| Payment processing fee | USD 3.24 |
| Total | **USD 111.33** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #12
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233




Doe #12
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e214110ca1718697620

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sichuan Osenley Technology Co., Ltd.**

**Estimated delivery by Aug 14-Sep 4** | Shipping fee: **USD 85.54** Change



Tumbler 40oz Adventure H2.0 Flowstate Travel Tumbler Sublimation Dupe Ice flow Simple Modern Tumble

Min. order:25 Pieces



Color: V1; Capacity: 40oz

USD 1.00 /Piece

− 1 +

**USD 1.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 1.00 |
| Shipping fee | USD 85.54 |
| Order subtotal | USD 86.54 |
| Tax | USD 0.10 |
| Payment processing fee | USD 2.60 |
| Total | **USD 89.24** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #12

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233

2024-07-30

Capacity Travel Tumbler 40oz F

alibaba.com/product-detail/_1601205214153.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products women's clothing Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# Capacity Travel Tumbler 40OZ For Stanleyem cup Custom double wall Vacuum Insulated Car tumbler vacuum Thermal stainless steel

No reviews yet

APEX TECH LIMITED · 1 yr · HK






Hover to zoom in

Share

Minimum order quantity: 10 pieces

**$1.00 - $3.00**

## Variations

Total options: 17 Color. Select now

1. Color(17)

+10

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Refund policy**

Claim a refund if your order doesn't ship, is missing,

## Other recommendations for your business




Activate Windows
Go to Settings to activate Windows.

TOP

Doe #13
Copyright(s) SMD-1: Listing Image

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f2140c7ab1722347901

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: APEX TECH LIMITED**

You will need to confirm the shipping fee and method with the supplier



Capacity Travel Tumbler 40OZ For Stanleyem cup Custom double wall Vacuum Insulated Car tumbler vacuum Thermal stainless steel
Min. order:10 Pieces



Color: Navy blue
USD 3.00 /Piece

1
Only 1 left

**USD 3.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 3.00 |
| Subtotal | USD 3.00 |
| Estimated tax: | USD 0.31 |
| Amount due | USD 3.31 |

**Submit order**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

On-time Dispatch Guarantee
Dispatched within 15 days of payment or receive a 10% delay compensation View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #13
Copyright(s) SMD-1: Listing Image




Doe #14
Copyright(s) SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229212a60d01717062808

2024-05-30

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hunan Jinchang Technology Co., Ltd.**

**Delivery by Jul 1** | Shipping fee: **USD 15.42** Change



Top Seller Simple 50OZ Treks Tumbler With Handle And Straw Lids Moderns Adventure Cup
Min. order:56 Pieces



Color: Black; Capacity: 50oz
USD 10.00 /Piece

− 1 + **USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 15.42 |
| Order subtotal | USD 25.42 |
| Tax | USD 0.85 |
| Payment processing fee | USD 0.79 |
| Total | **USD 27.06** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jul 1 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #14
Copyright(s) SMD-32: Listing Image
Copyright Registration Numbers: VA2383009

Factory Wholesale Minimalist C

2024-01-10

alibaba.com/product-detail/_1601286115397.html

Alibaba.com

Products | hello kitty | Search

Deliver to: 60601-3404,

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier




| 20 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| **$5.50** | **$5.00** | **$4.00** |

**Variations**

Total options: **21 Color ; 2 Capacity .** Select now

**Color(21):** Midnight Black

+14

**Capacity(2)**

40oz 30oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

4 interest-free payments with PayPal Klarna

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Send Inquiry | Chat now

Messenger 99+

Doe #15
Copyright(s) SMD-2, SMD-14, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009




Doe #15
Copyright(s) SMD-2, SMD-14, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

Factory Wholesale Minimalist C

2024-01-10

alibaba.com/product-detail/_1601286115397.html

Alibaba.com | Products | moissanite watch | Search

Deliver to: 60601-3404,

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier




| 20 - 99 pieces | 100 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| $5.50 | $5.00 | $4.00 |

**Variations**

Total options: **21 Color ; 2 Capacity .** Select now

**Color(21):** Midnight Black

+14

**Capacity(2)**

40oz 30oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

4 interest-free payments with PayPal Klarna

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with

Send Inquiry | Chat now

Messenger 99+

Doe #15
Copyright(s) SMD-2, SMD-14, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

Leak Proof Simple Quencher Cu

2024-05-30

alibaba.com/product-detail/_1600882970766.html

Alibaba.com | Products | leak proof tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# leak proof simple quencher custom logo double wall vacuum insulated stainless steel cup 40 oz tumbler with straw and handle

★★★★★5.0 (1 review) · 4725 sold

Yongkang Baoshi Industry And Trade Co., Ltd · Verified Custom manufacturer · 4 yrs · CN






Hover to zoom in

Share

| 100 - 999 pieces | 1000 - 2999 pieces |
|---|---|
| **$6.20** | **$5.80** |
| 3000 - 9999 pieces | >= 10000 pieces |
| **$4.88** | **$4.49** |

## Variations

Total options: 7 Color; 1 Capacity. **Select now**

**1. Color(7):** White

**2. Capacity(1)**

40oz

## Shipping

Ocean+Express US (Standard) Change

Shipping total: $881.99 for 100 pieces

Estimated delivery by Jul 12-Jul 26

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Claim US $80 in coupons every month View more

## Other recommendations for your business



Messenger 99+

TOP

Doe #16

Copyright(s) SMD-15, SMD-16, SMD-17, SMD-25: Listing Image

Copyright Registration Numbers: VA2383009

Leak Proof Simple Quencher Cu

2024-05-30

alibaba.com/product-detail/_1600882970766.html

Alibaba.com

Products | travel cup | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

40oz 1200ml




## Products Description

Similar Items

| 100 - 999 pieces | 1000 - 2999 pieces |
|---|---|
| **$6.20** | **$5.80** |
| 3000 - 9999 pieces | >= 10000 pieces |
| **$4.88** | **$4.49** |

**Variations**

Total options: 7 Color; 1 Capacity. Select now

1. Color(7): White

2. Capacity(1)

40oz

**Shipping**

Ocean+Express US (Standard) Change

Shipping total: $881.99 for 100 pieces

Estimated delivery by Jul 12-Jul 26

**Membership benefits**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

TOP

Doe #16
Copyright(s) SMD-15, SMD-16, SMD-17, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yongkang Baoshi Industry And Trade Co., Ltd**

**Delivery by Jun 24** | Shipping fee: **USD 17.02** Change



leak proof simple quencher custom logo double wall vacuum insulated stainless steel cup 40 oz tumbler with straw and handle
Min. order:100 Pieces



Color: White; Capacity: 40oz
**USD 8.00** /Piece — 1 + **USD 8.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 8.00 |
| Shipping fee | USD 17.02 |
| Order subtotal | USD 25.02 |
| Tax | USD 0.68 |
| Payment processing fee | USD 0.77 |
| Total | **USD 26.47** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jun 24 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #16
Copyright(s) SMD-15, SMD-16, SMD-17, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

Simple Modern 40 Oz Tumbler

2024-05-30

alibaba.com/product-detail/_1600928408037.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Simple Modern 40 oz Tumbler with Handle and Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug

No reviews yet

Cixi Ebridge Imp. & Exp. Co., Ltd. · 5 yrs · CN






Hover to zoom in

Share

| 3 - 99 pieces | 100 - 2999 pieces | >= 3000 pieces |
|---|---|---|
| $5.78 | $5.15 | $4.34 |

**Variations**

Total options: 1 Color; 1 Capacity. **Select now**

1. Color(1): as shown

2. Capacity(1)

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

**Membership benefits**

For your stage Enterprise

Quick refunds View more

**Protections for this product**

Secure payments

Every payment you make on Alibaba.com is secured

## Other recommendations for your business



Messenger 99+

TOP

Doe #17
Trademark(s) Simple Modern: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

2024-05-30

Simple Modern 40 Oz Tumbler

alibaba.com/product-detail/_1600928408037.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier



**Simple Modern 40 oz Tumbler with Handle and Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug**

| | |
|---|---|
| **Item NO.** | 12KH-CM-011 |
| **Material** | stainless steel |
| **Size** | 40oz |
| **Function** | keep drinking |
| **Application** | wine，juice |
| **Logo** | OEM |
| **Private Label** | Support |
| **Delivery Time** | 7-15 days if have stocks,30-45 days for OEM. |
| **Our Advantages** | 1.Good Quality: QC department to control the quality |
| | 2.Good Service: Always here for service |
| | 3.Fast and Cheap Delivery: Cooperate with express companies with discounts |
| ***If You Are Interested In Our Products Or Want To R&D New Items, Welcome To Contact With Us !!!*** | |



| 3 - 99 pieces | 100 - 2999 pieces | >= 3000 pieces |
|---|---|---|
| **$5.78** | **$5.15** | **$4.34** |

## Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** as shown



**2. Capacity(1)**

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

## Membership benefits

## Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #17
Trademark(s) Simple Modern: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-05-30

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229210142d81717060751

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Cixi Ebridge Imp. & Exp. Co., Ltd.**

**Estimated delivery by Jul 26-Aug 16** | Shipping fee: USD 26.07 | Change



Simple Modern 40 oz Tumbler with Handle and Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug

Min. order:3 Pieces



Color: as shown; Capacity: 40oz

USD 9.99 /Piece

− 1 +

**USD 9.99**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 9.99 |
| Shipping fee | USD 26.07 |
| Order subtotal | USD 36.06 |
| Tax | USD 0.85 |
| Payment processing fee | USD 1.11 |
| Total | **USD 38.02** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #17
Trademark(s) Simple Modern: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

2024-06-18

New Arrival 40oz Travel Reusab

alibaba.com/product-detail/_1600902429973.html

Alibaba.com Products shoes Search

Deliver to: 60601-3404, US English-USD 99+ 13

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

## New arrival 40oz travel Reusable Insulated Stainless Steel Watertight trek tumbler with handle straw

No reviews yet · 1 order

Anhui Gaoxiong Technology Co., Ltd. · 4 yrs · CN





Hover to zoom in

Share

100 - 999 pieces **$5.90**

1000 - 9999 pieces **$5.10**

>= 10000 pieces **$4.80**

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): color

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

### Protections for this product

### Other recommendations for your business



Messenger 99+

TOP

Doe #18
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e210155b51718691802

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Anhui Gaoxiong Technology Co., Ltd.**

**Estimated delivery by Jul 1-Jul 5** | Shipping fee: **USD 18.97** Change



New arrival 40oz travel Reusable Insulated Stainless Steel Watertight trek tumbler with handle straw

Min. order:100 Pieces



Color: color; Capacity: 40oz

**USD 5.90** /Piece

1

Only 1 left

**USD 5.90**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.90 |
| Shipping fee | USD 18.97 |
| Order subtotal | USD 24.87 |
| Tax | USD 0.60 |
| Payment processing fee | USD 0.77 |
| Total | **USD 26.24** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #18

Copyright(s) SMD-1: Listing Image

2024-06-13

Simple Modern 40oz Tumbler

alibaba.com/product-detail/_1601157259720.html

Alibaba.com | Products | simple modern | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

**Simple Modern 40oz Tumbler with Handle and Straw Lid | Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug Gift Women**

No reviews yet

Shenzhen Beautystar Technology Company Ltd · 9 yrs · CN





Hover to zoom in | Share

**Alibaba Guaranteed**

Fixed prices with shipping included | Guaranteed delivery by the scheduled dates | Money-back guarantee

**Price guide (shipping included)**

500 pieces | 5000 pieces | 10000 pieces | 50000 pieces

**$13.89** /piece for 5,000 pieces

Includes:

**$5.20** Product price

**$8.69** Standard shipping

**Variations**

Total options: 9 Color; 2 Capacity. **Select now**

**1. Color(9):** pink1

+2

**2. Capacity(2)**

40oz | 32oz

Start order | Add to cart

Still deciding? Get samples first! Order sample

Shipping

**Economy**

**Other recommendations for your business**



Doe #19
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-06-13

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfad042102e13a1718274897

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Beautystar Technology Company Ltd**

**Delivery by Jul 8** | Shipping fee: USD 15.80 Change

Simple Modern 40oz Tumbler with Handle and Straw Lid | Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug Gift Women

Min. order:500 Pieces

Color: pink1; Capacity: 40oz

USD 6.00 /Piece

1

USD 6.00

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 6.00 |
| Shipping fee | USD 15.80 |
| Order subtotal | USD 21.80 |
| Tax | USD 0.62 |
| Payment processing fee | USD 0.68 |
| Total | **USD 23.10** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before Jul 8 or receive a 10% delay compensation View details

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Refund policy

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #19

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233


2024-09-10

Double Wall Stainless Steel Vac...

alibaba.com/product-detail/_1600951291426.html

Super SUPER SAVERS | Get hot picks with an extra 20% off | Explore now →

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-4800, US | English-USD | 99+

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

Super Double wall stainless steel vacuum 40oz trek simple modern car mug cup leakproof tumbler with handle and straw lid

No reviews yet · 1 order

Ningbo General Union Co., Ltd. · Verified Multispecialty supplier · 4 yrs · CN

| 100 - 499 pieces | 500 - 999 pieces |
| --- | --- |
| $4.46 | $4.20 |

>= 1000 pieces
$3.97

Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): as picture

2. Capacity(1)

1200ml/40oz

Shipping

FedEx IP door-t... | Alibaba.com Logistics 4 more option(s)

Shipping fee: $370.52 for 100 pieces

Estimated delivery by Oct 4

Start order | Add to cart

Still deciding? Get samples first! Order sample

Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled

Other recommendations for your business

Messenger

Doe #20
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor
2024-09-10
biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfacaa21030d191725978919

Alibaba.com

# Start order

## Shipping address
Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method
Change

523686******3500

## Items and delivery options

**Sold by: Ningbo General Union Co., Ltd.**

**Delivery by Oct 10** | Shipping fee: **USD 15.86** Change



Super Double wall stainless steel vacuum 40oz trek simple modern car mug cup leakproof tumbler with handle and straw lid
Min. order: 100 Pieces

Color: as picture; Capacity: 1200ml/40oz
**USD 10.00** /Piece
1
Only 1 left
**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 15.86 |
| Alibaba.com coupon | - USD 7.00 |
| Subtotal | USD 18.86 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.60 |
| Total | USD 20.49 |

Change currency
You saved USD 7.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

Delivery via Alibaba.com Logistics
Expect your order to be delivered before Oct 10 or receive a 10% delay compensation View details

Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Standard refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #20
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233




Doe #21
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



# 40oz OEM stainless steel handle tumbler insulated water tumbler with straw

No reviews yet

Guangxi Black Fish Technology Co., Ltd. · 1 yr · CN






| 50 - 499 pairs | 500 - 9999 pairs | >= 10000 pairs |
|---|---|---|
| $10.17 | $10.00 | $9.50 |

## Variations

Total options: 1 Color; 1 size. **Select now**

1. Color(1): 1

2. size(1)

40oz

## Shipping

**Seller's Shipping Method 1 (Ocean)** Change

Shipping total: $63.00 for 50 pairs

Start order | Add to cart

PayPal Buy now, pay later. Learn more

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger

Doe #22
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor
2024-08-15
biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f214124781723738198

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangxi Black Fish Technology Co., Ltd.**

**Delivery date to be calculated** | Shipping fee: USD 113.00 Change



40oz OEM stainless steel handle tumbler insulated water tumbler with straw

Min. order: 50 Pairs



Color: 1; size: 40oz

USD 10.17 /Pair

100

**USD 1,017.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 1,017.00 |
| Shipping fee | USD 113.00 |
| Subtotal | USD 1,130.00 |
| Tax | USD 104.24 |
| Payment processing fee | USD 36.91 |
| Total | USD 1,271.15 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #22
Copyright(s) SMD-1: Listing Image




Doe #23
Copyright(s) SMD-1: Listing Image




Doe #23
Copyright(s) SMD-1: Listing Image

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f21412b271722348320

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shanghai Fuxiang New Material Co., Ltd.**

**Estimated delivery by Sep 20-Oct 11** | Shipping fee: USD 27.95 | Change



Hot Sale Adventure Tumbler 40oz Tumbler Cup Vacuum Insulated 304 Stainless Steel Water Bottle Travel Mugs Portable With Handle

Min. order:50 Sets



Color: Pink; Capacity: 40oz

USD 5.00 /Set

1

**USD 5.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 27.95 |
| Subtotal | **USD 32.95** |
| Tax | **USD 0.51** |
| Payment processing fee | **USD 1.01** |
| Total | **USD 34.47** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 10 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #23
Copyright(s) SMD-1: Listing Image

2024-05-23

Modern 40oz Tumbler With Ha

alibaba.com/product-detail/_1600960267520.html

All Bookmarks

Alibaba.com

Products | 40oz tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 6

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Modern 40oz Tumbler With Handle And Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Coffee Thermal Travel Mug

No reviews yet · 1 sold

LS Shenzhen Lanson Gifts Co., Ltd. · 1 yr · CN





Hover to zoom in | Share

**Other recommendations for your business**

| 25 - 199 pieces | 200 - 999 pieces |
| --- | --- |
| **$4.49** | **$4.35** |
| **1000 - 999999 pieces** | **>= 1000000 pieces** |
| **$4.25** | **$1.98** |

**Variations**

Total options: 13 Color; 1 Capacity. Select now

1. Color(13): 1

+6

2. Capacity(1)

40oz

**Shipping**

FedEx IE door-to-door (Standard) Change

Shipping total: $214.70 for 25 pieces

Estimated delivery by **Jun 27**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Membership benefits

Messenger

TOP

Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009

2024-05-23

alibaba.com/product-detail/_1600960267520.html

Alibaba.com | Products | stanley cup | Search

Deliver to: 60601-3404, US | English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Modern 40oz Tumbler With Handle And Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Coffee Thermal Travel Mug

No reviews yet · 1 sold

Shenzhen Lanson Gifts Co., Ltd. · 1 yr · CN




Hover to zoom in | Share

25 - 199 pieces **$4.49** | 200 - 999 pieces **$4.35**

1000 - 999999 pieces **$4.25** | >= 1000000 pieces **$1.98**

**Variations**

Total options: 13 Color; 1 Capacity. Select now

1. Color(13): 1

+6

2. Capacity(1)

40oz

**Shipping**

FedEx IE door-to-door (Standard) Change

Shipping total: $214.70 for 25 pieces

Estimated delivery by **Jun 27**

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Other recommendations for your business**

Membership benefits

Messenger 99+

Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009


Modern 40oz Tumbler With Ha
2024-05-23
alibaba.com/product-detail/_1600960267520.html
All Bookmarks
Alibaba.com
Products
40oz tumbler
Search
Deliver to:
60601-3404, US
English-USD
All categories Featured selections Trade Assurance Alibaba.com Membership
Buyer Central Help Center Get the app Become a supplier

**Modern 40oz Tumbler With Handle And Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Coffee Thermal Travel Mug**

No reviews yet · 1 sold

Shenzhen Lanson Gifts Co., Ltd. · 1 yr · CN



Hover to zoom in
Share

| 25 - 199 pieces | 200 - 999 pieces |
|---|---|
| $4.49 | $4.35 |
| **1000 - 999999 pieces** | **>= 1000000 pieces** |
| $4.25 | $1.98 |

**Variations**

Total options: 13 Color; 1 Capacity. Select now

1. Color(13): 1

+6

2. Capacity(1)

40oz

**Shipping**

FedEx IE door-to-door (Standard) Change

Shipping total: $214.70 for 25 pieces

Estimated delivery by Jun 27

Start order
Add to cart

Still deciding? Get samples first! Order sample

**Other recommendations for your business**

Messenger 99+

Membership benefits

Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009

# Modern 40oz Tumbler With Handle And Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Coffee Thermal Travel Mug

No reviews yet · 1 sold

Shenzhen Lanson Gifts Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

| 25 - 199 pieces | 200 - 999 pieces |
|---|---|
| $4.49 | $4.35 |

| 1000 - 999999 pieces | >= 1000000 pieces |
|---|---|
| $4.25 | $1.98 |

## Variations

Total options: 13 Color; 1 Capacity. Select now

1. Color(13): 1

+6

2. Capacity(1)

40oz

## Shipping

FedEx IE door-to-door (Standard) Change

Shipping total: $214.70 for 25 pieces

Estimated delivery by **Jun 27**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Membership benefits

Messenger 99+

## Other recommendations for your business

Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009




Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009

2024-05-23

Modern 40oz Tumbler With Ha

alibaba.com/product-detail/_1600960267520.html

All Bookmarks

Alibaba.com

Products | stanley cup | Search

Deliver to: 60601-3404, US

English-USD

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




25 - 199 pieces
**$4.49**

200 - 999 pieces
**$4.35**

1000 - 999999 pieces
**$4.25**

>= 1000000 pieces
**$1.98**

**Variations**

Total options: 13 Color; 1 Capacity. Select now

1. Color(13): 1

+6

2. Capacity(1)

40oz

**Shipping**

FedEx IE door-to-door (Standard) Change

Shipping total: $214.70 for 25 pieces

Estimated delivery by **Jun 27**

**Membership benefits**

**Protections for this product**

Delivery via Alibaba.com Logistics

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #24

Trademark(s) s|m: Listing Image, Listing Description

Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image

Trademark Registration Number: 6217472

Copyright Registration Numbers: VA2383009

2024-05-23

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Lanson Gifts Co., Ltd.**

**Delivery by Jul 9** | Shipping fee: USD 16.05 Change



Modern 40oz Tumbler With Handle And Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Coffee Thermal Travel Mug
Min. order:25 Pieces



Color: 1; Capacity: 40oz
USD 8.00 /Piece — 1 + USD 8.00

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 8.00 |
| Shipping fee | USD 16.05 |
| Order subtotal | USD 24.05 |
| Tax | USD 0.82 |
| Payment processing fee | USD 0.75 |
| Total | **USD 25.62** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

Delivery via Alibaba.com Logistics
Expect your order to be delivered before Jul 9 or receive a 10% delay compensation View details

Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #24
Trademark(s) s|m: Listing Image, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-18, SMD-25: Listing Image
Trademark Registration Number: 6217472
Copyright Registration Numbers: VA2383009

2024-11-23

40oz Tumbler With Handle Trav ×

alibaba.com/product-detail/_1601036293517.html

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Tumbler With Handle Travel Stainless Steel Vacuum Tumblers With Straw And Handle

No reviews yet · 6000 sold

Jinhua Bluestar Houseware Co., Ltd. · 6 yrs · CN





100 - 499 pieces
**$4.99**

500 - 999 pieces
**$3.99**

>= 1000 pieces
**$2.99**

## Variations

Total options: 4 Color; 3 Capacity. Select now

**Color(4):** Red

**Capacity(3)**

20oz | 30oz | 40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Send Inquiry | Chat now

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with

Messenger 99+

## Other recommendations for your business



40oz Tumbler With Handle Trav

alibaba.com/product-detail/_1601036293517.html

2024-11-23

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD






| 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.99 | $3.99 | $2.99 |

**Variations**

Total options: 4 Color; 3 Capacity. **Select now**

Color(4): Red

Capacity(3)

20oz 30oz 40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with

Send Inquiry | Chat now

Messenger 99+

Doe #25
Copyright(s) SMD-1: Listing Image

2024-10-17

Reusable Simple Modern Tumb

alibaba.com/product-detail/_1600687113531.html

Alibaba.com

Products | silicone sippy cup | Search

Deliver to: 60601-3404, US | English-USD

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## reusable simple modern tumbler portable drinking bubble tea party silicone ice coffee sippy cup with straw design

No reviews yet

Shenzhen Bangber Necssities Co., Ltd. · 8 yrs · CN





Minimum order quantity: 1 piece

**$3.44**

**Variations**

Total options: 11 Color. **Select now**

1. Color(11)




**Shipping**

Shipping fee: $9.74 for 1 piece

Estimated delivery by Nov 14

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Activate Windows
Go to Settings to activate Windows.

## Other recommendations for your business



Doe #26

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa71521012d3c1729156346

2024-10-17

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Bangber Necssities Co., Ltd.**

**Delivery by Nov 14** | Shipping fee: **USD 9.74** Change



reusable simple modern tumbler portable drinking bubble tea party silicone ice coffee sippy cup with straw design

Min. order: 1 piece



Color: Pink

USD 3.88 /piece

1

Only 1 left

**USD 3.88**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 3.88 |
| Shipping fee | USD 9.74 |
| Alibaba.com coupon | - USD 2.00 |
| Subtotal | USD 11.62 |
| Tax | USD 0.40 |
| Payment processing fee | USD 0.36 |
| Total | USD 12.38 |

Change currency

You saved USD 2.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Nov 14 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Activate Windows
Go to Settings to activate Windows.

Doe #26

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

2024-07-02

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets



**Custom Logo Coffee Mug Stainless Steel Coffee Cup Leak Proof Vacuum Insulated 40oz Coffee Mug Tumbler With Handle**

No reviews yet

Ningbo Bright Flower Household Goods Co., Ltd. · 2 yrs · CN






Hover to zoom in | Share

## Other recommendations for your business



100 - 2999 pieces
**$4.55**

3000 - 9999 pieces
**$4.15**

>= 10000 pieces
**$3.68**

### Variations

Total options: 9 Color; 1 Capacity. Select now

1. Color(9): 1



+2

2. Capacity(1)

901-1000ml

### Shipping

Ocean+Express US (Standard) Change

Shipping total: $1,732.58 for 100 pieces

Estimated delivery by Aug 9-Aug 23

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Doe #27
Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c21410c671719917758

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Ningbo Bright Flower Household Goods Co., Ltd.**

**Estimated delivery by Aug 23-Sep 13** | Shipping fee: USD 31.74 Change



Custom Logo Coffee Mug Stainless Steel Coffee Cup Leak Proof Vacuum Insulated 40oz Coffee Mug Tumbler With Handle

Min. order:100 Pieces



Color: 1; Capacity: 901-1000ml

USD 25.00 /Piece

1

**USD 25.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 25.00 |
| Shipping fee | USD 31.74 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 53.74 |
| Tax | USD 2.56 |
| Payment processing fee | USD 1.69 |
| Total | **USD 57.99** |

Change currency

You saved **USD 3.00** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 10 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #27

Copyright(s) SMD-1: Listing Image

2024-05-23



# 3.0 Simple 40oz Stainless Steel Vacuum Insulated Travel Tumbler Mug Cup with Handle and Straw for Water Iced Coffee Smoothie

No reviews yet

Yongkang Bluestream Industry & Trade Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

| 20 - 99 pieces | 100 - 499 pieces |
| --- | --- |
| $5.40 | $5.20 |

| 500 - 9999 pieces | >= 10000 pieces |
| --- | --- |
| $4.70 | $4.15 |

## Variations

Total options: 10 Color; 1 Capacity. Select now

1. Color(10): Black

+3

2. Capacity(1)

40oz

## Shipping

**Express EU & US (Standard)** Change

Shipping total: $187.22 for 20 pieces

Estimated delivery by **Jul 4**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Get US USD 5.00 OFF

## Membership benefits

For your stage Enterprise

## Other recommendations for your business



Messenger 99+

TOP

Doe #28

Copyright(s) SMD-1: Listing Image

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be7983210142691716451270

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yongkang Bluestream Industry & Trade Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: USD 21.54 | Change



3.0 Simple 40oz Stainless Steel Vacuum Insulated Travel Tumbler Mug Cup with Handle and Straw for Water Iced Coffee Smoothie

Min. order:20 Pieces



Color: Black; Capacity: 40oz

USD 12.00 /Piece

1

**USD 12.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 12.00 |
| Shipping fee | USD 21.54 |
| Order subtotal | USD 33.54 |
| Tax | USD 1.23 |
| Payment processing fee | USD 1.04 |
| Total | **USD 35.81** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #28

Copyright(s) SMD-1: Listing Image

New 304 Stainless Steel Vacuun

alibaba.com/product-detail/_1601057905713.html

2024-06-18

Alibaba.com

Products | women's clothing | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# NEW 304 Stainless Steel Vacuum Insulated Simple 40oz Travel Tumbler with Handle and Straw Keep Cold Coffee Beer Mugs

No reviews yet

B&S Yongkang Bluestream Industry & Trade Co., Ltd. · 1 yr · CN





Hover to zoom in | Share

## Other recommendations for your business




| 100 - 499 pieces | 500 - 999 pieces |
|---|---|
| **$5.68** | **$5.45** |
| **1000 - 9999 pieces** | **>= 10000 pieces** |
| **$5.08** | **$4.35** |

## Variations

Total options: 10 Color; 1 Capacity. Select now

1. Color(10): White



+3

2. Capacity(1)

40oz

## Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $963.65 for 100 pieces

Estimated delivery by Aug 6-Aug 20

Start order | Add to cart

Still deciding? Get samples first! Order sample

Get US USD 20.00 OFF

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

Messenger 99+

TOP

Doe #28
Copyright(s) SMD-1: Listing Image

2024-06-18

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e2102e13a1718692261

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yongkang Bluestream Industry & Trade Co., Ltd.**

**Estimated delivery by Aug 13-Sep 3** | Shipping fee: USD 23.63 Change



NEW 304 Stainless Steel Vacuum Insulated Simple 40oz Travel Tumbler with Handle and Straw Keep Cold Coffee Beer Mugs

Min. order:100 Pieces



Color: White; Capacity: 40oz

USD 10.00 /Piece

1

Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 23.63 |
| Order subtotal | USD 33.63 |
| Tax | USD 1.03 |
| Payment processing fee | USD 1.04 |
| Total | **USD 35.70** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #28

Copyright(s) SMD-1: Listing Image

2024-06-18

2023 New Advance Sale Leakpr

alibaba.com/product-detail/_1600962181950.html

Alibaba.com

Products | leakproof tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## 2023 New advance sale leakproof tumbler simple modern trek insulated 40oz 40 oz tumbler cup with handle and flat lid straw brush

No reviews yet

ZHEJIANG FLYCUP CO.,LTD. · Verified Custom manufacturer · 17 yrs · CN



Hover to zoom in | Share

### Other recommendations for your business

| 100 - 2999 pieces | >= 3000 pieces |
|---|---|
| $7.54 | $5.02 |

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): Customize

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Messenger 99+

Doe #29
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-06-18

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e21012d3c1718697207

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: ZHEJIANG FLYCUP CO.,LTD.**

**Estimated delivery by Aug 8-Sep 3** | Shipping fee: **USD 13.11** Change



2023 New advance sale leakproof tumbler simple modern trek insulated 40oz 40 oz tumbler cup with handle and flat lid straw brush

Min. order:100 Pieces

Color: Customize; Capacity: 40oz

USD 7.54 /Piece

1

USD 7.54

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.54 |
| Shipping fee | USD 13.11 |
| Order subtotal | USD 20.65 |
| Tax | USD 0.77 |
| Payment processing fee | USD 0.65 |
| Total | **USD 22.07** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $20.65 sample fees back on your next order above US $300.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 35 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform

Doe #29

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

2024-06-18

Trek Simple Modern Car Mug C

alibaba.com/product-detail/_1600962186965.html

Alibaba.com | Products | leakproof tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

**Trek Simple Modern Car Mug Cup Minimalist Drinkware Leakproof Tumbler Double Wall Stainless Steel Vacuum 40oz 40 Oz 6-12 Hours**

No reviews yet

ZHEJIANG FLYCUP CO.,LTD. · Verified Custom manufacturer · 17 yrs · CN





Hover to zoom in

Share

**Other recommendations for your business**



100 - 2999 pieces | >= 3000 pieces

**$7.54** | **$5.02**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** Customize

**2. Capacity(1)**

40oz

**Shipping**

**Express EU & US (Standard)** Change

Shipping total: $389.91 for 100 pieces

Estimated delivery by **Aug 9**

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Membership benefits**

For your stage Enterprise

Buy and get 1.5% back View more

**Protections for this product**

**Delivery via Alibaba.com Logistics**

Messenger 99+

TOP

Doe #29
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: ZHEJIANG FLYCUP CO.,LTD.**

**Delivery by Aug 9** | Shipping fee: **USD 13.11** Change



Trek Simple Modern Car Mug Cup Minimalist Drinkware Leakproof Tumbler Double Wall Stainless Steel Vacuum 40oz 40 Oz 6-12 Hours

Min. order:100 Pieces

Color: Customize; Capacity: 40oz

**USD 7.54** /Piece

1

**USD 7.54**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.54 |
| Shipping fee | USD 13.11 |
| Order subtotal | USD 20.65 |
| Tax | USD 0.77 |
| Payment processing fee | USD 0.65 |
| Total | **USD 22.07** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $20.65 sample fees back on your next order above US $300.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Aug 9 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform

Doe #29

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233

2024-05-30

Wholesale 40 Oz Simple Moder

alibaba.com/product-detail/_1601029657257.html

Alibaba.com

Products | designer bags | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

**Wholesale 40 oz Simple Moderns Solid Color Coffee Cup Double Wall Travel Mug Stainless Steel Insulated 40oz Tumbler With Handle**

No reviews yet

Chengdu Baifumei Import & Export Trading Ltd. · 1 yr · CN




Hover to zoom in | Share

**Other recommendations for your business**



| 2 - 49 pieces | 50 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| $4.02 | $3.88 | $3.86 | $3.80 |

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): AS Requested

2. Capacity(1)

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

**Membership benefits**

For your stage Enterprise

Quick refunds View more

**Protections for this product**

Secure payments

Messenger 99+

Doe #30
Trademark(s) Simple Moderns: Listing Title
Trademark Registration Number: 6129233

40 Oz Simple Moderns Solid Co ×

2024-10-17

alibaba.com/product-detail/_1601029668213.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## 40 oz Simple Moderns Solid Color Coffee Cup Double Wall Travel Mug Stainless Steel Insulated 40oz Tumbler With Lid and Straw

No reviews yet

BF Chengdu Baifumei Import & Export Trading Ltd. · 1 yr · CN






| 2 - 49 pieces | 50 - 499 pieces | 500 - 1999 pieces |
|---|---|---|
| $4.02 | $3.88 | $3.86 |

>= 2000 pieces
**$3.80**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): AS Requested

2. Capacity(1)

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

### Other recommendations for your business



Doe #30
Trademark(s) Simple Moderns: Listing Title
Trademark Registration Number: 6129233




Doe #31
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa2292102fa151717060645

2024-05-30

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Chenghe Xinlai Import And Export Trade Co., Ltd.**

**Estimated delivery by Jul 2-Jul 16** | Shipping fee: **USD 115.30** Change



20pcs, 40 Oz Sublimation Simple Modern Tumbler With Handle And Straw, For Outdoor Sports, Travel, And Camping
Min. order:12 Pieces



Color: Black; Capacity: 40oz
**USD 7.80** /Piece

− 48 + **USD 374.40**

Add note to supplier

## Order summary (48 items)

| | |
|---|---|
| Item subtotal | USD 374.40 |
| Shipping fee | USD 115.30 |
| Order subtotal | USD 489.70 |
| Tax | USD 31.83 |
| Payment processing fee | USD 15.60 |
| Total | **USD 537.13** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 5 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #31
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233


Custom Simple Modern Tumbl
alibaba.com/product-detail/_1601006745620.html
2024-06-13
Alibaba.com
Products
insulated tumbler
Search
Deliver to:
60601-3404, US
English-USD
All categories
Featured selections
Trade Assurance
Alibaba.com Membership
Buyer Central
Help Center
Get the app
Become a supplier

Custom simple modern tumbler cup with handle and straw 40oz 40 oz insulated stainless steel simple modern tumbler

No reviews yet

Chengdu Huajin Jiayi E-Commerce Co., Ltd. · 1 yr · CN



Hover to zoom in
Share

Other recommendations for your business

2 - 999 pieces
$5.00
1000 - 4999 pieces
$4.60
>= 5000 pieces
$4.20

Variations
Total options: 29 Color; 1 Capacity.
Select now
1. Color(29): 1
+22
2. Capacity(1)
1000-1500ml

Shipping
Air Charter Express US (Premium) Change
Shipping total: $30.84 for 2 pieces
Estimated delivery by Jul 8

Start order
Add to cart

Still deciding? Get samples first! Order sample

Get US USD 100.00 OFF

Membership benefits
For your stage Enterprise
Quick refunds View more

Doe #32
Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009




Doe #32
Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009




Doe #32
Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009




Doe #32
Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009




Doe #32
Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009

Manufacturers, Suppliers, Expor × +

2024-06-13

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfad04210155b51718274420

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Huajin Jiayi E-Commerce Co., Ltd.**

**Estimated delivery by Aug 1-Aug 22** | Shipping fee: **USD 16.97** Change



Custom simple modern tumbler cup with handle and straw 40oz 40 oz insulated stainless steel simple modern tumbler

Min. order:2 Pieces



Color: 1; Capacity: 1000-1500ml

**USD 5.00** /Piece

− 1 +

**USD 5.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 16.97 |
| Order subtotal | USD 21.97 |
| Tax | USD 0.51 |
| Payment processing fee | USD 0.68 |
| Total | **USD 23.16** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #32

Trademark(s) simple modern, s|m: Listing Image, Listing Title, Listing Description

Copyright(s) SMD-1, SMD-2, SMD-14, SMD-17, SMD-18, SMD-20: Listing Image

Trademark Registration Number: 6129233, 6217472

Copyright Registration Numbers: VA2383009

Alibaba.com
Products | 40 oz tumbler | Search
Deliver to: 60601-3404, US
English-USD
99+ 3
All categories | Featured selections | Trade Assurance | Alibaba.com Membership
Buyer Central | Help Center | Get the app | Become a supplier

# 40 oz Simple Modern Stainless Steel Customize Tumbler Water Bottle Sublimation 40oz Tumbler with Handle

No reviews yet

Chengdu Haiweiling Technology Co., Ltd. · 3 yrs · CN






Hover to zoom in

Share

| 2 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $15.20 | $13.30 | $11.40 | $9.90 |

## Variations

Total options: 6 Color; 1 Capacity. Select now

1. Color(6): White



2. Capacity(1)

1200ml

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

## Protections for this product

Messenger

## Other recommendations for your business



Doe #33
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229213bf3991717063035

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Haiweiling Technology Co., Ltd.**

**Estimated delivery by Jul 26-Aug 16** | Shipping fee: USD 20.76 Change



40 oz Simple Modern Stainless Steel Customize Tumbler Water Bottle Sublimation 40oz Tumbler with Handle
Min. order:2 Pieces

Color: White; Capacity: 1200ml
USD 25.00 /Piece
1
USD 25.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 25.00 |
| Shipping fee | USD 20.76 |
| Order subtotal | USD 45.76 |
| Tax | USD 2.13 |
| Payment processing fee | USD 1.44 |
| Total | **USD 49.33** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #33
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2023 Double Wall Hot Sale Trek

alibaba.com/product-detail/_1600947155412.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 2023 Double Wall Hot Sale Trek 40oz Tumbler With Handle Vacuum 18/8 Adventure Quencher Customize Logo Sublimation Travel Mug

No reviews yet

Chengdu Haiweiling Technology Co., Ltd. · 3 yrs · CN






| 2 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $6.17 | $5.63 | $4.97 |

## Variations

Total options: 10 Color; 2 Capacity. Select now

1. Color(10): #1

+3

2. Capacity(2)

>1L 2L

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

## Other recommendations for your business



Doe #33
Copyright(s) SMD-1: Listing Image

2024-08-22

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f212a726d1724305739

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Haiweiling Technology Co., Ltd.**

**Estimated delivery by Sep 13-Sep 18** | Shipping fee: USD 20.10 | Change



2023 Double Wall Hot Sale Trek 40oz Tumbler With Handle Vacuum 18/8 Adventure Quencher Customize Logo Sublimation Travel Mug

Min. order: 2 Pieces



Color: #1; Capacity: >1L

USD 7.00 /Piece

1

Only 1 left

**USD 7.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.00 |
| Shipping fee | USD 20.10 |
| Subtotal | USD 27.10 |
| Tax | USD 0.72 |
| Payment processing fee | USD 0.84 |
| Total | USD 28.66 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #33
Copyright(s) SMD-1: Listing Image




Doe #34
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa7152102e8511729153632

2024-10-17

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Dongyang Changrong Technology Co., Ltd.**

**Delivery by Nov 22** | Shipping fee: **USD 16.05** Change



Reusable Transparent Simple Modern Bpa Free Sport Plastic Water Juice Drink Cute Cup Portable Tumbler with Handle Lid and Straw

Min. order: 10 piece



Color: 4

**USD 10.00** /piece

1

Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 16.05 |
| Alibaba.com coupon | - USD 2.00 |
| Subtotal | USD 24.05 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.75 |
| Total | USD 25.83 |

Change currency

You saved **USD 2.00** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $24.05 sample fees back on your next order above US $300.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Nov 22 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #34
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Custom Logo 40oz Stainless Ste ×

alibaba.com/product-detail/_1601294155309.html

2025-01-15

Alibaba.com | Products | 40oz tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo 40oz Stainless Steel Vacuum Insulated Tumbler Classic Design Style Hot/Cold Beverages Tumbler With Straw Handle

No reviews yet

Dongyang Changrong Technology Co., Ltd. · Verified Custom manufacturer · 2 yrs · CN






Minimum order quantity: 10 pieces

**$3.93-3.99**

**Variations**

Total options: **15 Color ; 2 Capacity .** Select now

**Color(15):** 01

+8

**Capacity(2)**

900ml | 1200ml

**Shipping**

**Ocean + Deliver...** | Alibaba.com Logistics 39 more option(s)

Shipping fee: $38.44 for 10 pieces

Guaranteed delivery by **Apr 8**

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Protections for this product**

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

## Other recommendations for your business



Messenger

Doe #34
Copyright(s) SMD-1: Listing Image

Manufacturers, Suppliers, Expor

2025-01-15

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa082210142d81736944747

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Dongyang Changrong Technology Co., Ltd.**

**Delivery by Mar 27** | Shipping fee: USD 136.00 | Change



Custom Logo 40oz Stainless Steel Vacuum Insulated Tumbler Classic Design Style Hot/Cold Beverages Tumbler With Straw Handle

Min. order: 10 pieces



Color: 01; Capacity: 900ml

USD 3.93 /piece

– 100 +

**USD 393.00**

USD 26.05 store coupon applied. Change

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 393.00 |
| Store coupon(s) | - USD 26.05 |
| Shipping fee | USD 136.00 |
| Alibaba.com coupon | - USD 4.00 |
| Subtotal | USD 498.95 |
| Tax | USD 37.63 |
| Payment processing fee | USD 16.05 |
| Pay in USD | USD 552.63 |

You saved USD 30.05 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Mar 27 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Dedicated service

Doe #34
Copyright(s) SMD-1: Listing Image

2024-07-30

alibaba.com/product-detail/_1601200591004.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# SLM 40 oz Insulated Tumbler Stainless Steel travel mug Car Cup With Handle

No reviews yet

Changsha Jinwang Enterprises Co., Ltd. · 4 yrs · CN






Hover to zoom in Share

500 - 999 pieces **$4.28**

1000 - 2999 pieces **$4.15**

>= 3000 pieces **$4.00**

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

>1L

## Shipping

Ocean+Express US (Premium) Change

Shipping total: $5,265.95 for 500 pieces

Estimated delivery by Sep 16

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger

Doe #35
Copyright(s) SMD-1, SMD-2, SMD-18, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

2024-07-30

Slm 40 Oz Insulated Tumbler St

alibaba.com/product-detail/_1601200591004.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 1

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# SLM 40 oz Insulated Tumbler Stainless Steel travel mug Car Cup With Handle

No reviews yet

Changsha Jinwang Enterprises Co., Ltd. · 4 yrs · CN






Hover to zoom in | Share

500 - 999 pieces **$4.28**

1000 - 2999 pieces **$4.15**

>= 3000 pieces **$4.00**

## Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** colors

**2. Capacity(1)**

>1L

## Shipping

**Ocean+Express US (Premium)** Change

Shipping total: $5,265.95 for 500 pieces

Estimated delivery by Sep 16

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

## Other recommendations for your business



Protections for this product

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #35
Copyright(s) SMD-1, SMD-2, SMD-18, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

Slm 40 Oz Insulated Tumbler St

2024-07-30

alibaba.com/product-detail/_1601200591004.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

**SLM 40 oz Insulated Tumbler Stainless Steel travel mug Car Cup With Handle**

No reviews yet

Changsha Jinwang Enterprises Co., Ltd. · 4 yrs · CN






Hover to zoom in Share

| 500 - 999 pieces | 1000 - 2999 pieces |
|---|---|
| $4.28 | $4.15 |

>= 3000 pieces
**$4.00**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

>1L

**Shipping**

Ocean+Express US (Premium) Change

Shipping total: $5,265.95 for 500 pieces

Estimated delivery by Sep 16

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

TOP

**Other recommendations for your business**



Doe #35
Copyright(s) SMD-1, SMD-2, SMD-18, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

2024-07-30

Slm 40 Oz Insulated Tumbler St

alibaba.com/product-detail/_1601200591004.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com   Products   What are you looking for?   Search   Deliver to: 60601-3404, US   English-USD   99+   1

All categories   Featured selections   Trade Assurance   Membership programs   Buyer Central   Help Center   Get the app   Become a supplier

# SLM 40 oz Insulated Tumbler Stainless Steel travel mug Car Cup With Handle

No reviews yet

Changsha Jinwang Enterprises Co., Ltd. · 4 yrs · CN






Hover to zoom in   Share

| 500 - 999 pieces | 1000 - 2999 pieces | >= 3000 pieces |
|---|---|---|
| $4.28 | $4.15 | $4.00 |

## Variations

Total options: 1 Color; 1 Capacity.   Select now

1. Color(1): colors

2. Capacity(1)

>1L

## Shipping

Ocean+Express US (Premium) Change

Shipping total: $5,265.95 for 500 pieces

Estimated delivery by Sep 16

Start order   Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

## Other recommendations for your business









Doe #35
Copyright(s) SMD-1, SMD-2, SMD-18, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f21014c6e1722348398

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Changsha Jinwang Enterprises Co., Ltd.**

**Estimated delivery by Aug 15-Aug 19** | Shipping fee: **USD 22.85** | Change



SLM 40 oz Insulated Tumbler Stainless Steel travel mug Car Cup With Handle
Min. order:500 Pieces

Color: colors; Capacity: >1L
**USD 5.00** /Piece
1
Only 1 left
**USD 5.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 22.85 |
| Subtotal | **USD 27.85** |
| Tax | **USD 0.51** |
| Payment processing fee | **USD 0.85** |
| Total | **USD 29.21** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #35
Copyright(s) SMD-1, SMD-2, SMD-18, SMD-20: Listing Image
Copyright Registration Numbers: VA2383009

2024-05-23

Custom Logo 40 Oz Double Wa...

alibaba.com/product-detail/_1601108737578.html

All Bookmarks

Alibaba.com

Products | simple tumbler | Search

Deliver to: 60601-3404, US

English-USD

99+ 6

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Custom logo 40 oz double wall insulated cup simple 40 oz tumbler with handle and straw

No reviews yet

Yiwu Changzhi Import And Export Co., Ltd. · 1 yr · CN




Hover to zoom in

Share

| 10 - 99 pieces | 100 - 499 pieces |
| --- | --- |
| $5.80 | $5.32 |
| 500 - 9999 pieces | >= 10000 pieces |
| $5.02 | $4.89 |

### Variations

Total options: 5 Color; 1 Capacity. Select now

1. Color(5): Orange

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Other recommendations for your business

Messenger 99+

TOP

Doe #36
Copyright(s) SMD-1, SMD-14: Listing Image
Copyright Registration Numbers: VA2383009

Custom Logo 40 Oz Double W...

alibaba.com/product-detail/_1601108737578.html

2024-05-23

All Bookmarks

Alibaba.com

Products | simple tumbler | Search

Deliver to: 60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Custom logo 40 oz double wall insulated cup simple 40 oz tumbler with handle and straw

No reviews yet

Yiwu Changzhi Import And Export Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

## Other recommendations for your business

| 10 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$5.80** | **$5.32** |
| 500 - 9999 pieces | >= 10000 pieces |
| **$5.02** | **$4.89** |

## Variations

Total options: 5 Color; 1 Capacity. **Select now**

**1. Color(5):** Orange



**2. Capacity(1)**

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Membership benefits

For your stage Enterprise

Quick refunds View more

Messenger 99+

TOP

Doe #36
Copyright(s) SMD-1, SMD-14: Listing Image
Copyright Registration Numbers: VA2383009




Doe #37
Trademark(s) s|m, s|mple MODERN: Listing Image
Copyright(s) SMD-2, SMD-14, SMD-18: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009




Doe #37
Trademark(s) s|m, s|mple MODERN: Listing Image
Copyright(s) SMD-2, SMD-14, SMD-18: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009

2024-09-19

30oz 40oz Double Wall Stainles ×

alibaba.com/product-detail/_1601237120938.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products vacuum thermos cup Search Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

Super **30oz 40oz Double Wall Stainless Steel Car Thermos Cup Vacuum Insulated powder coated tumbler with handle and straw**

No reviews yet

Hejin Cehua (shenzhen) Co., Ltd. · 1 yr · CN






| 2 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $3.66 | $3.60 | $3.50 | $3.20 |

**Variations**

Total options: 8 Color; 2 Capacity. Select now

1. Color(8): Orange



+1

2. Capacity(2)

40oz 30oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

**Protections for this product**

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Easy Return & Refund

Messenger 99+

**Other recommendations for your business**



Doe #37
Trademark(s) s|m, s|mple MODERN: Listing Image
Copyright(s) SMD-2, SMD-14, SMD-18: Listing Image
Trademark Registration Number: 6129233, 6217472
Copyright Registration Numbers: VA2383009

## Simple Modern Insulated Tumbler with Lid and Straw | Iced Coffee Cup Reusable Stainless Steel Water Bottle Travel Mug

No reviews yet

Cherry International · 1 yr · IN





Hover to zoom in

Share

| 50 - 99 units | 100 - 499 units | >= 500 units |
|---|---|---|
| $2.06 | $1.97 | $1.84 |

**Variations**

Total options: 4 Color; 1 Capacity. Select now

1. Color(4): Red

2. Capacity(1)

Other

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Contact supplier | Chat now

**Membership benefits**

For your stage Enterprise

Quick refunds View more

**Protections for this product**

Secure payments

Every payment you make on Alibaba.com is secured

### Other recommendations for your business



Messenger 99+

Doe #38
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

# K5 Simple Modern Reusable Insulated Stainless Steel Jug Water Bottle 50 oz Mug Tumbler with Handle and Straw Lid

No reviews yet · 5 sold

Yiwu Lvye E-Commerce Firm · Verified Multispecialty supplier · 6 yrs · CN



Alibaba Guaranteed

10% off

| 10 - 99 pieces | 100 - 499 pieces |
|---|---|
| $4.13 ~~$4.59~~ | $3.89 ~~$4.32~~ |

| 500 - 2999 pieces | >= 3000 pieces |
|---|---|
| $3.77 ~~$4.19~~ | $3.50 ~~$3.89~~ |

## Variations

Total options: 9 Color; 1 Capacity. Select now

Color(9): mixed colors +2

Capacity(1)

50oz

Start order Add to cart

Still deciding? Get samples first! Order sample

## Shipping

Economy Alibaba.com Logistics
Shipping fee: $35.55 for 10 pieces
Guaranteed delivery by Feb 4

## Other recommendations for your business

Messenger 99+

Doe #39
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa0ef2102f43d1733155883

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Lvye E-Commerce Firm**

**Delivery by Jan 10** | Shipping fee: **USD 18.05** Change



K5 Simple Modern Reusable Insulated Stainless Steel Jug Water Bottle 50 oz Mug Tumbler with Handle and Straw Lid
Min. order: 10 piece



Color: mixed colors; Capacity: 50oz
**USD 10.00** /piece

− 1 + **USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 18.05 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 25.05 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.78 |
| **Pay in USD** | **USD 26.86** |

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 10 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #39
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233




Doe #39
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-12-02

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa0ef2102e1261733155921

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Lvye E-Commerce Firm**

**Delivery by Jan 10** | Shipping fee: **USD 18.05** Change

K6 Insulated Stainless Steel Travel Jug Water Bottle for Home Simple Modern 50 oz Mug Tumbler with Handle and Straw Lid
Min. order: 10 piece

Color: MIXED COLOR; Capacity: 50OZ
**USD 10.00** /piece
1
**USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 18.05 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 25.05 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.78 |
| **Pay in USD** | **USD 26.86** |

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 10 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #39
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

Nxf 2023 New Designed 40oz S

alibaba.com/product-detail/_1600991315926.html

All Bookmarks

Alibaba.com

Products | motorcycles | Search

Deliver to:
60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership

Buyer Central | Help Center | Get the app | Become a supplier

# NXF 2023 New Designed 40oz Stainless Steel Insulated Tumbler With Handle And Straw Lid Iced Coffee Cup

No reviews yet · 3 sold

Hangzhou Medo Import And Export Co., Ltd. · Verified Custom manufacturer · 6 yrs · CN





Hover to zoom in | Share

| 20 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces |
|---|---|---|
| **$5.10** | **$4.80** | **$4.50** |

>= 1000 pieces
**$4.00**

## Variations

Total options: 9 Color; 1 Capacity. **Select now**

**1. Color(9):** 40oz tumbler 1

+2

**2. Capacity(1)**

40 oz

## Shipping

**Ocean+Express US (Standard)** Change

Shipping total: $233.44 for 20 pieces

Estimated delivery by Jul 5-Jul 19

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

## Other recommendations for your business



Messenger 99+

Doe #40
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233

Alibaba.com
Products | women's shoes | Search
Deliver to: 60601-3404, US
English-USD
99+ 6



Warning/Disclaimer

WARNING: Use of tableware (containing ceramics or crystal glasses) can expose you to lead, a chemical which is known to the State of California to cause cancer and birth defects or other reproductive harm. This warning is posted because of the legal requirements of the State of California. For more...View more

## Overview




| | | |
|---|---|---|
| Product information | **Product** | New Designed Simple Modern 40oz Stainless Steel Insulated Tumbler With Handle And Straw Lid Iced Coffee Cup ON STOCK |
| | **Material** | Stainless Steel 304 |
| | **Capacity** | 40oz |
| | **Color** | Same as product picture or customized |
| | **Logo** | Plain vacuum wine tumbler, or custom your logo on it |
| | **Style** | Car Tumbler , Beer Tumbler |
| | **Lead time** | 1 to 7 days stock item, 10 to 15 days custom order, negotiate on bulk order |

| 20 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $5.10 | $4.80 | $4.50 | $4.00 |

**Variations**

Total options: 9 Color; 1 Capacity. Select now

1. Color(9): 40oz tumbler 1

+2

2. Capacity(1)

40 oz

**Shipping**

Ocean+Express US (Standard) Change

Shipping total: $233.44 for 20 pieces

Estimated delivery by Jul 5-Jul 19

**Membership benefits**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

TOP

Doe #40
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hangzhou Medo Import And Export Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: USD 23.02 | Change



NXF 2023 New Designed 40oz Stainless Steel Insulated Tumbler With Handle And Straw Lid Iced Coffee Cup
Min. order:20 Pieces

Color: 40oz tumbler 1; Capacity: 40 oz
USD 8.00 /Piece
1
USD 8.00

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 8.00 |
| Shipping fee | USD 23.02 |
| Order subtotal | USD 31.02 |
| Tax | USD 0.82 |
| Payment processing fee | USD 0.96 |
| Total | **USD 32.80** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #40
Trademark(s) Simple Modern: Listing Description
Trademark Registration Number: 6129233

2024-06-18

Custom Adventure Double Wal

alibaba.com/product-detail/_1600881081006.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-4800, US | English-USD | 99+ | 13 | Sign in

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## Custom Adventure double wall insulated travels mug 40 oz tumbler Simple Model 40oz tumbler with handle

No reviews yet · 1 order

Chengdu Chuozi Technology Co., Ltd. · Verified Multispecialty supplier · 2 yrs · CN






Hover to zoom in

Share

60 - 499 pieces
**$5.50**

500 - 4999 pieces
**$5.20**

5000 - 29999 pieces
**$4.80**

>= 30000 pieces
**$4.20**

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): oem

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

### Membership benefits

Claim US $80 in coupons every month View more

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Messenger

TOP

### Other recommendations for your business



Doe #41
Copyright(s) SMD-1: Listing Image

# Wholesale Custom Logo Simple Modern Vendors Personalized Leak Proof 40oz Tumbler Hot And Cold leakproof Coffe drinkware Tumblers

No reviews yet

Zibo Ciyu Light Industry Co., Ltd · Verified Custom manufacturer · 2 yrs · CN






100 - 299 pieces **$3.50**
300 - 499 pieces **$3.35**
500 - 999 pieces **$3.20**
>= 1000 pieces **$3.00**

## Variations

Total options: 11 Color; 1 Capacity. Select now

Color(11): 1

+4

Capacity(1)

40oz

## Shipping

**Multimodal transport** Change

Shipping fee: Est. $358.68 for 100 pieces

Estimated delivery in 25-35 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Send Inquiry | Chat now

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

## Other recommendations for your business




Messenger 99+

Doe #42
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-2: Listing Image
Trademark Registration Number: 6129233

2024-07-30

High Quality Double Wall Custo

alibaba.com/product-detail/_1601199294323.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products women's clothing Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# High quality Double Wall Customizable loge 900ml double wall insulated cup travel tumbler Travel Mugs with handle

No reviews yet

Dafeng Claire Import And Export Trading Co., Ltd. · 15 yrs · CN





Hover to zoom in

Share

500 - 999 pieces
**$3.30**

1000 - 2999 pieces
**$3.25**

>= 3000 pieces
**$3.20**

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): Grey

2. Capacity(1)

0.9L

## Shipping

HKUPS Saver (Premium) Change

Shipping total: $3,189.26 for 500 pieces

Estimated delivery by Aug 20

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger

TOP

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f214119bc1722348470

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Dafeng Claire Import And Export Trading Co., Ltd.**

**Delivery by Aug 22** | Shipping fee: USD 12.21 Change



High quality Double Wall Customizable loge 900ml double wall insulated cup travel tumbler Travel Mugs with handle
Min. order:500 Pieces



Color: Grey; Capacity: 0.9L
USD 30.00 /Piece

1

USD 30.00

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 30.00 |
| Shipping fee | USD 12.21 |
| Subtotal | USD 42.21 |
| Tax | USD 3.09 |
| Payment processing fee | USD 1.36 |
| Total | USD 46.66 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Aug 22 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict

High quality Double Wall Customizable loge 900ml double wall insulated cup travel tumbler Travel Mugs with handle

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #43
Copyright(s) SMD-1: Listing Image

2024-10-31

40oz Powder Coated Coffee Mu ×

alibaba.com/product-detail/_1601233016496.html

Alibaba.com | Products | vacuum tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Powder Coated Coffee Mug Double Walled Vacuum Insulated Reusable Stainless Steel Tumbler With Handle Lid

No reviews yet

Shenzhen Hongjingding Electronics Co., Ltd. · 1 yr · CN





| 2 - 99 pieces | 100 - 999 pieces |
|---|---|
| $4.42 | $4.20 |

| 1000 - 4999 pieces | >= 5000 pieces |
|---|---|
| $3.90 | $3.42 |

## Variations

Total options: 8 Color. Select now

Color(8)




## Shipping

**Express** 1 more option(s)

Shipping fee: Est. $13.99 for 2 pieces

Estimated delivery in 7-13 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with

## Other recommendations for your business



Messenger 99+

Doe #44
Copyright(s) SMD-1: Listing Image

2024-09-19

40oz Simple Modern Cup With

alibaba.com/product-detail/_1601240466107.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products women's clothing Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup

No reviews yet

Shenzhen Hongjingding Electronics Co., Ltd. · 1 yr · CN



| 2 - 499 pieces | 500 - 999 pieces |
| --- | --- |
| $2.39 | $2.20 |
| 1000 - 4999 pieces | >= 5000 pieces |
| $2.10 | $1.90 |

## Variations

Total options: 7 Color. Select now

1. Color(7)

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business

Messenger 99+

Doe #44
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233




Doe #45
Trademark(s) Simple Modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

Alibaba.com
Products straw tumbler Search
Deliver to: 60601-3404, US
English-USD
99+ 6

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

## Products Description

**Our products use high-quality materials to ensure that product quality is not a problem**

| | |
|---|---|
| Item | Wasserflasche Tazas Para Cafe Vasos Peiway Private Label Simple Modern Hydrapeak Voyager Straw 40 Oz Tumbler With Handle |
| Thermal insulation function | Keep hot for 12 hours/stay cold for 12 hours |
| Accessories | with lid and straw |
| Material | Food grade SS304 |
| Model Number | PW-D2 |
| Capacity | 40oz |
| Color | Black/Red/White/Blue/Yellow/Green and custom any colors |
| Logo | Laser/3d printing/silk printing |
| Material type | BPA free |
| Package | 1pcs/white box |
| MOQ | 100pcs |




200 - 499 pieces **$4.48**
500 - 999 pieces **$4.45**
1000 - 4999 pieces **$4.40**
>= 5000 pieces **$4.30**

### Variations

Total options: 8 Color; 1 Capacity. Select now

**1. Color(8):** color 1




**2. Capacity(1)**

40oz

### Shipping

**Ocean+Express US Spot Rate (Economy)** Change
Shipping total: $2,115.64 for 200 pieces
Estimated delivery by Jul 2-Jul 16

### Membership benefits

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #45
Trademark(s) Simple Modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

2024-05-23

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be798321411f461716451705

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Henan Peiway Import and Export Co. Ltd**

**Estimated delivery by Jul 9-Jul 30** | Shipping fee: USD 23.02 Change



Wasserflasche Tazas Para Cafe Vasos Peiway Private Label Simple Modern Hydrapeak Voyager Straw 40 Oz Tumbler With Handle

Min. order:200 Pieces



Color: color 1; Capacity: 40oz

USD 10.00 /Piece

1

**USD 10.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 23.02 |
| Order subtotal | USD 33.02 |
| Tax | USD 1.03 |
| Payment processing fee | USD 1.02 |
| Total | **USD 35.07** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 5 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #45

Trademark(s) Simple Modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

2024-12-02

alibaba.com/product-detail/_1601032648789.html

Alibaba.com

Products | moissanite watch | Search

Deliver to: 60601-3404, US | English-USD

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## Peiway New Style Leak Proof Simple Modern 30oz 40oz Vacuum Travel Tumbler With Handle And Straw Custom Coffee Car Mug

No reviews yet

Henan Peiway Import and Export Co. Ltd · 2 yrs · CN





| 100 - 499 pieces | 500 - 999 pieces |
|---|---|
| **$3.74** | **$3.51** |
| **1000 - 4999 pieces** | **>= 5000 pieces** |
| **$3.38** | **$3.24** |

### Variations

Total options: 4 Color; 1 Capacity. Select now

**Color(4):** color 1

**Capacity(1)**

30oz

### Shipping

**Ocean+Expres...** | Alibaba.com Logistics 33 more option(s)

Shipping fee: $346.56 for 100 pieces

Estimated delivery by Feb 4

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Protections for this product

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

### Other recommendations for your business



Messenger 99+

Doe #45
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa0ef210155b51733155799

2024-12-02

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Henan Peiway Import and Export Co. Ltd**

**Delivery by Feb 14** | Shipping fee: **USD 25.05** Change



Peiway New Style Leak Proof Simple Modern 30oz 40oz Vacuum Travel Tumbler With Handle And Straw Custom Coffee Car Mug

Min. order: 100 piece

Color: color 1; Capacity: 30oz

**USD 10.00** /piece

1

Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 25.05 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 32.05 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.99 |
| **Pay in USD** | **USD 34.07** |

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Feb 14 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #45

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233




Doe #46
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229210116e41717064097

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Taizhou Chengnan Imp& Exp Co., Ltd.**

**Estimated delivery by Aug 9-Aug 30** | Shipping fee: **USD 20.76** Change



simple modern double walled 40 oz tumbler wholesale bulk 40oz stainless steel insulated vacuum tumbler with handle lid and straw
Min. order:500 Pieces



Color: 1; Capacity: 40oz
USD 25.00 /Piece
1
**USD 25.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 25.00 |
| Shipping fee | USD 20.76 |
| Order subtotal | USD 45.76 |
| Tax | USD 2.13 |
| Payment processing fee | USD 1.44 |
| Total | **USD 49.33** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 30 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #46
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-11-23

Big Mac 304 Stainless Steel Insu ×

alibaba.com/product-detail/_1601178596487.html

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## Big Mac 304 Stainless Steel Insulated 40oz Car Cup Portable Handle with Straw Third-Generation Modern Design Style Coffee Use

3.0 (1 review) · 100 sold

Ningbo Dazen Technology Co., Ltd. · Verified Multispecialty supplier · 3 yrs · CN





| 25 - 2999 pieces | 3000 - 4999 pieces |
| --- | --- |
| **$3.50** | **$3.30** |

>= 5000 pieces
**$3.00**

### Variations

Total options: 10 Color; 1 Capacity. **Select now**

Color(10): 1

+3

Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Send Inquiry | Chat now

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with

### Other recommendations for your business



Messenger 99+

Doe #47
Copyright(s) SMD-1: Listing Image

Simple Moderns 30oz 40 Oz Le... ×

2024-05-23

alibaba.com/product-detail/_1600998409977.html

All Bookmarks

Alibaba.com

Products | stanley cup lid | Search

Deliver to: 60601-3404, US

English-USD

99+ 6

All categories | Featured selections | Trade Assurance | Alibaba.com Membership

Buyer Central | Help Center | Get the app | Become a supplier

## Simple Moderns 30oz 40 oz Leakproof Simple Adventure Quencher Tumbler Modern Travel Mug 40oz Tumbler with handle and Straw Lid

No reviews yet · 4 orders · **#16** Most popular in Modern Quencher Tumbler

Ningbo Eco Drinkware Industry And Trade Co., Ltd. · 7 yrs · CN





Hover to zoom in

Share

| 2 - 99 pieces | 100 - 999 pieces |
|---|---|
| **$4.00** | **$3.88** |
| **1000 - 19999 pieces** | **>= 20000 pieces** |
| **$3.68** | **$2.68** |

### Variations

Total options: 15 Color; 2 Capacity. **Select now**

1. Color(15): C1

+8

2. Capacity(2)

40oz | 30oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

Messenger 99+

TOP

### Other recommendations for your business



Doe #48
Trademark(s) Simple Moderns: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

2024-05-23

Simple Moderns 30oz 40 Oz Le

alibaba.com/product-detail/_1600998409977.html

All Bookmarks

Alibaba.com

Products | travel mug | Search

Deliver to: 60601-3404, US

English-USD

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

| | |
|---|---|
| Application | Personal Gift Giving Party Commemoration |
| Certificate | BSCI |
| Service | Sample+OEM+ODM+After-sale |
| Item Name | Stainless Steel Thermal Tumbler |

### Packaging and delivery

| | |
|---|---|
| Packaging Details | Simple Moderns 40 oz Leakproof Simple Adventure Quencher Tumbler Modern Travel Mug 40oz Tumbler with handle and Straw Lid |
| Selling Units: | Single item |
| Single package size: | 12X10X28 cm |
| Single gross weight: | 1.500 kg |

### Supply Ability

| | |
|---|---|
| Supply Ability | 6000 Piece/Pieces per Month |

Show less

## Lead time

| Quantity (pieces) | 1 - 100 | 101 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|---|

>= 20000 pieces

**$2.68**

### Variations

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): C1

+8

2. Capacity(2)

40oz 30oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

### Membership benefits

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #48
Trademark(s) Simple Moderns: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be7983214124781716451788

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Ningbo Eco Drinkware Industry And Trade Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: USD 21.54 Change



Simple Moderns 30oz 40 oz Leakproof Simple Adventure Quencher Tumbler Modern Travel Mug 40oz Tumbler with handle and Straw Lid

Min. order:2 Pieces



Color: C1; Capacity: 40oz

USD 10.00 /Piece

1

**USD 10.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 21.54 |
| Order subtotal | USD 31.54 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.98 |
| Total | **USD 33.55** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #48

Trademark(s) Simple Moderns: Listing Title, Listing Description

Copyright(s) SMD-1: Listing Image

Trademark Registration Number: 6129233

2024-06-18

2024 New Design Travelling Bla

alibaba.com/product-detail/_1600998436914.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

**2024 New Design Travelling Blank Sublimation Stainless Steel Insulated Simple Modern 40 Oz 30oz Tumbler With Handle And Straw**

No reviews yet · 402 sold

Ningbo Eco Drinkware Industry And Trade Co., Ltd. · 7 yrs · CN





Hover to zoom in | Share

| 25 - 499 pieces | 500 - 2999 pieces |
|---|---|
| **$4.50** | **$3.60** |
| 3000 - 49999 pieces | >= 50000 pieces |
| **$3.20** | **$2.80** |

**Variations**

Total options: 5 Color; 2 Capacity. Select now

1. Color(5): Pink

2. Capacity(2)

40oz | 30oz

**Shipping**

Seller's Shipping Method 3 Change

Shipping total: $113.00 for 25 pieces

Estimated delivery by Jul 18-Aug 12

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Membership benefits**

For your stage Enterprise

Buy and get 1.5% back View more

**Other recommendations for your business**



Messenger 99+

TOP

Doe #48
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-20, SMD-25: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009