2024-10-10

Stainless Steel Double Wall Insu ×

alibaba.com/product-detail/_1601154129443.html

Alibaba.com  Products  tumbler with straw  Search

Deliver to: 60601-3404, US  English-USD  99+  5

All categories  Featured selections  Trade Assurance  Buyer Central  Help Center  Get the app  Become a supplier

# Stainless Steel Double Wall Insulated Vacuum Travel Mug Cup 40oz Tumbler With Handle Lid Straw

4.5 (2 Reviews) · 156 sold

Yiwu Lvinterest Technology Co., Ltd. · 1 yr · CN






25 - 399 pieces **$3.98**  400 - 1999 pieces **$3.78**

2000 - 9999 pieces **$3.58**  >= 10000 pieces **$3.38**

## Variations

Total options: 1 Color; 1 Capacity.  Select now

1. Color(1): 40oz tumbler

2. Capacity(1)

Send inquiry for a better price , Get Free Design

## Shipping

Ocean+Expres... Alibaba.com Logistics  29 more option(s)

Shipping fee: $58.42 for 25 pieces

Estimated delivery by Dec 9

Start order  Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

## Other recommendations for your business



2024-10-10

Stainless Steel Double Wall Insu

alibaba.com/product-detail/_1601154129443.html

Alibaba.com

Products | cute coffee cup | Search

Deliver to: 60601-3404, US

English-USD

99+ 5

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




| 25 - 399 pieces | 400 - 1999 pieces |
|---|---|
| **$3.98** | **$3.78** |
| 2000 - 9999 pieces | >= 10000 pieces |
| **$3.58** | **$3.38** |

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): 40oz tumbler

2. Capacity(1)

Send inquiry for a better price , Get Free Design

**Shipping**

Ocean+Express ... Alibaba.com Logistics 29 more option(s)

Shipping fee: $58.42 for 25 pieces

Estimated delivery by Dec 9

**Protections for this product**

Delivery via Alibaba.com Logistics

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #100

Copyright(s) SMD-1: Listing Image

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Lvinterest Technology Co., Ltd.**

**Estimated delivery by Nov 14-Nov 28** | Shipping fee: USD 1.00 Change



Stainless Steel Double Wall Insulated Vacuum Travel Mug Cup 40oz Tumbler With Handle Lid Straw
Min. order: 25 piece

Color: 40oz tumbler; Capacity: Send inquir...
USD 20.00 /piece
1
Only 1 left
**USD 20.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 1.00 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 18.00 |
| Tax | USD 2.05 |
| Payment processing fee | USD 0.60 |
| Total | USD 20.65 |

Change currency
You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #100
Copyright(s) SMD-1: Listing Image

2024-07-30

Stainless Steel Double Wall Vac

alibaba.com/product-detail/_1601154218102.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 1

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Stainless Steel Double Wall Vacuum Insulated Cup 40 OZ Travel Coffee Mug Water Bottle Tumbler with Handle and Straw

No reviews yet · 1 sold

Yiwu Lvinterest Technology Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

| 25 - 399 pieces | 400 - 1999 pieces |
|---|---|
| $3.98 | $3.78 |
| 2000 - 9999 pieces | >= 10000 pieces |
| $3.58 | $3.38 |

## Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): white

+8

2. Capacity(1)

40oz

## Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $59.68 for 25 pieces

Estimated delivery by Sep 10-Sep 24

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

TOP

Doe #100
Copyright(s) SMD-1: Listing Image

2024-07-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f210155b51722350243

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Lvinterest Technology Co., Ltd.**

**Delivery by Aug 23** | Shipping fee: USD 14.78 Change



Stainless Steel Double Wall Vacuum Insulated Cup 40 OZ Travel Coffee Mug Water Bottle Tumbler with Handle and Straw

Min. order:25 Pieces



Color: white; Capacity: 40oz

USD 20.00 /Piece

1

Only 1 left

USD 20.00

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 14.78 |
| Subtotal | USD 34.78 |
| Tax | USD 2.05 |
| Payment processing fee | USD 1.11 |
| Total | USD 37.94 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Aug 23 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

2024-05-23

Custom Stainless Steel Tumbler

alibaba.com/product-detail/_1601017905787.html

All Bookmarks

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 6

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Custom stainless steel tumbler cups double wall 40 oz 40oz insulated modern tumbler with handle

No reviews yet

Fuzhou Fengjie Kaihang Trading Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

| 25 - 199 pieces | 200 - 4999 pieces |
|---|---|
| **$3.98** | **$3.78** |

| 5000 - 99999 pieces | >= 100000 pieces |
|---|---|
| **$2.98** | **$2.58** |

### Variations

Total options: 3 Color; 1 Capacity. **Select now**

**1. Color(3):** H1.0

**2. Capacity(1)**

40oz

### Shipping

**Ocean+Express US Spot Rate (Economy)** Change

Shipping total: $275.13 for 25 pieces

Estimated delivery by Jul 12-Jul 26

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Other recommendations for your business




Messenger 99+

Doe #101

Trademark(s) simple modern: Listing Description

Trademark Registration Number: 6129233

Alibaba.com
Products What are you looking for? Search
Deliver to: 60601-3404, US English-USD 99+ 6

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

| | |
|---|---|
| Drinkware Type | MUGS |
| Shape | HANDGRIP |
| Accessories | HANDGRIP, With Straw |
| Type | Tumbler |
| Occasion | Travel |
| Design Style | American Style |
| Material | Stainless steel |
| Feature | Sustainable, Stocked, Durable |
| Place of Origin | China |
| | Zhejiang |
| Brand Name | FJ |
| Model Number | 40oz |
| Number of Pieces | 1 |
| Product Name | 40 oz 40oz insulated simple modern tumbler with handle |
| Color | Customized Color |
| Usage | Coffee. Tea. Beer. Water |
| Logo | Customized Logo Acceptable |
| Packing | White Box |
| Function | Keeping Drink Hot Cold |
| Style | Double Wall Insulated Vavuum |
| Keywords | Custom stainless steel simple modern tumbler cups double wall |
| MOQ | 25pcs |

## Product Description

25 - 199 pieces
**$3.98**
200 - 4999 pieces
**$3.78**
5000 - 99999 pieces
**$2.98**
>= 100000 pieces
**$2.58**

### Variations

Total options: 3 Color; 1 Capacity. Select now

1. Color(3): H1.0

2. Capacity(1)

40oz

### Shipping

**Ocean+Express US Spot Rate (Economy)** Change
Shipping total: $275.13 for 25 pieces
Estimated delivery by Jul 12-Jul 26

**Membership benefits**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #101
Trademark(s) simple modern: Listing Description
Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be79832102e1261716452624

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Fuzhou Fengjie Kaihang Trading Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: **USD 23.02** Change



Custom stainless steel tumbler cups double wall 40 oz 40oz insulated modern tumbler with handle

Min. order:25 Pieces



Color: H1.0; Capacity: 40oz

USD 15.00 /Piece

1

**USD 15.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 23.02 |
| Order subtotal | USD 38.02 |
| Tax | USD 1.54 |
| Payment processing fee | USD 1.19 |
| Total | **USD 40.75** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #101

Trademark(s) simple modern: Listing Description

Trademark Registration Number: 6129233

2024-10-17

Wholesale Custom Logo 2024 H

alibaba.com/product-detail/_1601044080636.html

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 5

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Wholesale Custom Logo 2024 High Quality Simple Modern Travel 40 Ounce Oz 40oz Plastic Tumbler Cup With Handle And Straw Lid

No reviews yet

Qingdao Foremost Plastic Industry Co., Ltd. · 7 yrs · CN





100 - 999 pieces **$3.20**

1000 - 4999 pieces **$3.00**

5000 - 19999 pieces **$2.80**

>= 20000 pieces **$2.50**

**Variations**

Total options: 5 Color; 1 Capacity. Select now

1. Color(5): A

2. Capacity(1)

40oz

**Shipping**

Ocean+Express... Alibaba.com Logistics 11 more option(s)

Shipping fee: $224.20 for 100 pieces

Estimated delivery by Dec 17

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Delivery via Alibaba.com Logistics

Activate Windows
Go to Settings to activate Windows.

Messenger

**Other recommendations for your business**



Doe #102
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-10-17

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa7152140f5231729156130

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Qingdao Foremost Plastic Industry Co., Ltd.**

**Delivery by Nov 21** | Shipping fee: **USD 14.55** Change



Wholesale Custom Logo 2024 High Quality Simple Modern Travel 40 Ounce Oz 40oz Plastic Tumbler Cup With Handle And Straw Lid
Min. order: 100 piece



Color: A; Capacity: 40oz
USD 5.00 /piece
1
Only 1 left
**USD 5.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 14.55 |
| Alibaba.com coupon | - USD 2.00 |
| Subtotal | USD 17.55 |
| Tax | USD 0.51 |
| Payment processing fee | USD 0.54 |
| Total | USD 18.60 |

Change currency

You saved USD 2.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Nov 21 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Activate Windows
Go to Settings to activate Windows.

Doe #102
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-07-02

Insulated Reusable Stainless Ste

alibaba.com/product-detail/_1601159812194.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# Insulated Reusable Stainless Steel 40 Oz Tumbler Water Bottle Travel Mug Iced Coffee Cup

No reviews yet

Ningbo Qucheng Commodity Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

| 500 - 1999 pieces | 2000 - 19999 pieces |
|---|---|
| **$3.86** | **$3.59** |

>= 20000 pieces

**$2.59**

## Variations

Total options: 1 Color. Select now

1. Color(1)

## Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $6,569.50 for 500 pieces

Estimated delivery by Aug 13-Aug 27

Start order Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Refund policy & Easy Return

## Other recommendations for your business




TOP

Doe #103

Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c2141051a1719917515

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Ningbo Qucheng Commodity Co., Ltd.**

**Estimated delivery by Aug 20-Sep 10** | Shipping fee: USD 26.26 Change



Insulated Reusable Stainless Steel 40 Oz Tumbler Water Bottle Travel Mug Iced Coffee Cup

Min. order:500 Pieces



Color: Ivory

USD 20.00 /Piece

1

USD 20.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 26.26 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 43.26 |
| Tax | USD 2.05 |
| Payment processing fee | USD 1.36 |
| Total | **USD 46.67** |

Change currency

You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #103

Copyright(s) SMD-1: Listing Image

2024-05-30

40 Oz Stainless Steel Insulated T ×

alibaba.com/product-detail/_1600758807896.html

Alibaba.com

Products | tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# 40 oz Stainless Steel Insulated Tumbler With Handle And Straw Lid

No reviews yet · 2 orders

Fuzhou Bison Import And Export Co., Ltd. · Verified Multispecialty supplier · 13 yrs · CN






Hover to zoom in

Share

## Other recommendations for your business



Minimum order quantity: 100 pieces

**$1.50 - $6.00**

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): Custom

2. Capacity(1)

301-400ml

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Messenger 99+

TOP

2024-08-22

Wholesale 40oz Stainless Steel

alibaba.com/product-detail/_1601214993479.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Wholesale 40oz Stainless Steel Tumbler Travel Mug Reusable Water Bottle with Handle and Straw Lid Cappuccino Cups

No reviews yet

Shenzhen Gaotong Pipe Industry Co., Ltd. · 1 yr · CN





| 2 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|---|
| $3.70 | $3.67 | $3.63 | $3.58 |

## Variations

Total options: 10 Color; 1 Capacity. Select now

1. Color(10): Plum

+3

2. Capacity(1)

30 OZ

## Shipping

Ocean + Deliver... Alibaba.com Logistics 23 more option(s)

Shipping fee: $30.66 for 2 pieces

Estimated delivery by Oct 22

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

## Other recommendations for your business



Doe #105
Copyright(s) SMD-1: Listing Image

2024-08-22

Wholesale 40oz Stainless Steel

alibaba.com/product-detail/_1601214993479.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay!

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-340

All categories | Featured selections | Trade Assurance | Buyer Cen

**Wholesale 40oz Stainless Steel Tumbler Travel Mug Reusable Water Bottle with Handle and Straw Lid Cappuccino Cups**

No reviews yet

Shenzhen Gad



Color : Plum

2 - 99 pieces
**$3.70**

>= 1000 pieces
**$3.58**

Variations

Total options: 10

1. Color(10): Plum

2. Capacity(1)

30 OZ

Shipping

Ocean + Deliver...

Shipping fee: $30

Estimated deliver

Start order

Still deciding? Ge

PayPal Buy now,

Protections for

Other recommendations for your business

## Select variations and quantity

Price before shipping

| 2 - 99 pieces | 100 - 499 pieces | 500 - 999 pieces |
|---|---|---|
| **$3.70** | **$3.67** | **$3.63** |

>= 1000 pieces
**$3.58**

**1. Color(10):** Plum

**2. Capacity(1)**

30 OZ $3.70 0

**Shipping**

Ocean + Delivery US (Economy) | Alibaba.com Logistics | 23 more option(s)

Shipping fee: $30.66 for 2 pieces

Estimated delivery by Oct 22

| | |
|---|---|
| Item subtotal (0 variations 0 items) | $0.00 |
| Shipping total | $0.00 |
| **Subtotal** | **$0.00** |

Continue to order | Add to cart

Activate Windows
Go to Settings to activate Windows.

Doe #105
Copyright(s) SMD-1: Listing Image

2024-08-22

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f212a69191724261693

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Gaotong Pipe Industry Co., Ltd.**

**Delivery by Oct 17** | Shipping fee: USD 680.67 | Change



Wholesale 40oz Stainless Steel Tumbler Travel Mug Reusable Water Bottle with Handle and Straw Lid Cappuccino Cups

Min. order: 2 Pieces



Color: Plum; Capacity: 30 OZ

USD 3.67 /Piece

– 100 +

**USD 367.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 367.00 |
| Shipping fee | USD 680.67 |
| Subtotal | USD 1,047.67 |
| Tax | USD 37.62 |
| Payment processing fee | USD 32.46 |
| Total | USD 1,117.75 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #105

Copyright(s) SMD-1: Listing Image

2024-08-16

Custom 40oz American Style In...

alibaba.com/product-detail/_1601154910480.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | women's clothing | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Custom 40oz American Style Insulated Stainless Steel Travel Mug Reusable Water Bottle with Handle Straw Lid for Camping

No reviews yet

Ningbo Haishu Garron Houseware Co., Ltd. · Verified Custom manufacturer · 3 yrs · CN





| 20 - 199 pieces | 200 - 1999 pieces |
|---|---|
| $4.68 | $4.42 |
| 2000 - 19999 pieces | >= 20000 pieces |
| $4.18 | $3.80 |

## Variations

Total options: 6 Color; 1 Capacity. Select now

1. Color(6): Black



2. Capacity(1)

1200ml / 40oz

## Shipping

Ocean + Delivery US (Economy) Change

Shipping total: $89.00 for 20 pieces

Estimated delivery by Oct 24

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

2024-08-16

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f21013f971723739008

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: Ningbo Haishu Garron Houseware Co., Ltd.**

**Delivery date to be calculated** | Shipping fee: USD 945.75 | Change



Custom 40oz American Style Insulated Stainless Steel Travel Mug Reusable Water Bottle with Handle Straw Lid for Camping

Min. order: 20 Pieces



Color: Black; Capacity: 1200ml / 40oz

**USD 4.68** /Piece

− 100 + **USD 468.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 468.00 |
| Shipping fee | USD 945.75 |
| Subtotal | USD 1,413.75 |
| Tax | USD 47.97 |
| Amount due | USD 1,461.72 |

**Submit order**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 1 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #106
Copyright(s) SMD-1: Listing Image

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



# New Arrive Stainless Steel Insulated Adventure Travel Car Tumbler 40 oz Cup with Handle and Straw

No reviews yet · 52 sold

Jieyang Ace Metal And Plastic Co., Ltd. · Verified Custom manufacturer · 6 yrs · CN






Hover to zoom in

Share

**40% OFF** Discount ends in 10d:19h:46m:32s

| 10 - 199 pieces | 200 - 499 pieces | >= 500 pieces |
|---|---|---|
| **$3.42** | **$3.30** | **$3.12** |
| ~~$5.70~~ | ~~$5.50~~ | ~~$5.20~~ |

## Variations

Total options: 12 Color; 1 Capacity. Select now

1. Color(12): 1

+5

2. Capacity(1)

40oz

## Shipping

**FedEx IE door-to-door (Standard)** Change

Shipping total: $96.74 for 10 pieces

Estimated delivery by Aug 28

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Get US USD 20.00 OFF

## Other recommendations for your business



Messenger

TOP

Doe #107

Copyright(s) SMD-1: Listing Image

2024-07-31

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f21014e481722424402

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Jieyang Ace Metal And Plastic Co., Ltd.**

**Delivery by Sep 2** | Shipping fee: **USD 22.46** Change



New Arrive Stainless Steel Insulated Adventure Travel Car Tumbler 40 oz Cup with Handle and Straw

Min. order:10 Pieces



Color: 1; Capacity: 40oz

USD 4.60 /Piece

1

**USD 4.60**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 4.60 |
| Shipping fee | USD 22.46 |
| Subtotal | USD 27.06 |
| Tax | USD 0.39 |
| Payment processing fee | USD 0.83 |
| Total | USD 28.28 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $27.06 sample fees back on your next order above US $300.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Sep 2 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

2024-01-21

Simple Modern 40oz Rhinestone

alibaba.com/product-detail/_1601360590393.html

Alibaba.com

Products | rhinestone tumbler | Search

Deliver to: 60601-4800, US

English-USD

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

## simple modern 40oz Rhinestone Tumbler Custom Crystal Christmas Valentine's Day Gifts stainless steel 40 oz bling Tumbler Cup

No reviews yet

Boland Environmental Products Co., Ltd. · 2 yrs · CN





Order now for **US$20 off shipping**!

| 2 - 499 pieces | 500 - 9999 pieces | >= 10000 pieces |
|---|---|---|
| **$7.99** | **$7.89** | **$7.71** |

### Variations

Total options: **7 Color ; 3 Capacity .** Select now

**Color(7):** Red

**Capacity(3)**

40oz | Customized | 1200ml

### Shipping

**Ocean + Deliver...** Alibaba.com Logistics 39 more option(s)

Shipping total: ~~$23.73~~ $3.73 for 2 pieces

Estimated delivery by Mar 17-Apr 3

Start order | Add to cart

Get US USD 20.00 OFF

Protections for this product

### Other recommendations for your business



Messenger

Doe #108

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

2024-01-21

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa23e2151e48f1737451853

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**
73 East Lake, Chicago, Illinois, 60601-4800, United States of America
(+1) 7050900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: Boland Environmental Products Co., Ltd.**

**Delivery date to be calculated** | Shipping fee: ~~USD 201.74~~ USD 181.74 | Change



simple modern 40oz Rhinestone Tumbler Custom Crystal Christmas Valentine's Day Gifts stainless steel 40 oz bling Tumbler Cup
Min. order: 2 pieces



Color: Red; Capacity: 1200ml
USD 7.99 /piece

− 100 + **USD 799.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 799.00 |
| Shipping fee | USD 201.74 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 980.74 |
| Tax | USD 81.90 |
| Amount due | USD 1,062.64 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

**Submit order**

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Mar 17 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

Doe #108
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-01-21

Car Coffee Mug Double-layer In

alibaba.com/product-detail/_1601363670463.html

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-4800, US | English-USD

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Car Coffee Mug Double-layer Insulated Travel Cups Stainless Steel Simple Modern Tumbler 20 OZ Tumbler

No reviews yet

Jiangmen Jixing Technology Co., Ltd. · 3 yrs · CN



Minimum order quantity: 50 pieces

**$3.98-4.30**

## Variations

Total options: **3 Color .** Select now

**Color(3)**

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Send Inquiry | Chat now

Still deciding? Get samples first! Order sample

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Messenger

## Key attributes

**Industry-specific attributes**

| | |
|---|---|
| Occasion | Travel |

Doe #109
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-01-21

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa23e212a75841737451892

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**
73 East Lake, Chicago, Illinois, 60601-4800, United States of America
(+1) 7050900

## Payment method

Add a new card

Other payment methods

## Items and delivery options

**Sold by: Jiangmen Jixing Technology Co., Ltd.**

**Estimated delivery by Apr 4-Apr 23** | Shipping fee: ~~USD 25.89~~ USD 5.89 Change

Car Coffee Mug Double-layer Insulated Travel Cups Stainless Steel Simple Modern Tumbler 20 OZ Tumbler
Min. order: 50 piece

Color: 30OZ
USD 25.00 /piece

1
Only 1 left

USD 25.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 25.00 |
| Shipping fee | USD 25.89 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 30.89 |
| Tax | USD 2.56 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

Proceed to pay

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 35 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #109
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-06-18

40oz Reusable Treks Stainless S

alibaba.com/product-detail/_1600979312827.html

Alibaba.com

Products | tumbler with straw | Search

Deliver to: 60601-3404, US

English-USD

All categories · Featured selections · Trade Assurance · Membership programs

Buyer Central · Help Center · Get the app · Become a supplier

## 40oz Reusable Treks Stainless Steel Insulated Blank Adventure Travel Tumbler with Handle and Straw Lid

No reviews yet · 10 sold

Jieyang Xinghao Stainless Steel Factory · Verified Custom manufacturer · 9 yrs · CN





Hover to zoom in

Share

**40% OFF** Discount ends in 13d:0h:47m:21s

| 10 - 199 pieces | 200 - 499 pieces | >= 500 pieces |
|---|---|---|
| $3.36 | $3.24 | $3.06 |
| ~~$5.60~~ | ~~$5.40~~ | ~~$5.10~~ |

### Variations

Total options: 12 Color; 1 Capacity. Select now

1. Color(12): 1

+5

2. Capacity(1)

40oz

### Shipping

FedEx IE door-to-door (Standard) Change

Shipping total: $97.11 for 10 pieces

Estimated delivery by **Jul 15**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Get US USD 20.00 OFF

### Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

### Other recommendations for your business



Messenger 99+

TOP

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e212a726d1718691153

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Jieyang Xinghao Stainless Steel Factory**

**Delivery by Jul 19** | Shipping fee: USD 22.37 Change



40oz Reusable Treks Stainless Steel Insulated Blank Adventure Travel Tumbler with Handle and Straw Lid

Min. order:10 Pieces



Color: 1; Capacity: 40oz

USD 4.60 /Piece

– 1 +

**USD 4.60**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 4.60 |
| Shipping fee | USD 22.37 |
| Order subtotal | USD 26.97 |
| Tax | USD 0.47 |
| Payment processing fee | USD 0.83 |
| Total | **USD 28.27** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $26.97 sample fees back on your next order above US $300.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 19 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform

Doe #110

Copyright(s) SMD-1: Listing Image

2024-12-02

Customized Stainless Steel Vacu

alibaba.com/product-detail/_1601263385195.html

Alibaba.com | Products | sports coffee cup | Search

Deliver to: 60601-3404, US | English-USD

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Customized Stainless Steel Vacuum Flask Tumbler With Handle Insulated Sports Outdoor Camp Tumbler Coffee Cup

No reviews yet

Yiwu Geofair Import & Export Co., Ltd. · 3 yrs · CN




| 2 - 99 pieces | 100 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|---|
| $7.00 | $5.10 | $4.10 | $3.10 |

## Variations

Total options: 3 color. Select now

color(3)

## Shipping

Ocean + Delive... | Alibaba.com Logistics 15 more option(s)

Shipping fee: $23.40 for 2 pieces

Estimated delivery by Feb 26

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

## Other recommendations for your business



Messenger 99+

Doe #111

Copyright(s) SMD-1: Listing Image

2024-12-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa0ef21013f971733247543

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Geofair Import & Export Co., Ltd.**

**Delivery by Jan 14** | Shipping fee: USD 16.07 Change



Customized Stainless Steel Vacuum Flask Tumbler With Handle Insulated Sports Outdoor Camp Tumbler Coffee Cup

Min. order: 2 piece



color: CUSTOM CONNECT US

USD 30.00 /piece

1

Only 1 left

USD 30.00

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 30.00 |
| Shipping fee | USD 16.07 |
| Subtotal | USD 46.07 |
| Tax | USD 3.09 |
| Payment processing fee | USD 1.47 |
| **Pay in USD** | **USD 50.63** |

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jan 14 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #111

Copyright(s) SMD-1: Listing Image

2024-12-03

40oz Simple Modern Stainless S

alibaba.com/product-detail/_1601221421368.html

Alibaba.com Products What are you looking for? Search Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 40oz simple modern stainless steel tumbler custom vacuum insulated cup with handle thermal tumbler Mug

No reviews yet

Jiaxing Huading Vacuum Flask Technology Co., Ltd. · Verified Multispecialty supplier · 7 yrs · CN



50 - 2999 pieces **$8.90**
3000 - 4999 pieces **$8.02**
5000 - 9999 pieces **$7.41**
>= 10000 pieces **$6.95**

**Variations**

Total options: 3 Color; 1 Capacity. Select now

**Color(3):** Green

**Capacity(1)**

40oz

**Shipping**

Ocean+Expres... Alibaba.com Logistics 32 more option(s)

Shipping fee: $140.60 for 50 pieces

Estimated delivery by Feb 12

Start order Add to cart

Still deciding? Get samples first! Order sample

**Protections for this product**

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

## Other recommendations for your business



Messenger 99+

Doe #112
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-12-03

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa0ef2141051a1733156849

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Jiaxing Huading Vacuum Flask Technology Co., Ltd.**

**Delivery by Jan 14** | Shipping fee: **USD 17.57** Change



40oz simple modern stainless steel tumbler custom vacuum insulated cup with handle thermal tumbler Mug
Min. order: 50 piece



Color: Green; Capacity: 40oz
**USD 20.00** /piece

1
Only 1 left

**USD 20.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 17.57 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 34.57 |
| Tax | USD 2.05 |
| Payment processing fee | USD 1.10 |
| **Pay in USD** | **USD 37.72** |

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jan 14 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #112
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-09-19

Goldwindsub Custom H3.0 24o

alibaba.com/product-detail/_1601195204983.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com | Products | electric bike | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 2

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# GoldwindSub Custom H3.0 24oz Double Wall Stainless Steel Vacuum Insulated Tumblers Travel Coffee Mugs Cups with Handle and Lids

No reviews yet

Chengdu Goldwind Technology Co., Ltd. · 2 yrs · CN





25 - 99 pieces
**$3.92**

100 - 999 pieces
**$3.70**

1000 - 29999 pieces
**$3.50**

>= 30000 pieces
**$2.80**

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): mixed colors

2. Capacity(1)

40oz

## Shipping

Ocean+Express... | Alibaba.com Logistics 11 more option(s) >

Shipping fee: $82.94 for 25 pieces

Estimated delivery by Nov 8

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled

## Other recommendations for your business




Messenger 99+

2024-09-19

Goldwindsub Custom H3.0 24o

alibaba.com/product-detail/_1601195204983.html

Alibaba.com

Products | shoes | Search

Deliver to:
60601-3404, US

English-USD

99+ 2

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




| 25 - 99 pieces | 100 - 999 pieces |
|---|---|
| $3.92 | $3.70 |

| 1000 - 29999 pieces | >= 30000 pieces |
|---|---|
| $3.50 | $2.80 |

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): mixed colors

2. Capacity(1)

40oz

**Shipping**

Ocean+Express ... Alibaba.com Logistics 11 more option(s)

Shipping fee: $82.94 for 25 pieces

Estimated delivery by Nov 8

**Protections for this product**

Delivery via Alibaba.com Logistics

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #113

Copyright(s) SMD-4: Listing Image

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfacb821013f971726755024

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Chengdu Goldwind Technology Co., Ltd.**

**Delivery by Nov 4** | Shipping fee: USD 42.99 Change



GoldwindSub Custom H3.0 24oz Double Wall Stainless Steel Vacuum Insulated Tumblers Travel Coffee Mugs Cups with Handle and Lids
Min. order: 25 piece



Color: mixed colors; Capacity: 40oz
USD 5.11 /piece

− 5 +
Only 5 left

**USD 25.55**

## Order summary (5 items)

| | |
|---|---|
| Item subtotal | USD 25.55 |
| Shipping fee | USD 42.99 |
| Subtotal | USD 68.54 |
| Tax | USD 2.62 |
| Payment processing fee | USD 2.13 |
| Total | USD 73.29 |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Nov 4 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #113
Copyright(s) SMD-4: Listing Image

2024-09-19

Goldwindsub Custom H3.0 30o

alibaba.com/product-detail/_1601195386733.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products electric bike Search Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# GoldwindSub Custom H3.0 30oz Double Wall Stainless Steel Vacuum Insulated Tumblers Travel Coffee Mugs Cups with Handle and Lids

No reviews yet

Chengdu Goldwind Technology Co., Ltd. · 2 yrs · CN





| 25 - 99 pieces | 100 - 999 pieces |
|---|---|
| $4.27 | $4.10 |
| 1000 - 29999 pieces | >= 30000 pieces |
| $3.94 | $3.40 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): Mixed colors

2. Capacity(1)

30oz

## Shipping

Ocean+Express... Alibaba.com Logistics 11 more option(s)

Shipping fee: $82.94 for 25 pieces

Estimated delivery by Nov 8

Start order Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled

## Other recommendations for your business



2024-09-19

Goldwindsub Custom H3.0 30o

alibaba.com/product-detail/_1601195386733.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products motorcycles Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

## GoldwindSub Custom H3.0 30oz Double Wall Stainless Steel Vacuum Insulated Tumblers Travel Coffee Mugs Cups with Handle and Lids

No reviews yet

Chengdu Goldwind Technology Co., Ltd. · 2 yrs · CN






| 25 - 99 pieces | 100 - 999 pieces |
|---|---|
| $4.27 | $4.10 |

| 1000 - 29999 pieces | >= 30000 pieces |
|---|---|
| $3.94 | $3.40 |

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): Mixed colors

2. Capacity(1)

30oz

**Shipping**

Ocean+Express... | Alibaba.com Logistics 11 more option(s)

Shipping fee: $82.94 for 25 pieces

Estimated delivery by Nov 8

Start order Add to cart

Still deciding? Get samples first! Order sample

**Protections for this product**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled

**Other recommendations for your business**

Messenger 99+

Doe #113
Copyright(s) SMD-1, SMD-4: Listing Image

2024-09-19

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfacb82140cd841726754769

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

Sold by: Chengdu Goldwind Technology Co., Ltd.

Delivery by Oct 10 | Shipping fee: USD 19.59 Change



GoldwindSub Custom H3.0 30oz Double Wall Stainless Steel Vacuum Insulated Tumblers Travel Coffee Mugs Cups with Handle and Lids
Min. order: 25 piece



Color: Mixed colors; Capacity: 30oz
USD 5.00 /piece

1

USD 5.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 19.59 |
| Subtotal | USD 24.59 |
| Tax | USD 0.51 |
| Payment processing fee | USD 0.76 |
| Total | USD 25.86 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Oct 10 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #113
Copyright(s) SMD-1, SMD-4: Listing Image

2024-08-16

Double Wall Vacuum 40oz Big C

alibaba.com/product-detail/_1600845238704.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products women's clothing Search Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN





3000 - 19999 pieces
**$4.60**

20000 - 499999 pieces
**$4.40**

>= 500000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Double Wall Vacuum 40oz Big C

alibaba.com/product-detail/_1600845238704.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products vapes Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

## double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 19999 pieces **$4.60**

20000 - 499999 pieces **$4.40**

>= 500000 pieces **$4.20**

### Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

### Protections for this product

Secure payments

### Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Double Wall Vacuum 40oz Big (

alibaba.com/product-detail/_1600845238704.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | vapes | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

**double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 19999 pieces **$4.60**

20000 - 499999 pieces **$4.40**

>= 500000 pieces **$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Double Wall Vacuum 40oz Big C

alibaba.com/product-detail/_1600845238704.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | motorcycles | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

**double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 19999 pieces **$4.60**

20000 - 499999 pieces **$4.40**

>= 500000 pieces **$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

**Other recommendations for your business**



Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Double Wall Vacuum 40oz Big C

alibaba.com/product-detail/_1600845238704.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | iphones 15 pro max | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

**double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 19999 pieces
**$4.60**

20000 - 499999 pieces
**$4.40**

>= 500000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Double Wall Vacuum 40oz Big (

alibaba.com/product-detail/_1600845238704.html

Alibaba.com

Products | home decor | Search

Deliver to: 60601-3404, US

English-USD

99+ 3

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




*Related Products*

**Recommended by seller**



3000 - 19999 pieces
**$4.60**

20000 - 499999 pieces
**$4.40**

>= 500000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

PayPal Buy now, pay later. Learn more

**Protections for this product**

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f2140f5231723739065

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Wuyi Thanks Bottle Co., Ltd.**

**Estimated delivery by Sep 25-Oct 21** | Shipping fee: **USD 15.32** Change

double wall vacuum 40oz big capacity Reusable Insulated Stainless Steel travel coffee Tumbler with handle and lid

Min. order: 3000 Pieces

Color: ramdon color; Capacity: 40oz

**USD 10.00** /Piece

1

Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 15.32 |
| Subtotal | **USD 25.32** |
| Tax | **USD 1.03** |
| Payment processing fee | **USD 0.79** |
| Total | **USD 27.14** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 25 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

## Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



**hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Secure payments**

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.
Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

**Other recommendations for your business**



Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

## hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

### Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

### Protections for this product

Secure payments

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

### Other recommendations for your business



Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug**

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug

No reviews yet

Wuyi Thanks Bottle Co., Ltd. · 7 yrs · CN






| 3000 - 4999 pieces | 5000 - 199999 pieces |
|---|---|
| **$4.60** | **$4.40** |

>= 200000 pieces
**$4.20**

## Variations

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Secure payments**

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Hot Selling 40oz Travel Coffee T

alibaba.com/product-detail/_1600845292623.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




Credrink®




3000 - 4999 pieces
**$4.60**

5000 - 199999 pieces
**$4.40**

>= 200000 pieces
**$4.20**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** ramdon color

**2. Capacity(1)**

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

PayPal Buy now, pay later. Learn more

**Protections for this product**

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-08-16

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f21014c6e1723739489

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Wuyi Thanks Bottle Co., Ltd.**

**Estimated delivery by Sep 17-Oct 11** | Shipping fee: **USD 15.32** Change



hot selling 40oz travel coffee tumbler double wall Vacuum Insulated coffee mug
Min. order: 3000 Pieces



Color: ramdon color; Capacity: 40oz
**USD 10.00** /Piece

1
Only 1 left

**USD 10.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 15.32 |
| Subtotal | **USD 25.32** |
| Tax | **USD 1.03** |
| Payment processing fee | **USD 0.79** |
| Total | **USD 27.14** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #114
Copyright(s) SMD-1, SMD-2, SMD-15, SMD-16, SMD-17, SMD-18, SMD-25: Listing Image
Copyright Registration Numbers: VA2383009

2024-07-31

Goofit 40 Oz Customized Logo

alibaba.com/product-detail/_1601070654184.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 9

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## Goofit 40 Oz Customized Logo And Colors Stainless Steel 40ozTumbler With Handle /Coffee Beer Mug Wine Tumbler Cups

No reviews yet · #9 Most popular in Country Beer Mug

Yiwu Zhitong Trading Co., Ltd. · Verified 2 yrs · CN






Hover to zoom in | Share

>= 25 pieces

**$3.50**

### Variations

Total options: 9 Color; 1 Capacity. Select now

1. Color(9): NO.1

+2

2. Capacity(1)

40oz

### Shipping

Ocean + Delivery US (Economy) Change

Shipping total: $88.14 for 25 pieces

Estimated delivery by Sep 18-Oct 9

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

### Other recommendations for your business



Messenger

TOP

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Zhitong Trading Co., Ltd.**

**Delivery by Aug 23** | Shipping fee: **USD 16.55** Change



Goofit 40 Oz Customized Logo And Colors Stainless Steel 40ozTumbler With Handle /Coffee Beer Mug Wine Tumbler Cups

Min. order:25 Pieces

Color: NO.1; Capacity: 40oz

USD 5.00 /Piece

1

Only 1 left

**USD 5.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 16.55 |
| Subtotal | USD 21.55 |
| Tax | USD 0.51 |
| Payment processing fee | USD 0.66 |
| Total | USD 22.72 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Aug 23 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #115

Copyright(s) SMD-1: Listing Image

2024-05-23

Simples Modern 40 Oz Tumbler

alibaba.com/product-detail/_1600992825631.html

All Bookmarks

Alibaba.com

Products | motorcycles | Search

Deliver to: 60601-3404, US

English-USD

99+ 6

All categories Featured selections Trade Assurance Alibaba.com Membership

Buyer Central Help Center Get the app Become a supplier

# Simples Modern 40 oz Tumbler with Handle and Straw Lid 2023 Trek Tumbler Insulated Reusable Stainless Steel Water Bottle

No reviews yet

Yongkang Greater Houseware Co., Ltd. · 7 yrs · CN



Hover to zoom in

Share

## Other recommendations for your business



1000 - 2999 pieces
**$4.15**

>= 3000 pieces
**$4.00**

## Variations

Total options: 6 Color; 1 Capacity. Select now

1. Color(6): Red

2. Capacity(1)

501-600ml

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

Protections for this product

Secure payments

Messenger 99+

TOP

Doe #116
Trademark(s) Simples Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be79832140cdcf1716452733

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

Ahley Torralba
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yongkang Greater Houseware Co., Ltd.**

**Estimated delivery by Jul 29-Aug 19** | Shipping fee: **USD 51.30** | Change



Simples Modern 40 oz Tumbler with Handle and Straw Lid 2023 Trek Tumbler Insulated Reusable Stainless Steel Water Bottle
Min. order:1000 Pieces

Color: Red; Capacity: 501-600ml
USD 20.00 /Piece
1
**USD 20.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 51.30 |
| Order subtotal | USD 71.30 |
| Tax | USD 2.05 |
| Payment processing fee | USD 2.20 |
| Total | **USD 75.55** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**
Dispatched within 25 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #116
Trademark(s) Simples Modern: Listing Title
Trademark Registration Number: 6129233

2024-05-30

Blank/customized 2oz 3oz Dou

alibaba.com/product-detail/_1600900064927.html

Alibaba.com

Products | hello kitty | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Blank/customized 2oz 3oz double wall cute stainless steel mini tumbler shot vacuum small simple modern flask tumbler

No reviews yet

Qingdao Haojian Import And Export Co., Ltd. · Verified Custom manufacturer · 13 yrs · CN



Hover to zoom in | Share

500 - 2999 pieces **$1.75**

3000 - 4999 pieces **$1.70**

>= 5000 pieces **$1.65**

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): White

2. Capacity(1)

51-100ml

## Shipping

Ocean+Express US (Standard) Change

Shipping total: $4,247.27 for 500 pieces

Estimated delivery by Jul 10-Jul 24

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Claim US $80 in coupons every month View more

## Other recommendations for your business



Messenger 99+

Doe #117
Trademark(s) simple modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

2024-05-30

Blank/customized 2oz 3oz Dou

alibaba.com/product-detail/_1600900064927.html

Alibaba.com Products motorcycles Search Deliver to: 60601-3404, US English-USD

Key attributes | Samples | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

## Specification

| | |
|---|---|
| Item Name | 2OZ White/silver stainless steel cup with sublimation coated print customized logo with a straw, small simple modern flask tumbler |
| Drinkware Type | Water bottle |
| Shape | WITH LID |
| Accessories | With Straw |
| Type | Tumbler |
| Style | Modern |
| Season | All-Season |
| Design Style | Modern |
| Room Space Selection | Support |
| | Office, Outdoor |
| Occasion Selection | Support |
| | Party, Wedding |
| Holiday Selection | Not Support |
| Material | Stainless Steel |
| Feature | Sustainable |
| Place of Origin | China |
| | Shandong |
| Brand Name | Haojian |
| Model Number | QIT2S/QIT2W |
| Number of Pieces | 1 |
| Usage | Gift |
| shape | |

## Packing & Delivery

500 - 2999 pieces
**$1.75**

3000 - 4999 pieces
**$1.70**

>= 5000 pieces
**$1.65**

**Variations**

Total options: 1 Color; 1 Capacity. Select now

**1. Color(1):** White

**2. Capacity(1)**

51-100ml

**Shipping**

Ocean+Express US (Standard) Change

Shipping total: $4,247.27 for 500 pieces

Estimated delivery by Jul 10-Jul 24

**Membership benefits**

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #117

Trademark(s) simple modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229210155b51717060705

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Qingdao Haojian Import And Export Co., Ltd.**

**Delivery by Jul 2** | Shipping fee: **USD 14.84** Change



Blank/customized 2oz 3oz double wall cute stainless steel mini tumbler shot vacuum small simple modern flask tumbler
Min. order:500 Pieces



Color: White; Capacity: 51-100ml
USD 1.70 /Piece

– 1 + **USD 1.70**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 1.70 |
| Shipping fee | USD 14.84 |
| Order subtotal | USD 16.54 |
| Tax | USD 0.14 |
| Payment processing fee | USD 0.50 |
| Total | **USD 17.18** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Jul 2 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #117
Trademark(s) simple modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

2024-01-21

Usa Warehouse Wholesale Bulk

alibaba.com/product-detail/_1601026229754.html

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-4800, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**Usa Warehouse Wholesale Bulk Business Sublimation Simple Modern 40 oz Stainless Steel Water Tumbler Cup With Handle And Straw**

No reviews yet

Gansu Shengxin Keyue Technology Co., Ltd. · 2 yrs · CN



Order now for **US$20 off shipping**!

| 10 - 49 sets | 50 - 99 sets | >= 100 sets |
|---|---|---|
| **$4.00** | **$3.80** | **$3.50** |

**Variations**

Total options: **4 Color ; 1 Capacity .** Select now

**Color(4):** Purple

**Capacity(1)**

40oz

**Shipping**

**Ocean + Deliver...** Alibaba.com Logistics 32 more option(s)

Shipping total: ~~$38.74~~ $18.74 for 10 sets

Guaranteed delivery by **Apr 7**

Start order Add to cart

**Protections for this product**

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Other recommendations for your business**



Messenger

Doe #118
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-01-21

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa23e2140e6fb1737451962

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**
73 East Lake, Chicago, Illinois, 60601-4800, United States of America
(+1) 7050900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: Gansu Shengxin Keyue Technology Co., Ltd.**

**Delivery date to be calculated** | Shipping fee: ~~USD 172.30~~ USD 152.30 Change

Usa Warehouse Wholesale Bulk Business Sublimation Simple Modern 40 oz Stainless Steel Water Tumbler Cup With Handle And Straw
Min. order: 10 sets

Color: Purple; Capacity: 40oz
USD 3.50 /set

− 100 + **USD 350.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 350.00 |
| Shipping fee | USD 172.30 |
| Shipping discount | - USD 20.00 |
| Subtotal | USD 502.30 |
| Tax | USD 35.89 |
| Amount due | USD 538.19 |

You saved USD 20.00 on this order!

Pay now for **USD 20.00 off shipping!**

**Submit order**

**Protections for this order**

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Mar 13 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #118
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



**40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder**

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN






Minimum order quantity: 100 pieces

**$4.50 - $4.70**

**Variations**

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

**Shipping**

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order | Add to cart

PayPal Buy now, pay later. Learn more

**Protections for this product**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.
Messenger

Doe #119
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



# 40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN






Minimum order quantity: 100 pieces

**$4.50 - $4.70**

## Variations

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

## Shipping

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order | Add to cart

PayPal Buy now, pay later. Learn more

## Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.
Messenger 99+

Doe #119
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-08-16

40oz Simple Modern Cup With
alibaba.com/product-detail/_1601221232285.html
COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets
Alibaba.com Products What are you looking for? Search
Deliver to: 60601-3404, US English-USD 99+ 3
All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder**

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN




Minimum order quantity: 100 pieces

**$4.50 - $4.70**

**Variations**

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

**Shipping**

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order Add to cart

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

**Other recommendations for your business**



Activate Windows
Go to Settings to activate Windows.
Messenger 99+

Doe #119

Trademark(s) simple modern: Listing Title

Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image

Trademark Registration Number: 6129233

Copyright Registration Numbers: VA2383009

2024-08-16

40oz Simple Modern Cup With

alibaba.com/product-detail/_1601221232285.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN




Minimum order quantity: 100 pieces

**$4.50 - $4.70**

Variations

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

Shipping

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order Add to cart

PayPal Buy now, pay later. Learn more

Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Other recommendations for your business

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #119

Trademark(s) simple modern: Listing Title

Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image

Trademark Registration Number: 6129233

Copyright Registration Numbers: VA2383009

2024-08-16

40oz Simple Modern Cup With

alibaba.com/product-detail/_1601221232285.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 3

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

**40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder**

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN






Minimum order quantity: 100 pieces

**$4.50 - $4.70**

**Variations**

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

**Shipping**

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order Add to cart

PayPal Buy now, pay later. Learn more

**Protections for this product**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

**Other recommendations for your business**



Doe #119

Trademark(s) simple modern: Listing Title

Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image

Trademark Registration Number: 6129233

Copyright Registration Numbers: VA2383009

2024-08-16

40oz Simple Modern Cup With

alibaba.com/product-detail/_1601221232285.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder

No reviews yet

Guangzhou Baizhou Technology Co., Ltd. · 1 yr · CN






Minimum order quantity: 100 pieces

**$4.50 - $4.70**

## Variations

Total options: 15 Color; 2 Capacity. Select now

1. Color(15): White

+8

2. Capacity(2)

40oz 30oz

## Shipping

Ocean+Express US (Economy) Change

Shipping total: $927.94 for 100 pieces

Estimated delivery by Oct 23

Start order | Add to cart

PayPal Buy now, pay later. Learn more

## Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #119
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-08-16

40oz Simple Modern Cup With

alibaba.com/product-detail/_1601221232285.html

Alibaba.com Products What are you looking for? Search Deliver to: 60601-3404, US English-USD

Key attributes Ratings & Reviews Know your supplier Product descriptions from the supplier




## Shipping

Ocean+Express US (Economy) Change
Shipping total: $927.94 for 100 pieces
Estimated delivery by Oct 23

PayPal Buy now, pay later. Learn more

## Protections for this product

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Start order Add to cart

Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #119
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-08-16

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=6f7d699f212a727f1723739617

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangzhou Baizhou Technology Co., Ltd.**

**Delivery by Oct 23** | Shipping fee: **USD 927.94** Change



40oz simple modern cup with handle and grass lid | thermos cup Reusable stainless steel water bottle travel cup holder

Min. order: 100 Pieces



Color: White; Capacity: 40oz

**USD 4.70** /Piece

− 100 + **USD 470.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 470.00 |
| Shipping fee | USD 927.94 |
| Subtotal | **USD 1,397.94** |
| Tax | **USD 48.19** |
| Payment processing fee | **USD 43.24** |
| Total | **USD 1,489.37** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Oct 23 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #119
Trademark(s) simple modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-14, SMD-15, SMD-17, SMD-18, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-10-03

Zz 40 Oz Hiking Cup With Straw

alibaba.com/product-detail/_1601255255872.html

Alibaba.com | Products | women's clothing | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# ZZ 40 oz hiking cup with straw Thermos cup with handle and straw Stainless steel insulated cup

No reviews yet

Guangzhou Pengbo Home Furnishing Factory · 2 yrs · CN






10 - 499 pieces
**$4.30**

500 - 4999 pieces
**$3.80**

>= 5000 pieces
**$3.35**

## Variations

Total options: 3 Capacity. Select now

1. Capacity(3)

24 oz | 32 oz | 40 oz

## Shipping

Ocean+Expres... | Alibaba.com Logistics 25 more option(s)

Shipping fee: $183.18 for 10 pieces

Estimated delivery by Dec 6

Start order | Add to cart

## Protections for this product

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

## Other recommendations for your business



Messenger 99+

Doe #120
Copyright(s) SMD-15, SMD-17, SMD-18: Listing Image
Copyright Registration Numbers: VA2383009

2024-10-03

Zz 40 Oz Hiking Cup With Straw

alibaba.com/product-detail/_1601255255872.html

Alibaba.com | Products | vapes | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

**ZZ 40 oz hiking cup with straw Thermos cup with handle and straw Stainless steel insulated cup**

No reviews yet

Guangzhou Pengbo Home Furnishing Factory · 2 yrs · CN





| 10 - 499 pieces | 500 - 4999 pieces |
|---|---|
| **$4.30** | **$3.80** |

>= 5000 pieces
**$3.35**

**Variations**

Total options: 3 Capacity. **Select now**

**1. Capacity(3)**

24 oz | 32 oz | 40 oz

**Shipping**

**Ocean+Expres...** | Alibaba.com Logistics 25 more option(s)

Shipping fee: $183.18 for 10 pieces

Estimated delivery by Dec 6

Start order | Add to cart

**Protections for this product**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

**Other recommendations for your business**



Messenger 99+

Doe #120
Copyright(s) SMD-15, SMD-17, SMD-18: Listing Image
Copyright Registration Numbers: VA2383009

2024-10-03

Zz 40 Oz Hiking Cup With Straw

alibaba.com/product-detail/_1601255255872.html

Alibaba.com Products electric bike Search Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

ZZ 40 oz hiking cup with straw Thermos cup with handle and straw Stainless steel insulated cup

No reviews yet

Guangzhou Pengbo Home Furnishing Factory · 2 yrs · CN






10 - 499 pieces
**$4.30**

500 - 4999 pieces
**$3.80**

>= 5000 pieces
**$3.35**

**Variations**

Total options: 3 Capacity. Select now

1. Capacity(3)

24 oz 32 oz 40 oz

**Shipping**

Ocean+Expres... Alibaba.com Logistics 25 more option(s)

Shipping fee: $183.18 for 10 pieces

Estimated delivery by Dec 6

Start order Add to cart

**Protections for this product**

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Easy Return & Refund

Other recommendations for your business



Messenger 99+

Doe #120
Copyright(s) SMD-15, SMD-17, SMD-18: Listing Image
Copyright Registration Numbers: VA2383009

2024-10-03

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa3a321411fc41727957179

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: Guangzhou Pengbo Home Furnishing Factory**

**Delivery date to be calculated** | Shipping fee: **USD 1,742.18** Change



ZZ 40 oz hiking cup with straw Thermos cup with handle and straw Stainless steel insulated cup
Min. order: 10 pieces



Capacity: 24 oz
**USD 4.30** /piece

− 100 + **USD 430.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 430.00 |
| Shipping fee | USD 1,742.18 |
| Alibaba.com coupon | - USD 5.00 |
| Subtotal | USD 2,167.18 |
| Tax | USD 44.09 |
| Amount due | USD 2,211.27 |

You saved USD 5.00 on this order!

Submit order

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Nov 21 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #120
Copyright(s) SMD-15, SMD-17, SMD-18: Listing Image
Copyright Registration Numbers: VA2383009

2024-10-31

Zz Sippy Cup With Handle For C

alibaba.com/product-detail/_1601255581162.html

Alibaba.com | Products | motorcycles | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## ZZ Sippy cup with handle for children Sippy cup with handle 24 oz sippy cup with handle

No reviews yet

Guangzhou Pengbo Home Furnishing Factory · 2 yrs · CN




10 - 150 pieces **$3.32**
151 - 600 pieces **$3.01**
601 - 49999 pieces **$2.90**
>= 50000 pieces **$2.77**

**Variations**

Total options: 5 Color; 1 Capacity. **Select now**

**Color(5):** Red

**Capacity(1)**

24oz

**Shipping**

Ships from warehouse in **CN**

**Ocean+Expres...** | Alibaba.com Logistics 34 more option(s)

Shipping fee: $48.57 for 10 pieces

Estimated delivery by Jan 3

Start order | Add to cart

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled

Messenger 99+

**Other recommendations for your business**



Doe #120
Trademark(s) s|m, s|mple MODERN: Listing Image
Trademark Registration Number: 6129233, 6217472

2024-10-31

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa2ae212a75841730370402

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

VISA T/T PayPal Pay Later Pay G Pay

Place order first, pay with your preferred method later. View details

## Items and delivery options

**Sold by: Guangzhou Pengbo Home Furnishing Factory**

**Delivery date to be calculated** | Shipping fee: **USD 379.05** | **Change**



ZZ Sippy cup with handle for children Sippy cup with handle 24 oz sippy cup with handle
Min. order: 10 pieces



Color: Red; Capacity: 24oz
**USD 3.32** /piece
− 100 +
**USD 332.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 332.00 |
| Shipping fee | USD 379.05 |
| Subtotal | USD 711.05 |
| Tax | USD 34.03 |
| Amount due | USD 745.08 |

**Submit order**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Dec 19 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Easy Return & Refund**
Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #120
Trademark(s) s|m, s|mple MODERN: Listing Image
Trademark Registration Number: 6129233, 6217472

# Custom Logo Trek 24 oz Tumbler Insulated Reusable Stainless Steel Water Bottle 24oz Tumbler with Handle and Straw Lid

★★★★★5.0 (2 Reviews) · 2 orders

Sunix Industry Co., Ltd. · 2 yrs · CN





Hover to zoom in

Share

## Other recommendations for your business




| 25 - 99 pieces | 100 - 499 pieces |
|---|---|
| **$3.99** | **$3.69** |
| **500 - 19999 pieces** | **>= 20000 pieces** |
| **$3.29** | **$2.19** |

## Variations

Total options: 6 Color; 1 Capacity. **Select now**

1. Color(6): C1




2. Capacity(1)

24oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

## Protections for this product

Secure payments

Messenger 99+

TOP

Doe #121
Copyright(s) SMD-4: Listing Image

2024-05-30

Leakproof Adventure Quencher ×

alibaba.com/product-detail/_1600755894178.html

Alibaba.com

Products | tumbler with straw | Search

Deliver to: 60601-3404, US

English-USD

All categories · Featured selections · Trade Assurance · Alibaba.com Membership · Buyer Central · Help Center · Get the app · Become a supplier

# Leakproof Adventure Quencher Tumbler Modern 40 oz Travel Mug 40oz Tumbler with handle and Straw Lid

★★★★★5.0 (6 Reviews) · 45 orders

Sunix Industry Co., Ltd. · 2 yrs · CN






Hover to zoom in

Share

## Other recommendations for your business



Minimum order quantity: 20 pieces

**$2.69 - $3.69**

### Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Dark night

+8

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

Messenger 99+

Doe #121
Copyright(s) SMD-1: Listing Image

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa2292101250d1717064517

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sunix Industry Co., Ltd.**

**Estimated delivery by Jul 26-Aug 16** | Shipping fee: USD 24.28 | Change



Leakproof Adventure Quencher Tumbler Modern 40 oz Travel Mug 40oz Tumbler with handle and Straw Lid
Min. order:20 Pieces



Color: C1 Dark night; Capacity: 40oz
USD 10.00 /Piece

1

USD 10.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 24.28 |
| Order subtotal | USD 34.28 |
| Tax | USD 0.85 |
| Payment processing fee | USD 1.06 |
| Total | **USD 36.19** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #121
Copyright(s) SMD-1: Listing Image

2024-06-13

Custom Logo Vacuum Insulated

alibaba.com/product-detail/_1600763246216.html

Alibaba.com | Products | coffee travel mug | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo Vacuum Insulated Stainless Steel 40 oz Modern Tumbler Cup Adventure Travel Mug 40oz Tumbler with Handle

No reviews yet · 83 orders · #15 Most popular in Modern Travel Mug

Sunix Industry Co., Ltd. · 2 yrs · CN






Hover to zoom in

Share

Minimum order quantity: 20 pieces

**$2.29 - $3.86**

## Variations

Total options: 15 Color; 3 Capacity. Select now

1. Color(15): C1 Midnight Black

+8

2. Capacity(3)

24oz | 30oz | 40 oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

## Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

## Other recommendations for your business



Messenger 99+

TOP

Doe #121

Copyright(s) SMD-1: Listing Image

2024-06-13

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfad04214124781718274259

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sunix Industry Co., Ltd.**

**Estimated delivery by Aug 9-Aug 30** | Shipping fee: USD 20.67 Change



Custom Logo Vacuum Insulated Stainless Steel 40 oz Modern Tumbler Cup Adventure Travel Mug 40oz Tumbler with Handle

Min. order:20 Pieces

Color: C1 Midnight Black; Capacity: 24oz

USD 15.00 /Piece

1

**USD 15.00**

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 20.67 |
| Order subtotal | USD 35.67 |
| Tax | USD 1.54 |
| Payment processing fee | USD 1.12 |
| Total | **USD 38.33** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #121

Copyright(s) SMD-1: Listing Image

2024-06-18

Custom Logo 40 Oz Vacuum In

alibaba.com/product-detail/_1600770464703.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo 40 oz Vacuum Insulated Stainless Steel Modern Tumbler Treks 40oz Travel Mug with Handle and Straw

★★★★★ 5.0 (3 Reviews) · 1 order

Sunix Industry Co., Ltd. · 2 yrs · CN






Hover to zoom in | Share

| 20 - 99 pieces | 100 - 499 pieces |
|---|---|
| $3.99 | $3.86 |
| **500 - 19999 pieces** | **>= 20000 pieces** |
| $3.69 | $2.29 |

## Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Midnight Black

+8

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

Protections for this product

Secure payments

## Other recommendations for your business



Messenger 99+

TOP

Doe #121
Copyright(s) SMD-1: Listing Image

2024-06-18

America Custom Logo Treks Va

alibaba.com/product-detail/_1600820910495.html

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 13

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# America Custom Logo Treks Vacuum Insulated Modern Stainless Steel Tumbler 40oz Travel Mug with Handle and Straw Lids

4.5 (2 Reviews) · 27 orders

Sunix Industry Co., Ltd. · 2 yrs · CN






Hover to zoom in

Share

| 20 - 199 pieces | 200 - 499 pieces |
|---|---|
| $3.86 | $3.82 |
| 500 - 19999 pieces | >= 20000 pieces |
| $3.59 | $2.49 |

## Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Midnight Black

+8

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

Protections for this product

Secure payments

## Other recommendations for your business



Messenger 99+

TOP

Doe #121
Copyright(s) SMD-1: Listing Image

2024-05-30

New Style Custom Logo Moder ×

alibaba.com/product-detail/_1600829231947.html

Alibaba.com | Products | stanley cup | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## New Style Custom Logo Modern Tumbler 18/8 Vacuum Travel Mug 40oz Tumbler With Handle Cup 40oz with Handle

★★★★★ 5.0 (5 Reviews) · 36 orders

Sunix Industry Co., Ltd. · 2 yrs · CN






Hover to zoom in | Share

Minimum order quantity: 20 pieces

**$2.59 - $3.86**

### Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Midnight Black

+8

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

## Other recommendations for your business




Doe #121

Copyright(s) SMD-1: Listing Image

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Sunix Industry Co., Ltd.**

**Estimated delivery by Jul 26-Aug 16** | Shipping fee: USD 23.02 Change



New Style Custom Logo Modern Tumbler 18/8 Vacuum Travel Mug 40oz Tumbler With Handle Cup 40oz with Handle
Min. order:20 Pieces



Color: C1 Midnight Black; Capacity: 40oz
USD 15.00 /Piece

1

**USD 15.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 23.02 |
| Order subtotal | USD 38.02 |
| Tax | USD 1.28 |
| Payment processing fee | USD 1.18 |
| Total | **USD 40.48** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #121
Copyright(s) SMD-1: Listing Image

2024-07-02

Handle Cup 304 Stainless Steel

alibaba.com/product-detail/_1600991639580.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel
Get tickets

Alibaba.com | Products | women's clothing | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 1

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## Handle cup 304 stainless steel car mug double layer ice bar straw cup insulation mug

No reviews yet

Guangzhou Yihuo Technology Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

| 50 - 99 pieces | 100 - 199 pieces | >= 200 pieces |
|---|---|---|
| $5.49 | $5.29 | $4.89 |

### Variations

Total options: 1 Color; 1 Capacity. **Select now**

**1. Color(1):** Light Grey

**2. Capacity(1)**

<500ml

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Refund policy**

Messenger

### Other recommendations for your business



2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c210114971719917034

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangzhou Yihuo Technology Co., Ltd.**

**Estimated delivery by Jul 31-Aug 7** | Shipping fee: USD 13.42 | Change



Handle cup 304 stainless steel car mug double layer ice bar straw cup insulation mug

Min. order:50 Pieces



Color: Light Grey; Capacity: <500ml

USD 10.00 /Piece

1

ta.order.com.sku-quantity.prompt.max-stock

USD 10.00

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 13.42 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 20.42 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.65 |
| Total | **USD 22.10** |

Change currency

You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #122

Copyright(s) SMD-1: Listing Image

2024-05-23

Simple Modern Double Walled

alibaba.com/product-detail/_1601023515925.html

All Bookmarks

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership

Buyer Central | Help Center | Get the app | Become a supplier

## simple modern double walled 40oz tumbler wholesale bulk 40oz stainless steel insulated vacuum tumbler with handle lid and straw

No reviews yet · 30 sold

Yiwu Xiaoni Technology Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

| 50 - 999 pieces | 1000 - 4999 pieces |
| --- | --- |
| $3.49 | $3.35 |
| 5000 - 9999 pieces | >= 10000 pieces |
| $3.10 | $2.85 |

### Variations

Total options: 25 Color; 1 Capacity. Select now

1. Color(25): Customized

+18

2. Capacity(1)

40oz(`1200ml)

### Shipping

Express EU & US (Standard) Change

Shipping total: $287.80 for 50 pieces

Estimated delivery by Jul 4

Start order | Add to cart

### Membership benefits

For your stage Enterprise

Quick refunds View more

Messenger 99+

### Other recommendations for your business



Doe #123

Trademark(s) simple modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

2024-05-23

Simple Modern Double Walled

alibaba.com/product-detail/_1601023515925.html

All Bookmarks

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

99+ 6

Key attributes | Ratings & Reviews | Know your supplier | Product descriptions from the supplier

simple modern double walled 40 oz tumbler wholesale bulk 40oz stainless steel insulated vacuum tumbler with handle lid and straw

# Product display







50 - 999 pieces
**$3.49**

1000 - 4999 pieces
**$3.35**

5000 - 9999 pieces
**$3.10**

>= 10000 pieces
**$2.85**

**Variations**

Total options: 25 Color; 1 Capacity. **Select now**

**1. Color(25):** Customized

+18

**2. Capacity(1)**

40oz(`1200ml)

**Shipping**

Express EU & US (Standard) Change

Shipping total: $287.80 for 50 pieces

Estimated delivery by **Jul 4**

**Membership benefits**

Protections for this product

Start order | Add to cart

Messenger 99+

TOP

Doe #123

Trademark(s) simple modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4be7983214124781716453166

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Xiaoni Technology Co., Ltd.**

**Delivery by Jul 4** | Shipping fee: **USD 287.80** Change



simple modern double walled 40oz tumbler wholesale bulk 40oz stainless steel insulated vacuum tumbler with handle lid and straw

Min. order:50 Pieces

Color: Customized; Capacity: 40oz(`1200ml)

**USD 3.49** /Piece

– 50 + **USD 174.50**

Add note to supplier

## Apply for tax exemption

## Order summary (50 items)

| | |
|---|---|
| Item subtotal | USD 174.50 |
| Shipping fee | USD 287.80 |
| Order subtotal | USD 462.30 |
| Tax | USD 17.90 |
| Payment processing fee | USD 14.36 |
| Total | **USD 494.56** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 4 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #123

Trademark(s) simple modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

2024-05-23

Hot New Design Simple Moder

alibaba.com/product-detail/_1601074993575.html

All Bookmarks

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

99+ 6

All categories Featured selections Trade Assurance Alibaba.com Membership

Buyer Central Help Center Get the app Become a supplier

**Hot New Design simple modern 40 oz halloween stainless steel tumbler with handle and straw**

No reviews yet · 1000 sold

Guangzhou Haha Housewares Manufacturing Co., Ltd. · Verified Multispecialty supplier · 5 yrs · CN





Hover to zoom in

Share

**Other recommendations for your business**



500 - 2999 pieces
**$5.50**

3000 - 9999999 pieces
**$5.30**

>= 10000000 pieces
**$4.50**

**Variations**

Total options: 9 Color; 1 Capacity. Select now

**1. Color(9):** White



+2

**2. Capacity(1)**

40oz

**Shipping**

**Express EU & US (Standard)** Change

Shipping total: $5,016.45 for 500 pieces

Estimated delivery by **Jul 5**

Start order | Add to cart

Still deciding? Get samples first! Order sample

**Membership benefits**

For your stage Enterprise

Claim US $80 in coupons every month View more

Messenger 99+

TOP

Doe #124
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-05-23

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be79832101152e1716453293

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangzhou Haha Housewares Manufacturing Co., Ltd.**

**Estimated delivery by Jul 19-Aug 9** | Shipping fee: USD 21.54 | Change



Hot New Design simple modern 40 oz halloween stainless steel tumbler with handle and straw

Min. order:500 Pieces

Color: White; Capacity: 40oz

USD 15.00 /Piece

1

**USD 15.00**

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 21.54 |
| Order subtotal | USD 36.54 |
| Tax | USD 1.54 |
| Payment processing fee | USD 1.14 |
| Total | **USD 39.22** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 16 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #124

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

COCREATE 2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets



# Simple Modern 30 oz Tumbler with Handle and Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug

No reviews yet

Guangzhou Haha Housewares Manufacturing Co., Ltd. · Verified Multispecialty supplier · 6 yrs · CN





300 - 2999 pieces
**$2.99**

3000 - 9999 pieces
**$2.89**

>= 10000 pieces
**$2.79**

**Variations**

Total options: 5 Color; 1 Capacity. Select now

1. Color(5): White

2. Capacity(1)

30oz

**Shipping**

FedEx IP door-t... Alibaba.com Logistics 13 more option(s)

Shipping fee: $659.70 for 300 pieces

Estimated delivery by Sep 16

Start order Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #124
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-4: Listing Image
Trademark Registration Number: 6129233

2024-08-22

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f210142d81724305799

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangzhou Haha Housewares Manufacturing Co., Ltd.**

**Delivery by Sep 18** | Shipping fee: **USD 16.83** Change



Simple Modern 30 oz Tumbler with Handle and Straw Lid Insulated Cup Reusable Stainless Steel Water Bottle Travel Mug

Min. order: 300 Pieces



Color: White; Capacity: 30oz

**USD 20.00** /Piece

1

**USD 20.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 20.00 |
| Shipping fee | USD 16.83 |
| Subtotal | **USD 36.83** |
| Tax | **USD 2.05** |
| Payment processing fee | **USD 1.17** |
| Total | **USD 40.05** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Sep 18 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #124
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-4: Listing Image
Trademark Registration Number: 6129233

2024-05-30

Factory Directly New Design Sin

alibaba.com/product-detail/_1601074842818.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Factory directly New Design simple modern 40 oz halloween stainless steel tumbler with handle and straw

No reviews yet · 1000 sold

Guangzhou Haha Housewares Manufacturing Co., Ltd. · 4 yrs · CN





Share

| 200 - 999 pieces | 1000 - 9999 pieces |
|---|---|
| **$5.50** | **$5.40** |
| **10000 - 999999 pieces** | **>= 1000000 pieces** |
| **$5.20** | **$4.50** |

## Variations

Total options: 9 Color; 1 Capacity. Select now

1. Color(9): White

+2

2. Capacity(1)

40oz

## Shipping

UPS Expedited (Standard) Change

Shipping total: $1,450.18 for 200 pieces

Estimated delivery by **Jun 25**

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

## Other recommendations for your business



Doe #125

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa22921411fc41717061366

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Guangzhou Haha Housewares Manufacturing Co., Ltd.**

**Delivery by Jun 28** | Shipping fee: **USD 16.42** Change



Factory directly New Design simple modern 40 oz halloween stainless steel tumbler with handle and straw

Min. order:200 Pieces

Color: White; Capacity: 40oz

**USD 15.00** /Piece

− 1 + **USD 15.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 15.00 |
| Shipping fee | USD 16.42 |
| Order subtotal | USD 31.42 |
| Tax | USD 1.28 |
| Payment processing fee | USD 0.98 |
| Total | **USD 33.68** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jun 28 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #125

Trademark(s) simple modern: Listing Title

Trademark Registration Number: 6129233

2024-05-30

Simple Modern Water Bottle Bl...

alibaba.com/product-detail/_1600988171165.html

Alibaba.com | Products | designer bags | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Simple Modern Water Bottle Blank Sublimation Double Wall Tumbler Cups With Lid And Straw Tazas Stainless Steel Car Tumblers

No reviews yet · 1 order

Shenzhen Hanway Trading Co., Ltd. · Verified Multispecialty supplier · 18 yrs · CN





Hover to zoom in

Share

| 50 - 999 pieces | 1000 - 2999 pieces |
|---|---|
| $5.00 | $4.36 |

| 3000 - 299999 pieces | >= 300000 pieces |
|---|---|
| $4.19 | $2.16 |

### Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): as picture

2. Capacity(1)

50 OZ

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Claim US $80 in coupons every month View more

Protections for this product

Messenger 99+

### Other recommendations for your business



Doe #126

Trademark(s) Simple Modern: Listing Title

Trademark Registration Number: 6129233

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa229210116e41717060355

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Hanway Trading Co., Ltd.**

**Estimated delivery by Jun 21-Jun 27** | Shipping fee: **USD 27.03** Change



Simple Modern Water Bottle Blank Sublimation Double Wall Tumbler Cups With Lid And Straw Tazas Stainless Steel Car Tumblers
Min. order:50 Pieces



Color: as picture; Capacity: 50 OZ
**USD 5.00** /Piece

1

**USD 5.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 27.03 |
| Order subtotal | USD 32.03 |
| Tax | USD 0.43 |
| Payment processing fee | USD 0.98 |
| Total | **USD 33.44** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #126
Trademark(s) Simple Modern: Listing Title
Trademark Registration Number: 6129233

2024-06-18

New 40oz Custom Logo Double

alibaba.com/product-detail/_1600887836835.html

Alibaba.com | Products | travel mug | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# New 40oz custom logo double walled stainless steel coffee travel tumbler

No reviews yet · 5 orders

Hebei Dibei Import& Export Trading Co., Ltd. · Verified Multispecialty supplier · 8 yrs · CN






Hover to zoom in

Share

50 - 2999 pieces
**$5.50**

3000 - 9999 pieces
**$4.80**

>= 10000 pieces
**$4.20**

## Variations

Total options: 8 Color; 1 Capacity. Select now

1. Color(8): 1

+1

2. Capacity(1)

901-1000ml

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

## Protections for this product

## Other recommendations for your business



Messenger

TOP

Doe #127
Copyright(s) SMD-1, SMD-2: Listing Image

2024-06-18

New 40oz Custom Logo Double

alibaba.com/product-detail/_1600887836835.html

Alibaba.com Products tumbler Search Deliver to: 60601-3404, US English-USD 99+ 13

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# New 40oz custom logo double walled stainless steel coffee travel tumbler

No reviews yet · 5 orders

Hebei Dibei Import& Export Trading Co., Ltd. · Verified Multispecialty supplier · 8 yrs · CN






Hover to zoom in

Share

50 - 2999 pieces
**$5.50**

3000 - 9999 pieces
**$4.80**

>= 10000 pieces
**$4.20**

## Variations

Total options: 8 Color; 1 Capacity. Select now

1. Color(8): 1

+1

2. Capacity(1)

901-1000ml

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

## Protections for this product

## Other recommendations for your business



Messenger 99+

TOP

Doe #127
Copyright(s) SMD-1, SMD-2: Listing Image

2024-06-18

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa68e2102e4441718698305

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hebei Dibei Import& Export Trading Co., Ltd.**

**Estimated delivery by Jul 10-Jul 15** | Shipping fee: **USD 41.80** Change



New 40oz custom logo double walled stainless steel coffee travel tumbler

Min. order:50 Pieces



Color: 1; Capacity: 901-1000ml

USD 5.00 /Piece

1

Only 1 left

**USD 5.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 41.80 |
| Order subtotal | USD 46.80 |
| Tax | USD 0.51 |
| Payment processing fee | USD 1.42 |
| Total | **USD 48.73** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #127

Copyright(s) SMD-1, SMD-2: Listing Image

2024-07-02

Custom Tumbler H3.0 Flowstate

alibaba.com/product-detail/_1601110603525.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# Custom Tumbler H3.0 Flowstate Stainless Steel Vacuum Insulated Tumbler 24oz 30oz Metal Coffee Mug Cup 40oz Tumbler With Handle

No reviews yet

Hebei Weiying Trading Co., Ltd. · 3 yrs · CN





Hover to zoom in

Share

| 100 - 199 pieces | 200 - 499 pieces |
|---|---|
| **$3.76** | **$3.45** |
| 500 - 999 pieces | >= 1000 pieces |
| **$3.26** | **$3.15** |

**Variations**

Total options: 1 Color; 2 Capacity. Select now

1. Color(1): Custom color

2. Capacity(2)

30oz 40oz

**Shipping**

Seller's Shipping Method 1 (Ocean) Change

Shipping total: $896.00 for 100 pieces

Estimated delivery by Sep 3-Sep 17

Start order Add to cart

Still deciding? Get samples first! Order sample

Get US USD 200.00 OFF

**Protections for this product**

## Other recommendations for your business




TOP

Doe #128

Copyright(s) SMD-1: Listing Image

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c21411f461719917891

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hebei Weiying Trading Co., Ltd.**

**Estimated delivery by Jul 18-Jul 30** | Shipping fee: USD 140.00 Change



Custom Tumbler H3.0 Flowstate Stainless Steel Vacuum Insulated Tumbler 24oz 30oz Metal Coffee Mug Cup 40oz Tumbler With Handle
Min. order:100 Pieces



Color: Custom color; Capacity: 40oz
USD 30.00 /Piece
1
USD 30.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 30.00 |
| Shipping fee | USD 140.00 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 167.00 |
| Tax | USD 3.09 |
| Payment processing fee | USD 5.09 |
| Total | **USD 175.18** |

Change currency

You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #128
Copyright(s) SMD-1: Listing Image

2024-06-18

Newest Style Stainless Steel Do

alibaba.com/product-detail/_1600874898772.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

**Newest Style Stainless Steel Double Wall Insulated 40oz Simple Modern Tumbler With Handle Colored 40oz Cup Sublimation Blank**

5.0 (1 review) · 9 orders

Sichuan Locust Network Technology Co., Ltd. · Verified Multispecialty supplier · 6 yrs · CN



Hover to zoom in

Share

20 - 499 pieces **$5.72**

500 - 1999 pieces **$5.66**

>= 2000 pieces **$5.58**

**Variations**

Total options: 14 Color; 1 Capacity. **Select now**

1. Color(14): White

+7

2. Capacity(1)

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

**Membership benefits**

For your stage Enterprise

Buy and get 1.5% back View more

**Protections for this product**

Secure payments

**Other recommendations for your business**



Messenger 99+

Doe #129

Trademark(s) Simple Modern, Simple modern: Listing Title, Listing Description

Copyright(s) SMD-1: Listing Image

Trademark Registration Number: 6129233

2024-06-18

Newest Style Stainless Steel Do

alibaba.com/product-detail/_1600874898772.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD

Key attributes | Ratings & Reviews | Know your supplier | Product descriptions from the supplier




## Product Description

| | |
|---|---|
| **Product Name** | Simple modern tumbler |
| **Product Material** | 18/8 stainless steel |
| **Drinkware Type** | Straw Drinking |
| **Product Capacity** | 40oz |
| **Product MOQ** | 20pcs |
| **Customizable modules** | Logo,Packaging,Lids,straw |
| **Product color** | Stocked colors |



| 20 - 499 pieces | 500 - 1999 pieces | >= 2000 pieces |
|---|---|---|
| $5.72 | $5.66 | $5.58 |

### Variations

Total options: 14 Color; 1 Capacity. Select now

1. Color(14): White

+7

2. Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Membership benefits

Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Start order request | Contact supplier

Messenger 99+

Doe #129
Trademark(s) Simple Modern, Simple modern: Listing Title, Listing Description
Copyright(s) SMD-1: Listing Image
Trademark Registration Number: 6129233

2024-10-17

Custom Vacuum Outdoor Trave

alibaba.com/product-detail/_1601258220397.html

Alibaba.com | Products | vacuum tumbler | Search | Deliver to: 60601-3404, US | English-USD

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Vacuum Outdoor Travel Cup 40oz 40 oz tumbler simple modern Coffee Mug Stainless Steel tumbler with custom logo oem

No reviews yet

Fujian Auplex Appliance Co., Ltd. · Verified Custom manufacturer · 12 yrs · CN



1 batch = 25 pieces

| 25 - 2499 pieces | 2500 - 12499 pieces |
|---|---|
| $3.78 | $3.56 |

| 12500 - 24999 pieces | >= 25000 pieces |
|---|---|
| $3.30 | $3.05 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): White

2. Capacity(1)

1000-1500ml

## Shipping

Ocean+Expres... | Alibaba.com Logistics 18 more option(s)

Shipping fee: $64.58 for 25 pieces

Estimated delivery by Dec 17

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Get US USD 20.00 OFF

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger

Doe #130
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-10-17

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa715213bd1281729155783

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Fujian Auplex Appliance Co., Ltd.**

**Delivery by Dec 17** | Shipping fee: **USD 64.58** Change



Custom Vacuum Outdoor Travel Cup 40oz 40 oz tumbler simple modern Coffee Mug Stainless Steel tumbler with custom logo oem

Min. order: 25 piece



Color: White; Capacity: 1000-1500ml

**USD 5.00** /piece

1

**USD 5.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 64.58 |
| Alibaba.com coupon | - USD 2.00 |
| Subtotal | USD 67.58 |
| Tax | USD 0.51 |
| Payment processing fee | USD 2.04 |
| Total | USD 70.13 |

Change currency

You saved **USD 2.00** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $67.58 sample fees back on your next order above US $700.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Dec 17 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Dedicated service

Activate Windows
Go to Settings to activate Windows.

Doe #130
Trademark(s) simple modern: Listing Title
Trademark Registration Number: 6129233

2024-07-02

40 Oz Leakproof Adventure Tur

alibaba.com/product-detail/_10000017967853.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel
Get tickets

Alibaba.com
Products | What are you looking for? | Search
Deliver to: 60601-3404, US
English-USD
99+
1

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# 40 oz Leakproof Adventure Tumbler Modern Travel Mug 40oz Tumbler with handle and Straw Lid

No reviews yet

He' Nan Juershang Trading Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

20 - 99 pieces
**$4.59**

100 - 999 pieces
**$4.39**

1000 - 19999 pieces
**$3.69**

>= 20000 pieces
**$2.69**

## Variations

Total options: 14 Color; 1 Capacity. Select now

**1. Color(14):** C1 Midnight Black

+7

**2. Capacity(1)**

40oz

## Shipping

**Ocean + Delivery US (Economy)** Change

Shipping total: $64.12 for 20 pieces

Estimated delivery by Aug 20-Sep 10

Start order | Add to cart

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

## Other recommendations for your business



TOP

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: He' Nan Juershang Trading Co., Ltd.**

**Estimated delivery by Aug 13-Aug 27** | Shipping fee: USD 827.07 Change



40 oz Leakproof Adventure Tumbler Modern Travel Mug 40oz Tumbler with handle and Straw Lid

Min. order:20 Pieces

Color: C1 Midnight Black; Capacity: 40oz

USD 4.39 /Piece

− 100 + **USD 439.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 439.00 |
| Shipping fee | USD 827.07 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 1263.07 |
| Tax | USD 45.00 |
| Payment processing fee | USD 39.12 |
| Total | **USD 1347.19** |

Change currency

You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #131

Copyright(s) SMD-1: Listing Image

2024-07-02

Hot Sale Simply Modern Dupes

alibaba.com/product-detail/_1601165523357.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel  Get tickets

Alibaba.com  Products  modern cup  Search  Deliver to: 60601-3404, US  English-USD  99+  1

All categories  Featured selections  Trade Assurance  Membership programs  Buyer Central  Help Center  Get the app  Become a supplier

# Hot Sale Simply Modern Dupes Adventure 40oz Tumbler With Handle And Straw Travel Mug Cup 40oz with Handle

No reviews yet

He' Nan Juershang Trading Co., Ltd. · 1 yr · CN





Hover to zoom in

Share

| 20 - 199 pieces | 200 - 999 pieces |
|---|---|
| $3.86 | $3.79 |
| 1000 - 19999 pieces | >= 20000 pieces |
| $3.59 | $2.59 |

## Variations

Total options: 14 Color; 1 Capacity.  Select now

1. Color(14): C1 Midnight Black



+7

2. Capacity(1)

40oz

## Shipping

Ocean + Delivery US (Economy) Change

Shipping total: $60.37 for 20 pieces

Estimated delivery by Aug 20-Sep 10

Start order  Add to cart

Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

## Other recommendations for your business



Doe #131

Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa25c21411f461719917386

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: He' Nan Juershang Trading Co., Ltd.**

**Delivery by Jul 22** | Shipping fee: **USD 494.55** | Change



Hot Sale Simply Modern Dupes Adventure 40oz Tumbler With Handle And Straw Travel Mug Cup 40oz with Handle

Min. order:20 Pieces



Color: C1 Midnight Black; Capacity: 40oz

**USD 3.86** /Piece

– 100 +

**USD 386.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 386.00 |
| Shipping fee | USD 494.55 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 877.55 |
| Tax | USD 39.58 |
| Payment processing fee | USD 27.43 |
| Total | **USD 944.56** |

Change currency

You saved **USD 3.00** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 22 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #131

Copyright(s) SMD-1: Listing Image

2024-06-18

Custom Logo 40 Oz Vacuum In...

alibaba.com/product-detail/_1601165941905.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 13

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo 40 oz Vacuum Insulated Stainless Steel Modern Tumbler Treks 40oz Travel Mug with Handle and Straw

No reviews yet

He' Nan Juershang Trading Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

| 20 - 99 pieces | 100 - 499 pieces |
| --- | --- |
| $3.99 | $3.86 |
| 500 - 19999 pieces | >= 20000 pieces |
| $3.69 | $2.29 |

## Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Midnight Black

+8

2. Capacity(1)

40oz

## Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $202.72 for 20 pieces

Estimated delivery by Jul 29-Aug 12

Start order | Add to cart

## Membership benefits

For your stage Enterprise

Buy and get 1.5% back View more

## Protections for this product

## Other recommendations for your business



Messenger

TOP

Doe #131

Copyright(s) SMD-1: Listing Image

2024-06-18

Manufacturers, Suppliers, Expor ×

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa68e214119bc1718691766

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: He' Nan Juershang Trading Co., Ltd.**

**Estimated delivery by Jul 29-Aug 12** | Shipping fee: USD 936.49 Change



Custom Logo 40 oz Vacuum Insulated Stainless Steel Modern Tumbler Treks 40oz Travel Mug with Handle and Straw

Min. order:20 Pieces



Color: C1 Midnight Black; Capacity: 40oz

USD 3.86 /Piece

− 100 +

**USD 386.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 386.00 |
| Shipping fee | USD 936.49 |
| Order subtotal | USD 1322.49 |
| Tax | USD 39.58 |
| Payment processing fee | USD 40.73 |
| Total | **USD 1402.80** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #131

Copyright(s) SMD-1: Listing Image

2024-07-02

New Style Custom Logo Moder ×

alibaba.com/product-detail/_1601165993391.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets

Alibaba.com Products modern tumbler Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

## New Style Custom Logo Modern Tumbler 18/8 Vacuum Travel Mug 40oz Tumbler With Handle Cup 40oz with Handle

No reviews yet

He' Nan Juershang Trading Co., Ltd. · 1 yr · CN






Hover to zoom in

Share

Minimum order quantity: 20 pieces

**$2.59 - $3.86**

### Variations

Total options: 15 Color; 1 Capacity. Select now

1. Color(15): C1 Midnight Black




2. Capacity(1)

40oz

### Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $209.95 for 20 pieces

Estimated delivery by Aug 13-Aug 27

Start order Add to cart

### Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

Refund policy & Easy Return

Claim a refund if your order doesn't ship, is missing

### Other recommendations for your business



Messenger

TOP

Doe #131

Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/nowBuy.htm?pageId=b4bfa25c2140cd841719918401

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: He' Nan Juershang Trading Co., Ltd.**

**Estimated delivery by Aug 13-Aug 27** | Shipping fee: USD 970.49 Change



New Style Custom Logo Modern Tumbler 18/8 Vacuum Travel Mug 40oz Tumbler With Handle Cup 40oz with Handle

Min. order:20 Pieces



Color: C1 Midnight Black; Capacity: 40oz

USD 2.59 /Piece

− 100 + **USD 259.00**

Add note to supplier

## Order summary (100 items)

| | |
|---|---|
| Item subtotal | USD 259.00 |
| Shipping fee | USD 970.49 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 1226.49 |
| Tax | USD 26.55 |
| Payment processing fee | USD 37.47 |
| Total | **USD 1290.51** |

Change currency

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**

Dispatched within 7 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

2024-01-21

2024 Hot Sale 20oz/24oz Stainl ×

alibaba.com/product-detail/_1601199257975.html

Alibaba.com Products shoes Search

Deliver to: 60601-4800, US English-USD

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 2024 Hot Sale 20oz/24oz Stainless Steel Insulated Tumbler Outdoor Leakproof Coffee Cup Double-layer Design with Lid and Straw

No reviews yet · 270 sold · **#12** Most popular in Vintage Vacuum Flasks

Changsha Yiyi Import And Export Trading Co., Ltd. · 4 yrs · CN





Order now for **US$20 off shipping!**

| 60 - 499 pieces | 500 - 2999 pieces |
|---|---|
| **$3.95** | **$3.85** |
| 3000 - 9999 pieces | >= 10000 pieces |
| **$3.75** | **$3.55** |

## Variations

Total options: **14 Color ; 4 Capacity .** Select now

**Color(14):** Black

+7

**Capacity(4)**

12oz 16oz 20oz 24oz

## Shipping

**Ocean+Express ...** Alibaba.com Logistics 30 more option(s)

Shipping total: ~~$86.87~~ $66.87 for 60 pieces

Guaranteed delivery by **Mar 27**

Start order Add to cart

Still deciding? Get samples first! Order sample

**Protections for this product**

Messenger

## Other recommendations for your business











Doe #132
Copyright(s) SMD-39: Listing Image
Copyright Registration Numbers: VA2383006

2024-01-21

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa23e214129041737452000

Alibaba.com

# Start order

## Shipping address

Change

**Ashley Torralba**
73 East Lake, Chicago, Illinois, 60601-4800, United States of America
(+1) 7050900

## Payment method

Add a new card

Other payment methods

## Items and delivery options

**Sold by: Changsha Yiyi Import And Export Trading Co., Ltd.**

**Delivery by Feb 24** | Shipping fee: ~~USD 19.66~~ Free | Change



2024 Hot Sale 20oz/24oz Stainless Steel Insulated Tumbler Outdoor Leakproof Coffee Cup Double-layer Design with Lid and Straw
Min. order: 60 piece



Color: Black; Capacity: 12oz
USD 50.00 /piece

1
Only 1 left

USD 50.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 50.00 |
| Shipping fee | USD 19.66 |
| Shipping discount | - USD 19.66 |
| Subtotal | USD 50.00 |
| Tax | USD 5.14 |

You saved USD 19.66 on this order!

Pay now for **FREE shipping**!

**Proceed to pay**

### Protections for this order

**Delivery via Alibaba.com Logistics**
Expect your order to be delivered before Feb 24 or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Need Help?

Doe #132
Copyright(s) SMD-39: Listing Image
Copyright Registration Numbers: VA2383006

2024-07-02

Stainless Steel Vacuum Insulate

alibaba.com/product-detail/_1601196019824.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets

Alibaba.com Products women's clothing Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

# Stainless Steel Vacuum Insulated Tumbler with Lid and Straw for Water, Iced Tea or Coffee

No reviews yet

Henan Zenpe Technology Co., Ltd. · Verified Multispecialty supplier · 7 yrs · CN





Hover to zoom in

Share

50 - 499 pieces **$3.50**

500 - 999 pieces **$3.30**

1000 - 49999 pieces **$3.10**

>= 50000 pieces **$2.88**

## Variations

Total options: 12 Color; 1 Capacity. Select now

1. Color(12): Orange

+5

2. Capacity(1)

20 oz

## Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $134.13 for 50 pieces

Estimated delivery by Aug 9-Aug 23

Start order Add to cart

Still deciding? Get samples first! Order sample

Protections for this product

Secure payments

Every payment you make on Alibaba.com is secured

## Other recommendations for your business



Messenger

TOP

Doe #133

Copyright(s) SMD-1: Listing Image

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Henan Zenpe Technology Co., Ltd.**

**Delivery by Jul 26** | Shipping fee: USD 16.14 Change



Stainless Steel Vacuum Insulated Tumbler with Lid and Straw for Water, Iced Tea or Coffee

Min. order:50 Pieces

Color: Orange; Capacity: 20 oz

USD 5.00 /Piece

1

USD 5.00

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 5.00 |
| Shipping fee | USD 16.14 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 18.14 |
| Tax | USD 0.51 |
| Payment processing fee | USD 0.56 |
| Total | **USD 19.21** |

Change currency

You saved USD 3.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Jul 26 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #133

Copyright(s) SMD-1: Listing Image

2024-06-13

Simple Modern 40oz Stainless S

alibaba.com/product-detail/_1600997664445.html

Alibaba.com | Products | What are you looking for? | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Simple Modern 40oz Stainless Steel Vacuum Insulated Tumbler 2.0 with Handle and Straw Lid for Water, Iced Tea, Coffee, Smoothies

No reviews yet

Dongguan Huayue Business Co., Ltd. · Verified Custom manufacturer · 15 yrs · CN





Hover to zoom in

Share

## Other recommendations for your business



| 500 - 1999 sets | 2000 - 4999 sets |
|---|---|
| $5.00 | $4.80 |
| 5000 - 9999 sets | >= 10000 sets |
| $4.60 | $4.30 |

### Variations

Total options: 1 Capacity. Select now

1. Capacity(1)

40oz

### Shipping

Ocean+Express US (Premium) Change

Shipping total: $5,127.06 for 500 sets

Estimated delivery by Aug 19

Start order | Add to cart

Still deciding? Get samples first! Order sample

Get US 10% OFF

### Membership benefits

For your stage Enterprise

Claim US $80 in coupons every month View more

### Protections for this product

Messenger 99+

TOP

Doe #134

Trademark(s) Simple Modern: Listing Title, Listing Description

Trademark Registration Number: 6129233

Easy Return

## Key attributes

### Industry-specific attributes

| | |
|---|---|
| Design Style | Simple Modern |
| Feature | Sustainable, Large Capacity |

### Other attributes

| | |
|---|---|
| Occasion | Travel |
| Place of Origin | Guangdong, China |
| Drinkware Type | Vacuum Flasks & Thermoses |
| Applicable People | All |

Show more

## Lead time

| Quantity (sets) | 1 - 1500 | 1501 - 3000 | > 3000 |
|---|---|---|---|
| Lead time (days) | 25 | 30 | To be negotiated |

## Samples

Maximum order quantity: 2 set

Sample price: **$30.00/set**

Order sample

**Refund policy & Easy Return**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues, plus free local returns for defects

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Messenger 99+

TOP

Doe #134
Trademark(s) Simple Modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Dongguan Huayue Business Co., Ltd.**

**Delivery by Jul 25** | Shipping fee: **USD 26.52** Change

Simple Modern 40oz Stainless Steel Vacuum Insulated Tumbler 2.0 with Handle and Straw Lid for Water, Iced Tea, Coffee, Smoothies
Min. order:500 Sets

Capacity: 40oz
USD 30.00 /Set — 1 — USD 30.00

Add note to supplier

## Apply for tax exemption

According to the relevant Laws and Regulation in US, we will calculate and collect Sales Tax when you place an

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 30.00 |
| Shipping fee | USD 26.52 |
| Order subtotal | USD 56.52 |
| Tax | USD 3.09 |
| Payment processing fee | USD 1.79 |
| **Total** | **USD 61.40** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Sample rebates offer**

Get US $56.52 sample fees back on your next order above US $600.00 with the same supplier after this order is paid and shipped Details

**Protections for this order**

Delivery via Alibaba.com Logistics
Expect your order to be delivered before Jul 25 or receive a 10% delay compensation View details

Secure payments
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

Refund policy
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #134
Trademark(s) Simple Modern: Listing Title, Listing Description
Trademark Registration Number: 6129233

2024-10-10

40oz Powder Coated Coffee Mu ×

alibaba.com/product-detail/_1601259031924.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

99+ 5

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Powder Coated Coffee Mug Double Walled Vacuum Insulated Reusable Stainless Steel Tumbler With Handle Lid

No reviews yet

Yiwu Changhong Trade Co., Ltd. · 1 yr · CN





Minimum order quantity: 50 pieces

**$3.40 - $3.58**

## Variations

Total options: 11 Color; 2 Capacity. **Select now**

**1. Color(11):** Light purple

+4

**2. Capacity(2)**

40oz | 30oz

## Shipping

**Ocean+Expres...** | Alibaba.com Logistics | 16 more option(s)

Shipping fee: $90.00 for 50 pieces

Estimated delivery by Dec 6

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Protections for this product

**Delivery via** Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

## Other recommendations for your business




Messenger 99+

Doe #135

Copyright(s) SMD-1: Listing Image

2024-10-10

40oz Powder Coated Coffee Mu ×

alibaba.com/product-detail/_1601259031924.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 5

Key attributes | Samples | Know your supplier | Product descriptions from the supplier




Minimum order quantity: 50 pieces

**$3.40 - $3.58**

### Variations

Total options: 11 Color; 2 Capacity. Select now

1. Color(11): Light purple

+4

2. Capacity(2)

40oz | 30oz

### Shipping

Ocean+Express ... Alibaba.com Logistics 16 more option(s)

Shipping fee: $90.00 for 50 pieces

Estimated delivery by Dec 6

### Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

Secure payments

Start order | Add to cart

Still deciding? Get samples first! Order sample

Messenger 99+

Doe #135

Copyright(s) SMD-1: Listing Image

2024-10-10

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa3a3212a727f1728566588

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Yiwu Changhong Trade Co., Ltd.**

**Delivery by Nov 5** | Shipping fee: **USD 14.59** Change



40oz Powder Coated Coffee Mug Double Walled Vacuum Insulated Reusable Stainless Steel Tumbler With Handle Lid

Min. order: 50 piece



Color: Light purple; Capacity: 40oz

**USD 6.00** /piece

1

Only 1 left

**USD 6.00**

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 6.00 |
| Shipping fee | USD 14.59 |
| Alibaba.com coupon | - USD 3.00 |
| Subtotal | USD 17.59 |
| Tax | USD 0.62 |
| Payment processing fee | USD 0.55 |
| Total | **USD 18.76** |

Change currency

You saved USD 3.00 on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Nov 5 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Standard refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

2024-05-30

Custom Logo Reusable Stainles

alibaba.com/product-detail/_1600993724794.html

Alibaba.com

Products | 40 oz tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo Reusable Stainless Steel Sublimation Slim Travel Party Water Coffee Mug 40 oz Tumbler with Handle and Straw Lid

★★★★★ 5.0 (1 review) · 1 order

Hangzhou Hono Housewares Co., Ltd. · Verified Multispecialty supplier · 9 yrs · CN





Hover to zoom in

Share

100 - 499 pieces
**$4.30**

500 - 999 pieces
**$4.10**

>= 1000 pieces
**$3.70**

## Variations

Total options: 13 Color; 2 Capacity. Select now

1. Color(13): Beach

+6

2. Capacity(2)

40 oz | 30 zo

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Claim US $80 in coupons every month View more

## Protections for this product

## Other recommendations for your business




Messenger 99+

TOP

Doe #136
Copyright(s) SMD-1: Listing Image

2024-05-30

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa2292102f43d1717062855

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1) 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hangzhou Hono Housewares Co., Ltd.**

**Estimated delivery by Jun 28-Jul 24** | Shipping fee: USD 17.72 Change



Custom Logo Reusable Stainless Steel Sublimation Slim Travel Party Water Coffee Mug 40 oz Tumbler with Handle and Straw Lid
Min. order:100 Pieces



Color: Beach; Capacity: 40 oz
USD 8.00 /Piece

1

**USD 8.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 8.00 |
| Shipping fee | USD 17.72 |
| Order subtotal | USD 25.72 |
| Tax | USD 0.68 |
| Payment processing fee | USD 0.79 |
| Total | **USD 27.19** |

Change currency

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 13 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #136
Copyright(s) SMD-1: Listing Image

2024-07-02

2024 New Simple Morden 40oz

alibaba.com/product-detail/_1601024436073.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel Get tickets

Alibaba.com Products women's clothing Search

Deliver to: 60601-4800, US English-USD Sign in

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

## 2024 New Simple Morden 40oz Stainless Steel Insulation Travel Mug With Handle Trek Wholesale Spot Tumbler with Straw

No reviews yet · 1 sold

Linkcho Industrial Group Ltd · 3 yrs · CN





Hover to zoom in

Share

100 - 9999 pieces **$4.80**

>= 10000 pieces **$4.60**

### Variations

Total options: 6 Capacity. Select now

1. Capacity(6)

1000-1500ml | 500-1000ml | 1500-2000ml

### Shipping

Ocean+Express US Spot Rate (Economy) Change

Shipping total: $884.32 for 100 pieces

Estimated delivery by Sep 20-Oct 4

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues

## Key attributes

Messenger

TOP

Doe #137

Copyright(s) SMD-1: Listing Image

2024-07-02

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c21014c6e1719918007

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Linkcho Industrial Group Ltd**

**Delivery by Sep 4** | Shipping fee: **USD 19.25** Change



2024 New Simple Morden 40oz Stainless Steel Insulation Travel Mug With Handle Trek Wholesale Spot Tumbler with Straw

Min. order:100 Pieces



Capacity: 1000-1500ml

USD 10.00 /Piece

1

**USD 10.00**

Add note to supplier

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 10.00 |
| Shipping fee | USD 19.25 |
| Alibaba.com coupon | - USD 3.00 |
| Order subtotal | USD 26.25 |
| Tax | USD 1.03 |
| Payment processing fee | USD 0.82 |
| Total | **USD 28.10** |

Change currency

You saved **USD 3.00** on this order!

**Pay now**

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**Delivery via Alibaba.com Logistics**

Expect your order to be delivered before Sep 4 or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #137

Copyright(s) SMD-1: Listing Image

2024-07-18

Simple Modern 50 Oz Mug Tum

alibaba.com/product-detail/_1600891464462.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD

All categories Featured selections Trade Assurance Membership programs Buyer Central Help Center Get the app Become a supplier

## Simple Modern 50 oz Mug Tumbler with Handle and Straw Lid

No reviews yet

Henan Huaxin Import & Export Trade Co., Ltd. · Verified Multispecialty supplier · 6 yrs · CN





Hover to zoom in

Share

200 - 499 pieces **$4.50**

500 - 999 pieces **$4.00**

1000 - 4999 pieces **$3.50**

>= 5000 pieces **$3.00**

**Variations**

Total options: 4 Color; 1 Capacity. Select now

1. Color(4): White

2. Capacity(1)

50oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

Still deciding? Get samples first! Order sample

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data

### Other recommendations for your business



Doe #138
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-32: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-07-18

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4bfa25c2140c3f21721308811

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**
73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America
(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Henan Huaxin Import & Export Trade Co., Ltd.**

**Estimated delivery by Aug 15-Aug 22** | Shipping fee: USD 16.12 | Change



Simple Modern 50 oz Mug Tumbler with Handle and Straw Lid
Min. order:200 Pieces

Color: White; Capacity: 50oz
USD 7.00 /Piece
1
Only 1 left
USD 7.00

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 7.00 |
| Shipping fee | USD 16.12 |
| Alibaba.com coupon | - USD 4.00 |
| Order subtotal | USD 19.12 |
| Tax | USD 0.72 |
| Payment processing fee | USD 0.60 |
| Total | USD 20.44 |

Change currency

You saved USD 4.00 on this order!

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

### Protections for this order

**On-time Dispatch Guarantee**
Dispatched within 14 days of payment or receive a 10% delay compensation View details

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #138
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-32: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-05-23

Custom Simple Modern Travel C

alibaba.com/product-detail/_1601012230515.html

All Bookmarks

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance | Alibaba.com Membership

Buyer Central | Help Center | Get the app | Become a supplier

# Custom Simple Modern Travel Coffee Double Outdoor Mug Cup Wall Insulated Stainless Steel 30oz 40oz Tumbler With Straw Handle

No reviews yet · 3 sold

Shenzhen Huayixuan Technology Co., LTD · 1 yr · CN




Hover to zoom in

Share

35% OFF Discount ends in 107d:22h:23m:1s

Minimum order quantity: 2 pieces

**$4.42 - $4.55**

~~$6.80 - $7.00~~

## Variations

Total options: 52 Color; 1 Capacity. Select now

1. Color(52): New style

+45

2. Capacity(1)

40oz

## Shipping

**Parcels (Economy)** Change

Shipping total: $24.50 for 2 pieces

Estimated delivery by **Jul 9**

Start order | Add to cart

Still deciding? Get samples first! Order sample

## Membership benefits

For your stage Enterprise

Quick refunds View more

## Other recommendations for your business



Messenger 99+

TOP

Doe #139
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-05-23

Custom Simple Modern Travel C

alibaba.com/product-detail/_1601012230515.html

All Bookmarks

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 6

All categories | Featured selections | Trade Assurance | Alibaba.com Membership | Buyer Central | Help Center | Get the app | Become a supplier

## Custom Simple Modern Travel Coffee Double Outdoor Mug Cup Wall Insulated Stainless Steel 30oz 40oz Tumbler With Straw Handle

No reviews yet · 3 sold

Shenzhen Huayixuan Technology Co., LTD · 1 yr · CN






Hover to zoom in | Share

35% OFF Discount ends in 107d:22h:22m:58s

Minimum order quantity: 2 pieces

**$4.42 - $4.55**

~~$6.80 - $7.00~~

### Variations

Total options: 52 Color; 1 Capacity. Select now

1. Color(52): New style



+45

2. Capacity(1)

40oz

### Shipping

Parcels (Economy) Change

Shipping total: $24.50 for 2 pieces

Estimated delivery by **Jul 9**

Start order | Add to cart

Still deciding? Get samples first! Order sample

### Membership benefits

For your stage Enterprise

Quick refunds View more

Messenger 99+

TOP

### Other recommendations for your business




Doe #139
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-05-23

Manufacturers, Suppliers, Expo

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=b4be79832140cd841716453362

All Bookmarks

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Shenzhen Huayixuan Technology Co., LTD**

**Estimated delivery by Jun 18-Jul 12** | Shipping fee: USD 15.00 Change



Custom Simple Modern Travel Coffee Double Outdoor Mug Cup Wall Insulated Stainless Steel 30oz 40oz Tumbler With Straw Handle

Min. order:2 Pieces

Color: Style 1-7; Capacity: 40oz

USD 3.50 /Piece

1

USD 3.50

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 3.50 |
| Shipping fee | USD 15.00 |
| Order subtotal | USD 18.50 |
| Tax | USD 0.36 |
| Payment processing fee | USD 0.57 |
| Total | **USD 19.43** |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Doe #139

Trademark(s) Simple Modern: Listing Title

Copyright(s) SMD-1, SMD-20: Listing Image

Trademark Registration Number: 6129233

Copyright Registration Numbers: VA2383009

2024-08-22

40oz Stainless Steel Insulated B ×

alibaba.com/product-detail/_1601232109220.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com Products What are you looking for? Search

Deliver to: 60601-3404, US English-USD 99+ 1

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 40oz Stainless Steel Insulated Blank Travel Tumbler with Handle and Straw Lid

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN





| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.00 | $3.60 | $3.50 |

**Variations**

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

**Shipping**

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

**Protections for this product**

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-31

40 Oz Travel Mug Insulated Reu

alibaba.com/product-detail/_1601247280915.html

Alibaba.com

Products | insulated tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40 oz Travel Mug Insulated Reusable Stainless Steel Modern 40oz Tumbler with Handle and Straw Lid

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN





| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. **Select now**

Color(1): colors

Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

## Other recommendations for your business



Messenger

Doe #140

Copyright(s) SMD-1: Listing Image

2024-09-19

Wholesale 40oz Double Wall St

alibaba.com/product-detail/_1601247316971.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products 40oz mug Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Wholesale 40oz Double Wall Stainless Steel Tumbler cup Third Generation Plus Mug with Handle

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business









Messenger

Doe #140
Copyright(s) SMD-1: Listing Image

2024-09-19

Customized Logo 40 Oz Tumbl

alibaba.com/product-detail/_1601247416992.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products vacuum tumbler Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Customized Logo 40 oz Tumbler Stainless Steel Vacuum Insulated Coffee Ice Cup Double Wall Travel Flask

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN




| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
| --- | --- | --- |
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business

Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-31

40oz Oem Stainless Steel Handl

alibaba.com/product-detail/_1601247422738.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

## 40oz OEM Stainless Steel Handle Tumbler Insulated Water Tumbler with Straw

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN



| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

### Variations

Total options: 1 Color; 1 Capacity. **Select now**

Color(1): COLORS

Capacity(1)

40oz

### Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

### Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

### Other recommendations for your business

Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-31

Custom Logo 40oz Double Wal ×

alibaba.com/product-detail/_1601247475782.html

Alibaba.com Products insulated tumbler Search

Deliver to: 60601-3404, US English-USD 99+ 4

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Custom Logo 40oz Double Wall Stainless Steel Vacuum Insulated Car Thermal Cup Coffee Cup Tumbler With Handle And Straw

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN





| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

Color(1): colors

Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

## Other recommendations for your business



Messenger 99+

2024-09-19

Custom Logo Outdoor 40oz Cu ×

alibaba.com/product-detail/_1601247492825.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products 40oz travel mug Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Custom Logo Outdoor 40oz Cup Travel Mug Vacuum Tumbler With Handle And Lid

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business




Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-31

40oz Powder Coated Coffee Mu

alibaba.com/product-detail/_1601247493614.html

Alibaba.com

Products | insulated tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Powder Coated Coffee Mug Double Walled Vacuum Insulated Reusable Stainless Steel Tumbler With Handle Lid

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. **Select now**

**Color(1):** colors



**Capacity(1)**

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

## Other recommendations for your business



Messenger

Doe #140
Copyright(s) SMD-1: Listing Image

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →



# Wholesale Customize 40oz Stainless Steel Sports Bottles Insulated Drink Water Bottle For Outdoor Activities

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): COLORS

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business

Messenger

Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-03

Cup With Handle 40 Oz Tumble

alibaba.com/product-detail/_1601247562103.html

Alibaba.com | Products | insulated cup | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 3

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Cup With Handle 40 oz Tumbler with Straw Lid Travel Tumbler Insulated Stainless Steel Water Bottle

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN





| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): COLORS

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

## Other recommendations for your business



Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-09-19

Hot Sell Wholesale Custom 40 ×

alibaba.com/product-detail/_1601247582051.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products portable cup Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Hot Sell Wholesale Custom 40 Oz Cup Travel Portable Coffee Cup 304 Stainless Steel LOGO Thermal Cup

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business



Messenger

Doe #140
Copyright(s) SMD-1: Listing Image

2024-10-31

Christmas Gift 40oz Stainless St ×

alibaba.com/product-detail/_1601247644087.html

Alibaba.com | Products | insulated tumbler | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 4

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# Christmas Gift 40oz Stainless Steel Tumbler with Handle Double Walled Outdoor Drinking Vacuum Insulated Travel Mug

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN





| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. **Select now**

Color(1): colors

Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Alibaba.com protects all your orders placed and paid on the

## Other recommendations for your business



Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-09-19

Stainless Steel Double Wall Insu

alibaba.com/product-detail/_1601247703045.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more

Alibaba.com Products vacuum cup Search Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# Stainless Steel Double Wall Insulated Vacuum Travel Mug Cup 40oz Tumbler With Handle Lid Straw

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN




| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

## Other recommendations for your business

Messenger 99+

Doe #140
Copyright(s) SMD-1: Listing Image

2024-09-19

40oz Powder Coated Coffee Mu ×

alibaba.com/product-detail/_1601247704002.html

Super HOT PRODUCTS FOR UPCOMING HOLIDAYS | Hot products for upcoming holidays View more →

Alibaba.com Products reusable tumbler Search

Deliver to: 60601-3404, US English-USD 99+ 2

All categories Featured selections Trade Assurance Buyer Central Help Center Get the app Become a supplier

# 40oz Powder Coated Coffee Mug Double Walled Vacuum Insulated Reusable Stainless Steel Tumbler With Handle Lid

No reviews yet

Dongyang Br Import & Export Co., Ltd. · 1 yr · CN






| 50 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.40 | $4.30 | $4.27 |

## Variations

Total options: 1 Color; 1 Capacity. Select now

1. Color(1): colors

2. Capacity(1)

40oz

## Shipping

Shipping solutions for the selected quantity are currently unavailable

Start order request | Contact supplier

## Protections for this product

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols

**Easy Return & Refund**

Claim a refund if your order is missing or arrives with product issues, plus free local returns for defects on qualifying purchases

Messenger

## Other recommendations for your business



2024-07-31

New Custom Logo 304 Stainles

alibaba.com/product-detail/_1600941897366.html

COCREATE:2024 | Join our award-winning flagship event with FREE hotel stay! Get tickets

Alibaba.com | Products | women's clothing | Search | Deliver to: 60601-3404, US | English-USD | 99+ | 9

All categories | Featured selections | Trade Assurance | Membership programs | Buyer Central | Help Center | Get the app | Become a supplier

## NEW custom LOGO 304 stainless steel insulation travel 40oz tumbler with handle and straw

★★★★★5.0 (3 Reviews) · 1 sold

Hangzhou Xiaocao Outdoor Products Co., Ltd. · 2 yrs · CN





Hover to zoom in

Share

| 20 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $4.50 | $4.20 | $3.60 |

### Variations

Total options: 18 Color; 1 Capacity. Select now

1. Color(18): 1



+11

2. Capacity(1)

40 oz

### Shipping

Ocean+Express US (Economy) Change

Shipping total: $215.28 for 20 pieces

Estimated delivery by Oct 8

Start order | Add to cart

Still deciding? Get samples first! Order sample

PayPal Buy now, pay later. Learn more

Protections for this product

Delivery via Alibaba.com Logistics

Expect your order to be delivered before scheduled dates or receive a 10% delay compensation

### Other recommendations for your business



Messenger 99+

TOP

Doe #141

Copyright(s) SMD-1: Listing Image

2024-07-31

Manufacturers, Suppliers, Expor

biz.alibaba.com/contract/SampleOrder.htm?tracelog=from_detail_get_sample&pageId=6f7d699f2151e48f1722424539

Alibaba.com

# Start order

## Shipping address

Change

**Ahley Torralba**

73 E Lake St #2020, Chicago, Illinois, 60601-3404, United States of America

(1), 3122699900

## Payment method

Change

523686******3500

## Items and delivery options

**Sold by: Hangzhou Xiaocao Outdoor Products Co., Ltd.**

**Estimated delivery by Sep 26-Oct 17** | Shipping fee: USD 22.74 Change



NEW custom LOGO 304 stainless steel insulation travel 40oz tumbler with handle and straw

Min. order:20 Pieces



Color: 1; Capacity: 40 oz

USD 8.00 /Piece

1

Only 1 left

USD 8.00

Add note to supplier

## Apply for tax exemption

## Order summary (1 item)

| | |
|---|---|
| Item subtotal | USD 8.00 |
| Shipping fee | USD 22.74 |
| Subtotal | USD 30.74 |
| Tax | USD 0.82 |
| Payment processing fee | USD 0.95 |
| Total | USD 32.51 |

Change currency

Pay now

By clicking the above, you agree to Alibaba.com's Terms of Use and Privacy Policy

**Protections for this order**

**On-time Dispatch Guarantee**

Dispatched within 15 days of payment or receive a 10% delay compensation View details

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Refund policy**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Alibaba.com protects all your orders placed and paid on the platform with Trade Assurance

Dedicated service

Doe #141

Copyright(s) SMD-1: Listing Image

2024-10-17

40oz Simple Modern Insulated

alibaba.com/product-detail/_1601256891663.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Simple Modern Insulated Tumbler Cup 304 Stainless Steel with Handle Leakproof Lid Hot Water Popular Vacuum Bottle Camping

No reviews yet

Citioh (Hangzhou) Trading Co., Ltd. · 1 yr · CN






25 - 999 pieces
**$4.46**

1000 - 2999 pieces
**$4.40**

>= 3000 pieces
**$4.34**

## Variations

Total options: 7 Color; 1 Capacity. Select now

1. Color(7): Plum

2. Capacity(1)

40oz

## Shipping

**Multimodal transport** 1 more option(s)

Shipping fee: Est. $53.86 for 25 pieces

Estimated delivery in 25-35 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

## Protections for this product

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #142
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

Alibaba.com
Products | What are you looking for? | Search
Deliver to: 60601-3404, US
English-USD
All categories | Featured selections | Trade Assurance
Buyer Central | Help Center | Get the app | Become a supplier

## 40oz Simple Modern Insulated Tumbler Cup 304 Stainless Steel with Handle Leakproof Lid Hot Water Popular Vacuum Bottle Camping

No reviews yet

Citioh (Hangzhou) Trading Co., Ltd. · 1 yr · CN






25 - 999 pieces
**$4.46**

1000 - 2999 pieces
**$4.40**

>= 3000 pieces
**$4.34**

### Variations

Total options: 7 Color; 1 Capacity. Select now

1. Color(7): Plum

2. Capacity(1)

40oz

### Shipping

**Multimodal transport** 1 more option(s)

Shipping fee: Est. $53.86 for 25 pieces

Estimated delivery in 25-35 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

### Protections for this product

### Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.
Messenger 99+

Doe #142
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-10-17

40oz Simple Modern Insulated

alibaba.com/product-detail/_1601256891663.html

Alibaba.com | Products | What are you looking for? | Search

Deliver to: 60601-3404, US | English-USD | 99+ | 5

All categories | Featured selections | Trade Assurance | Buyer Central | Help Center | Get the app | Become a supplier

# 40oz Simple Modern Insulated Tumbler Cup 304 Stainless Steel with Handle Leakproof Lid Hot Water Popular Vacuum Bottle Camping

No reviews yet

Citioh (Hangzhou) Trading Co., Ltd. · 1 yr · CN





25 - 999 pieces **$4.46**

1000 - 2999 pieces **$4.40**

>= 3000 pieces **$4.34**

**Variations**

Total options: 7 Color; 1 Capacity. Select now

**1. Color(7):** Plum



**2. Capacity(1)**

40oz

**Shipping**

**Multimodal transport** 1 more option(s)

Shipping fee: Est. $53.86 for 25 pieces

Estimated delivery in 25-35 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

**Protections for this product**

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #142
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009

2024-10-17

Custom Logo 40oz Simple Mod

alibaba.com/product-detail/_1601257065526.html

Alibaba.com

Products | What are you looking for? | Search

Deliver to: 60601-3404, US

English-USD

All categories | Featured selections | Trade Assurance

Buyer Central | Help Center | Get the app | Become a supplier

# Custom Logo 40oz Simple Modern Insulated 18/8 Tumbler Leakproof Lid Popular Vacuum Bottle Hot Water Camping Business Great Gift

No reviews yet

Citioh (Hangzhou) Trading Co., Ltd. · 1 yr · CN






| 25 - 999 pieces | 1000 - 2999 pieces | >= 3000 pieces |
| --- | --- | --- |
| $4.46 | $4.40 | $4.34 |

## Variations

Total options: 9 Color; 1 Capacity. Select now

1. Color(9): White

+2

2. Capacity(1)

40oz

## Shipping

Multimodal transport | 1 more option(s)

Shipping fee: Est. $53.86 for 25 pieces

Estimated delivery in 25-35 business days

* Shipping costs listed are estimates for your reference. Please contact the supplier for the final quote.

Start order request | Contact supplier

PayPal Buy now, pay later. Learn more

Protections for this product

Secure payments

## Other recommendations for your business



Activate Windows
Go to Settings to activate Windows.

Messenger 99+

Doe #142
Trademark(s) Simple Modern: Listing Title
Copyright(s) SMD-1, SMD-2, SMD-20: Listing Image
Trademark Registration Number: 6129233
Copyright Registration Numbers: VA2383009