**Registration Number**
# VA 2-383-006
**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
February 20, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 15, 2021 to July 15, 2021

## Title

**Title of Group:** Simple Modern 2021
**Number of Photographs in Group:** 13

- **Individual Photographs:** SMD-6, SMD-8, SMD-9, SMD-11, SMD-12, SMD-33, SMD-35, SMD-36, SMD-37, SMD-39, SMD-43, SMD-45
  **Published:** February 2021
- **Individual Photographs:** SMD-44
  **Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** February 15, 2021
**Latest Publication Date in Group:** July 15, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Real Value LLC

**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Real Value LLC
6608 N Western Ave #296, Oklahoma City, OK, 73116, United States

## Rights and Permissions

**Organization Name:** Real Value LLC
**Address:** 6608 N Western Ave #296
Oklahoma City, OK 73116 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** February 19, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**
# VA 2-383-009
**Effective Date of Registration:**
February 19, 2024
**Registration Decision Date:**
February 20, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 15, 2023 to November 15, 2023

### Title

**Title of Group:** Simple Modern 2023
**Number of Photographs in Group:** 22

- **Individual Photographs:** SMD-21, SMD-22, SMD-23, SMD-24
  **Published:** September 2023

- **Individual Photographs:** SMD-1, SMD-2, SMD-13, SMD-14, SMD-15, SMD-16, SMD-17, SMD-18, SMD-20, SMD-25, SMD-28, SMD-29, SMD-30, SMD-31, SMD-32, SMD-26, SMD-27
  **Published:** October 2023

- **Individual Photographs:** SMD-4
  **Published:** November 2023

### Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** September 15, 2023

**Latest Publication Date in Group:** November 15, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Real Value LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Real Value LLC
6608 N Western Ave #296, Oklahoma City, OK, 73116, United States

## Rights and Permissions

**Organization Name:** Real Value LLC
**Address:** 6608 N Western Ave #296
Oklahoma City, OK 73116 United States

## Certification

**Name:** Jessica Delos Santos
**Date**: February 19, 2024

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.